**EXHIBIT A**



| AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION® | COMMERCIAL ARBITRATION RULES DEMAND FOR ARBITRATION |

*For Consumer or Employment cases, please visit www.adr.org for appropriate forms.*

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Name of Respondent: Rockhill Consulting Group, LLC; Rivo Holdings, LLC; Daniel Koetting | | | Name of Representative (if known): Jennifer Galloway | | |
|---|---|---|---|---|---|
| Address: 530 B Street, Suite 2300 | | | Name of Firm (if applicable): Jennifer Galloway, P.A. | | |
| | | | Representative's Address: 711 S. Howard Ave, Suite 200 | | |
| City: San Diego | State: CA | Zip Code: 92101 | City: Tampa | State: FL | Zip Code: 33606 |
| Phone No.: (619) 784 - 6231 | Fax No.: (866) 266 - 7305 | | Phone No.: (813) 401 - 6161 | Fax No.: (813) 902 - 6456 | |
| Email Address: dank@rockhillconsultinggroup.com | | | Email Address: jennifer@gallowaypa.com | | |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute: misrepresentation and breach of contract dispute with monetary and nonmonetary claims

| Dollar Amount of Claim: $ 9.9 million | Other Relief Sought: ☐ X Attorneys Fees  ☐ X Interest  ☐ X Arbitration  X  X Costs Punitive/ Exemplary   X Other |
|---|---|

Amount enclosed: $3,500 initial fee    In accordance with Fee Schedule: ☐ x Flexible Fee Schedule ☐ Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:
An attorney with experience in Indian law; preferably with experience in Tribal online lending law

| Hearing locale: Sacramento, CA | (check one) ☐ Requested by Claimant ☐ X Locale provision included in the contract |
|---|---|
| Estimated time needed for hearings overall: hours or 10 days | Type of Business: Claimant: Tribal LLC  Respondent: LLCs and individual |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? No

| Signature (may be signed by a representative): | Date: |
|---|---|
| Name of Claimant: Green Gate Services, LLC | Name of Representative: Brendan Johnson |
| Address (to be used in connection with this case): 600 F Street, Suite 3, # 721 | Name of Firm (if applicable): Robins Kaplan LLP |
| | Representative's Address: 101 S. Main Avenue, Suite 100 |
| City: Arcata | State: CA | Zip Code: 95521 | City: Sioux Falls | State: SD | Zip Code: 57104 |
| Phone No.: (707) 616 - 5740 | Fax No.: (707) 826 - 0496 | | Phone No.: (605) 335 1300 | Fax No.: (612) 339 - 4181 | |
| Email Address: biglagon@pacbell.net | | | Email Address: BJohnson@RobinsKaplan.com | | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.*

**32**

**EXHIBIT A-1**