**EXHIBIT B**



AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

*For Consumer or Employment cases, please visit www.adr.org for appropriate forms.*

| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. | |
|---|---|
| Name of Respondent: Redondo Management, LLC; Mark Koetting | Name of Representative (if known): Jennifer Galloway |
| Address:<br>10561 Barkley Street<br>Suite 620 and 6200 | Name of Firm (if applicable): Jennifer Galloway, PA |
| | Representative's Address: 711 S. Howard Ave, Suite |
| City: Overland Park    State: KS    Zip Code:66212 | City: Tampa    State: FL    Zip Code: 33606 |
| Phone No.: 913-244-3044    Fax No.: 800-616-0511 | Phone No.: 813-401-6161    Fax No.: 813-902-6456 |
| Email Address: mark@redondomgmt.com | Email Address: jennifer@gallowaypa.com |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute: misrepresentation and breach of contract dispute with monetary and nonmonetary claims

| Dollar Amount of Claim: $9.9 million | Other Relief Sought:<br>☐ X Attorneys Fees  ☐ XInterest  ☐ XArbitration<br>☐ Costs XPunitive/ Exemplary    XOther |
|---|---|

| Amount enclosed: $3500 initial Fee | In accordance with Fee Schedule: ☐ X Flexible Fee Schedule  ☐ Standard Fee Schedule |
|---|---|

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

An attorney with experience in Indian law,; preferably with experience in Tribal online lending law

Hearing locale: Sacramento, CA       *(check one)* ☐ Requested by Claimant ☐ X Locale provision included in the contract

| Estimated time needed for hearings overall:<br>           hours or 10           days | Type of Business: Claimant:<br>           Respondent: LLC and Individual |
|---|---|

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?  No

| Signature (may be signed by a representative): *[signature]* | Date: 1/8/2018 |
|---|---|
| Name of Claimant: Green Gate Services, LLC | Name of Representative: Brendan Johnson |
| Address (to be used in connection with this case):<br>600 F Street Ste 3 # 721 | Name of Firm (if applicable): Robins Kaplan, LLP |
| | Representative's Address: 101 S Main Avenue, Suite 100 |
| City: Arcata    State: CA    Zip Code: 95521 | City: Sioux Falls    State: SD    Zip Code: 57104 |
| Phone No.: 707 616-5740    Fax No.: 707 826-0495 | Phone No.: (605) 335 1300    Fax No.: (612) 339-4181 |
| Email Address: biglagon@pacbell.net | Email Address: BJohnson@RobinsKaplan.com |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.*

**EXHIBIT B-1**