# EXHIBIT C

## CONSULTANT AND INDEPENDENT CONTRACTOR AGREEMENT

This Consultant and Independent Contractor Agreement (this "Agreement"), is made and entered into effective as of August    30th    , 2013 ("Effective Date"), between Green Gate Services ("GGS"), an entity organized under the laws of the Big Lagoon Rancheria Nation, a federally-recognized Indian tribe (the "Tribe"), and wholly owned by the Tribe and Rockhill Consulting Group, LLC ("Contractor"), a company located in Delaware. GGS and Contractor may be individually referred to as a "Party" and, collectively as the "Parties."



ROCKHILL 000456

**214**

**EXHIBIT C-1**

a. <u>Dispute Resolution.</u> If either Party believes that the other Party has breached this Agreement, or in the event of any dispute hereunder including, but not limited to, any dispute over the proper interpretation of the terms and conditions hereof, the following procedures may be invoked:



ii. Either Party may refer a dispute arising under this Agreement to arbitration under the rules of the American Arbitration Association ("AAA"), subject to enforcement as provided in this Section 8(a) by the United States District Court for the Northern District of California or, if federal district court refuses to exercise jurisdiction, the Humboldt County Superior Court, California. Arbitration shall take place in Sacramento, California. The remedies available through arbitration are limited to enforcement of the provisions of this Agreement. The Parties consent to the jurisdiction of such arbitration forum and court for such limited purposes and no other. One (1) arbitrator shall be chosen by the Parties from a list of qualified arbitrators to be provided by the AAA. If the Parties cannot agree on an arbitrator within ten (10) business days, then the arbitrator shall be named by the AAA. The expenses of arbitration shall be borne equally by the Parties. The arbitrator shall apply the substantive laws of the Tribe, to the extent such laws are in place, and, in the absence of such substantive laws, the arbitrator shall apply the substantive laws of the State of Delaware as well as the Federal Rules of Civil Procedure;



10

**EXHIBIT C-2**

iv.  Either Party may bring an action in the United States District Court for the Northern District of California or, if federal district court refuses to exercise jurisdiction, the Humboldt County Superior Court California for enforcement of the arbitration provision of this Section 8(a)(ii) (in an action to compel arbitration) or of any arbitration award under Section 8(a)(ii). GGS hereby expressly, unequivocally and irrevocably waives any



11

ROCKHILL 000466

**224**

**EXHIBIT C-3**

IN WITNESS WHEREOF, GGS and Contractor, intending to be legally bound hereby, have caused this Agreement to be executed by their duly authorized officers as of the Effective Date.

Green Gate Services (GGS)

By: _____

Name: _Virgil Moorehead_

Its: _Chairperson_

Date: _8/30/2012_

Rockhill Consulting Group, LLC (Contractor)

By: _____

Name: _DANIEL KOSTING_

Its: _PRESIDENT_

Date: _8-30-2013_

15

2013524.1

CONFIDENTIAL

ROCKHILL 000479

**228**

**EXHIBIT C-4**