**EXHIBIT D**

American Arbitration Association and International Centre for Dispute Resolution

Commercial Arbitration Rules

Case Number: 01-18-0000-1296

Green Gate Services, LLC
-vs-
Rockhill Consulting Group, LLC
Rivo Holdings, LLC, Daniel Koetting

Answering Statement/Counterclaim
of <u>Rockhill Consulting Group, LLC</u>

Please answer Claimant's Demand for Arbitration (and describe your counterclaim, if applicable):

SEE ATTACHED COUNTERCLAIM

Counterclaim Amount: SEE ATTACHED COUNTERCLAIM

Other Relief Sought (Attorney's fees, Interest, Arbitration Costs, Punitive/Exemplary, Other): SEE ATTACHED COUNTERCLAIM

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute: **An experienced commercial attorney.**

Hearing Locale Requested: Sacramento, CA

Estimated time needed for hearings overall: <u>2 Days </u>(Hours/Days)

Signed: _S David Smith_

Name: _S. David Smith_

Date: _02/14/18_

S. David Smith, Esq.
Bradley Arant Boult & Cummings, LLP
600 Travis Street
Suite 4800
Houston, TX 77002

Sabrina Jiwani, Esq.
Bradley Arant Boult & Cummings, LLP
600 Travis Street
Suite 4800
Houston, TX 77002

# EXHIBIT D-1

Jennifer Galloway, Esq.
Jennifer Galloway, PA
711 South Howard Avenue
Suite 200
Tampa, FL 33606

Counsel for Rockhill Consulting Group, LLC Rivo Holdings, LLC, Daniel Koetting

Please send a copy of this Answering Statement to all other case participants and the AAA. If you are filing a counterclaim, please include the appropriate Filing Fee, if any, per the applicable Rules/Fee Schedule.

**EXHIBIT D-2**

IN THE AMERICAN ARBITRATION ASSOCIATION

ROCKHILL CONSULTING GROUP, LLC   §

        *Claimant*,              §

                               §

V.                            §           AAA CASE NO. 01-18-0000-1296

                               §

GREEN GATE SERVICES           §

        *Respondent.*          §

## ROCKHILL CONSULTING GROUP, LLC'S
## COUNTERCLAIM AND DEMAND FOR ARBITRATION

Rockhill Consulting Group, LLC ("Rockhill" or "Claimant") submits this Counterclaim in support of its Demand for Arbitration, and respectfully shows as follows:

### I.    BACKGROUND

1. Rockhill is a limited liability company organized under the laws of the State of Delaware.

2. Green Gate Services, LLC ("GGS" or "Respondent") is a tribal lending entity formed by and wholly owned by Big Lagoon Rancheria, a federally recognized Indian tribe (the "Tribe").

3. On August 30, 2013, Rockhill and GGS entered into a Consultant and Independent Contractor Agreement ("Agreement") in which Rockhill, as the Executive Director of GGS, provided services including but not limited to marketing, underwriting and loan servicing to and on behalf of GGS.

4. The Agreement contained an arbitration provision. *See* Exhibit A, Consultant and Independent Contractor Agreement, at Paragraph 8(a)(ii). A copy of the Agreement is attached to this Counterclaim as Exhibit A.

5. Under the arbitration provisions in the Agreement between Rockhill and GGS, a breach of the Agreement may be submitted to arbitration under the rules of the AAA. Specifically, Paragraph 8(a)(ii) of the Agreement provides as follows:

1

**EXHIBIT D-3**