**EXHIBIT E**

| | |
|---|---|
| **From:** | Smith, David |
| **Sent:** | Thursday, February 8, 2018 8:17 AM PST |
| **To:** | Dan. K; 'Mark K' |
| **CC:** | Smith, David; Jiwani, Sabrina; 'Jennifer Galloway' |
| **Subject:** | Status Report |

Hello All,

At yesterday's call, we tentatively agreed to hold the mediation in San Francisco on March 22, 2018 (as indicated in Jennifer's email). It will be at the offices of Morgan & Lewis. The current plan is for it to be a one day mediation. If anyone has a conflict with that date, please let me know as soon as you can so I can alert all the parties.

March 5 is the deadline for us to submit our mediation statement. I would like to make this document an effective argument in support of our counterclaim. In order to do that, we need to pull together all the emails, correspondences, etc. in which we are asking the TLE's to conform to our compliance suggestions, licensure requests and so forth. This is very important and will be a strong advocacy tool in our favor as it will let the other side know that we are calling their bluff. We can help you pull this together. The simple solution is for your IT people to get with us and our in-house people can comb out the information. Speaking of which, we need to get with your IT folks in any event so we can set up the data dump. Again, no information will be made available until and unless we have a confidentiality agreement in place.

We have prepared a counterclaim which Jennifer is going to review tomorrow and we will then turn around to you all on Monday. Please check the factual recitation and let us know your thoughts at that point. I will remind you.

I see no need for a call this week. However, assuming we can get you our draft on Monday, why don't we talk then? Let me know your availability Monday afternoon, if you don't mind.

Of course, feel free to call, email if you have questions/comments.

Regards,

David



**S. David Smith**
Partner
e: sdsmith@bradley.com w: bradley.com
d: 713.576.0307 f: 713.576.0301 c: 281.536.2000
Bradley Arant Boult Cummings LLP
Chase Tower, 600 Travis Street, Suite 4800
Houston, TX 77002
LinkedIn |Facebook |Twitter |Instagram |Blogs | My Bio

**EXHIBIT E-1**



Texas Board of Legal Specialization
Consumer & Commercial Law

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

**EXHIBIT E-2**