**EXHIBIT F**

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

April 17, 2018

Invoice No. 3915144
Account No.  120860-0001

c/o S. David Smith, Esq.
Bradley Arant Boult Cumminus LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, TX 77002
sdsmith@bradley.com

**Summary of Services for the period ended March 31, 2018:**

**Re:   Big Lagoon Rancheria Mediation**

| | | |
|---|---|---:|
| Fees | $ | 31,407.00 |
| Disbursements | | 791.72 |
| **Total Charges** | **$** | **32,198.72** |
| 50/50 Split Total Amount to be Paid By Redondo Management, LLC & Rockhill Consulting Group, LLC | $ | 16,099.36 |
| **Total Amount of Charges** | **$** | **16,099.36** |

Please refer to the table titled "**Detail of Outstanding Invoices**" which lists all other outstanding invoices for the matters referenced on this invoice.

**EXHIBIT F-1**

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

Invoice No. 3915144
Account No.  120860-0001

**REMITTANCE COPY**

April 17, 2018

c/o S. David Smith, Esq.
Bradley Arant Boult Cumminus LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, TX 77002
sdsmith@bradley.com

**Summary of Services for the period ended March 31, 2018:**

**Re:   Big Lagoon Rancheria Mediation**

| | | |
|---|---|---:|
| Fees | $ | 31,407.00 |
| Disbursements | | 791.72 |
| **Total Charges** | $ | **32,198.72** |
| 50/50 Split Total Amount to be Paid By Redondo Management, LLC  & Rockhill Consulting Group, LLC | | |
| **Total Amount of Charges** | $ | **16,099.36** |

**Please reference account number or invoice number(s) on your remittance.**

Please send your remittance to:
**Morgan, Lewis & Bockius LLP**
Counselors at Law
P. O. Box 79356
City of Industry, CA 91716-9356
Federal Tax ID 23-0891050

Or please wire your remittance to:
**Wells Fargo Bank, N.A.**
ABA# 121000248
Morgan, Lewis & Bockius LLP
Acct# 2100010985563
Swift Code: WFBIUS6S

For ACH transfers:
ABA# 031000503
Acct# 2100010985563
Reference account number

**EXHIBIT F-2**

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
**T** +1.415.442.1000
**F** +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

### Detail of Outstanding Invoices

The following table shows all other outstanding invoices for the matters being billed on this invoice.

| Invoice Date | Invoice Number | Invoice Amount | Payments/ Credits | Days Outstanding | Balance Due |
|---|---|---|---|---|---|
| 04/10/18 | 3909447 | 2,610.00 | .00 | 7 | 2,610.00 |
| | | | **TOTAL OUTSTANDING** | | **$2,610.00** |

**EXHIBIT F-3**

# Morgan Lewis

April 17, 2018                                              Invoice No. 3915144
Page 1                                                    Account No. 120860-0001

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|---|---|---|---|
| 3/5/18 | Gede, T. F. | Attention to receipt of mediation statements; email and forwarding of mediation statements to parties. | 0.50 |
| 3/6/18 | Gede, T. F. | Review of mediation statements by parties. | 2.50 |
| 3/7/18 | Gede, T. F. | Review of parties' agreement and mediation statements; research re same. | 1.80 |
| 3/8/18 | Gede, T. F. | Review of B. Johnson email; research re same. | 0.60 |
| 3/9/18 | Gede, T. F. | Research re parties' positions in mediation. | 1.80 |
| 3/12/18 | Gede, T. F. | Review of emails from parties; review of mediation attachments. | 0.40 |
| 3/13/18 | Gede, T. F. | Prepare for calls with counsel; review of mediation statements by parties. | 1.50 |
| 3/14/18 | Gede, T. F. | Review of parties' mediation statements; formulation of questions and mediation strategy. | 2.20 |
| 3/15/18 | Gede, T. F. | Review of mediation statements and appendices; emails to counsel re calls; email to counsel re settlement draft; call with D. Smith. | 3.00 |
| 3/16/18 | Gede, T. F. | Review of mediation statements and appendices; making arrangements for mediation; call with B. Johnson. | 2.00 |
| 3/19/18 | Gede, T. F. | Review of email from B. Johnson; review of draft settlement papers. | 1.40 |
| 3/20/18 | Gede, T. F. | Prepare for mediation session; review of proposed settlement terms; call with J. Galloway. | 2.00 |
| 3/21/18 | Gede, T. F. | Attention to question of parties' authority to settle in absence of certain parties at mediation; continued development of mediation strategy; travel to mediation site and set-up. | 2.50 |
| 3/22/18 | Gede, T. F. | Mediation with parties. | 12.00 |
| 3/25/18 | Gede, T. F. | Attention to status of mediation; solicitation of term sheets email. | 0.50 |
| 3/28/18 | Gede, T. F. | Discussions re submissions from parties to mediator; examination of settlement term sheet for Clear Loan Solutions and Green Gate Services; email re same. | 0.40 |
| 3/29/18 | Gede, T. F. | Review of settlement term sheet for Clear Loan Solutions and Green Gate Services; email with B. Johnson. | 1.00 |
| | | **Matter Total** | **36.10** |

**EXHIBIT F-4**

# Morgan Lewis

April 17, 2018
Page 2

Invoice No. 3915144
Account No. 120860-0001

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *OF COUNSEL* |  |  |  |
| Gede, T. F. | 36.10 | 31,407.00 | 870.00 |
| **Total** | **36.10** | **$31,407.00** |  |

**EXHIBIT F-5**

# Morgan Lewis

April 17, 2018
Page 3

Invoice No. 3915144
Account No. 120860-0001

**Summary of Disbursements and Other Related Charges
Incurred on Your Behalf**

| Description | Amount |
|---|---|
| Out Of Town Travel | 504.52 |
| Business Expenses | 266.46 |
| Postage/Courier | 20.74 |
| **Total** | **$791.72** |

**EXHIBIT F-6**

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

May 15, 2018

Invoice No. 3934351
Account No.  120860-0001

c/o S. David Smith, Esq.
Bradley Arant Boult Cumminus LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, TX 77002
sdsmith@bradley.com

**Summary of Services for the period ended April 30, 2018:**

**Re:    Big Lagoon Rancheria Mediation**

| | | |
|---|---|---|
| Fees | $ | 10,440.00 |
| **Total Charges** | **$** | **10,440.00** |
| 50/50 Split Total Amount to be Paid By Redondo Management, LLC  & Rockhill Consulting Group, LLC | $ | 5,220.00 |
| **Total Amount of Charges** | **$** | **5,220.00** |

Please refer to the table titled "**Detail of Outstanding Invoices**" which lists all other outstanding invoices for the matters referenced on this invoice.

**EXHIBIT F-7**

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
📠 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

Invoice No. 3934351
Account No.  120860-0001

**REMITTANCE COPY**

May 15, 2018

c/o S. David Smith, Esq.
Bradley Arant Boult Cumminus LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, TX 77002
sdsmith@bradley.com

**Summary of Services for the period ended April 30, 2018:**

**Re:    Big Lagoon Rancheria Mediation**

| | | |
|---|---|---|
| Fees | $ | 10,440.00 |
| **Total Charges** | **$** | **10,440.00** |
| 50/50 Split Total Amount to be Paid By Redondo Management, LLC  & Rockhill Consulting Group, LLC | $ | 5,220.00 |
| **Total Amount of Charges** | **$** | **5,220.00** |

**Please reference account number or invoice number(s) on your remittance.**

Please send your remittance to:
**Morgan, Lewis & Bockius LLP**
Counselors at Law
P. O. Box 79356
City of Industry, CA 91716-9356
Federal Tax ID 23-0891050

Or please wire your remittance to:
**Wells Fargo Bank, N.A.**
ABA# 121000248
Morgan, Lewis & Bockius LLP
Acct# 2100010985563
Swift Code: WFBIUS6S

For ACH transfers:
ABA# 031000503
Acct# 2100010985563
Reference account number

**EXHIBIT F-8**

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
**T** +1.415.442.1000
**F** +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

## Detail of Outstanding Invoices

The following table shows all other outstanding invoices for the matters being billed on this invoice.

| Invoice Date | Invoice Number | Invoice Amount | Payments/ Credits | Days Outstanding | Balance Due |
|---|---|---|---|---|---|
| 04/17/18 | 3915144 | 32,198.72 | 16,099.36 | 28 | 16,099.36 |
| | | **TOTAL OUTSTANDING** | | | **$16,099.36** |

**EXHIBIT F-9**

# Morgan Lewis

May 15, 2018                                                      Invoice No. 3934351
Page 1                                                           Account No. 120860-0001

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/2/18 | Gede, T. F. | Emails with D. Smith, B. Johnson re submissions and further progress in mediation. | 0.50 |
| 4/5/18 | Gede, T. F. | Review of settlement term sheet for Clear Loan Solutions and Green Gate Services; email with B. Johnson. | 1.40 |
| 4/6/18 | Gede, T. F. | Attention to email from D. Smith; review of settlement proposal; emails with D. Smith, B. Johnson. | 1.30 |
| 4/11/18 | Gede, T. F. | Calls with B. Johnson, D. Smith; review of last settlement offers. | 0.80 |
| 4/12/18 | Gede, T. F. | Review of most recent settlement term sheets; draft Mediator's Proposal. | 1.60 |
| 4/13/18 | Gede, T. F. | Draft of Mediator's Proposal; re-review of previous term sheets; email to B. Johnson, D. Smith. | 2.20 |
| 4/17/18 | Gede, T. F. | Email with D. Smith; call with B. Johnson, S. Neyra, J. Smith, S. Auchterline re questions on Mediator's Proposal. | 0.90 |
| 4/19/18 | Gede, T. F. | Review of D. Smith email re Mediator's Proposal; email with B. Johnson. | 0.60 |
| 4/20/18 | Gede, T. F. | Emails to D. Smith, B. Johnson re specific points in Mediator's Proposal. | 0.50 |
| 4/23/18 | Gede, T. F. | Emails with B. Johnson and D. Smith re Mediator's Proposal. | 0.50 |
| 4/24/18 | Gede, T. F. | Emails with D. Smith, B. Johnson, re questions on Mediator's Proposal. | 0.50 |
| 4/26/18 | Gede, T. F. | Conference call with B. Johnson, S. Neyra, J. Smith, S. Autchterline; email to D. Smith. | 0.70 |
| 4/30/18 | Gede, T. F. | Emails with B. Johnson, D. Smith re Mediator's Proposal. | 0.50 |
| | | **Matter Total** | **12.00** |

**EXHIBIT F-10**

# Morgan Lewis

May 15, 2018
Page 2

Invoice No. 3934351
Account No. 120860-0001

**Summary for Fee Services Rendered**

| | Hours | Amount | Rate |
|---|---|---|---|
| *OF COUNSEL* | | | |
| Gede, T. F. | 12.00 | 10,440.00 | 870.00 |
| **Total** | **12.00** | **$10,440.00** | |

**EXHIBIT F-11**

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

June 14, 2018

Invoice No. 3953002
Account No.  120860-0001

c/o S. David Smith, Esq.
Bradley Arant Boult Cumminus LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, TX 77002
sdsmith@bradley.com

**Summary of Services for the period ended May 31, 2018:**

Re:    **Big Lagoon Rancheria Mediation**

| | | |
|---|---|---|
| Fees | $ | 4,698.00 |
| **Total Charges** | **$** | **4,698.00** |
| 50/50 Split Total Amount to be Paid By Redondo Management, LLC  & Rockhill Consulting Group, LLC | $ | 2,349.00 |
| **Total Amount of Charges** | **$** | **2,349.00** |

Please refer to the table titled "**Detail of Outstanding Invoices**" which lists all other outstanding invoices for the matters referenced on this invoice.

**EXHIBIT F-12**

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

Invoice No. 3953002
Account No.  120860-0001

**REMITTANCE COPY**

June 14, 2018

c/o S. David Smith, Esq.
Bradley Arant Boult Cumminus LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, TX 77002
sdsmith@bradley.com

**Summary of Services for the period ended May 31, 2018:**

**Re:   Big Lagoon Rancheria Mediation**

| | | |
|---|---|---|
| Fees | $ | 4,698.00 |
| **Total Charges** | **$** | **4,698.00** |
| 50/50 Split Total Amount to be Paid By Redondo Management, LLC  & Rockhill Consulting Group, LLC | $ | 2,349.00 |
| **Total Amount of Charges** | **$** | **2,349.00** |

**Please reference account number or invoice number(s) on your remittance.**

Please send your remittance to:
**Morgan, Lewis & Bockius LLP**
Counselors at Law
P. O. Box 79356
City of Industry, CA 91716-9356
Federal Tax ID 23-0891050

Or please wire your remittance to:
**Wells Fargo Bank, N.A.**
ABA# 121000248
Morgan, Lewis & Bockius LLP
Acct# 2100010985563
Swift Code: WFBIUS6S

For ACH transfers:
ABA# 031000503
Acct# 2100010985563
Reference account number

## EXHIBIT F-13

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
**T** +1.415.442.1000
**F** +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

### Detail of Outstanding Invoices

The following table shows all other outstanding invoices for the matters being billed on this invoice.

| Invoice Date | Invoice Number | Invoice Amount | Payments/ Credits | Days Outstanding | Balance Due |
|---|---|---|---|---|---|
| 04/17/18 | 3915144 | 32,198.72 | 16,099.36 | 58 | 16,099.36 |
| 05/16/18 | 3934351 | 10,440.00 | 5,220.00 | 29 | 5,220.00 |
| | | | **TOTAL OUTSTANDING** | | **$21,319.36** |

**EXHIBIT F-14**

# Morgan Lewis

June 14, 2018                                                        Invoice No. 3953002
Page 1                                                         Account No. 120860-0001

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/1/18 | Gede, T. F. | Calls and emails with D. Smith; B. Johnson, re conditions for standstill agreement. | 1.60 |
| 5/2/18 | Gede, T. F. | Calls and emails with D. Smith; B. Johnson, re conditions for standstill agreement. | 0.50 |
| 5/3/18 | Gede, T. F. | Calls and email with D. Smith; B. Johnson; written terms of standstill agreement sent to both sides. | 1.00 |
| 5/4/18 | Gede, T. F. | Calls and emails with J. Galloway; D. Smith; B. Johnson; draft and send revised form of standstill agreement adding provision re lawsuits pending arbitration. | 1.50 |
| 5/7/18 | Gede, T. F. | Calls and emails with D. Smith; B. Johnson; conference call with B. Johnson, J. Smith, S. Neyra. | 0.80 |
| | | **Matter Total** | **5.40** |

**EXHIBIT F-15**

# Morgan Lewis

June 14, 2018
Page 2

Invoice No. 3953002
Account No. 120860-0001

**Summary for Fee Services Rendered**

|  | Hours | Amount | Rate |
|---|---|---|---|
| *OF COUNSEL* |  |  |  |
| Gede, T. F. | 5.40 | 4,698.00 | 870.00 |
| **Total** | **5.40** | **$4,698.00** |  |

**EXHIBIT F-16**