**EXHIBIT G**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

February 28, 2018
Invoice No. 1241535

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through January 31, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $4,526.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$4,526.00** |

Thank you for your business.

**EXHIBIT G-1**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 2
February 28, 2018
Invoice No. 1241535
For legal services posted through January 31, 2018

| | | **Professional Services** | |
|---|---|---|---|
| **Date** | **Tkpr** | **Description** | **Hours** |
| 1/8/18 | SDSM | Work on responding to allegations of default | 0.80 |
| 1/8/18 | SDSM | Follow up on issue of TLE contacting client vendors | 0.30 |
| 1/9/18 | SDSM | Receive document preservation letters | 0.30 |
| 1/11/18 | SDSM | Research and investigate notice of default received from TLE and begin to strategize response | 1.10 |
| 1/12/18 | SDSM | Work on extensive response to demand from TLE | 0.60 |
| 1/16/18 | SDSM | Work with clients on determining how to respond to default letter | 0.40 |
| 1/17/18 | SDSM | Receive notice letters regarding default and termination and review allegations | 0.70 |
| 1/18/18 | SDSM | Receive information on arbitration demand and begin preparing response | 0.60 |
| 1/18/18 | SDSM | Receive correspondence from opposing counsel demanding additional documents | 0.40 |
| 1/19/18 | SNJI | Call with American Arbitration Association case manager regarding Rockhill/Redondo arbitrations | 0.20 |
| 1/22/18 | SNJI | Prepare email for arbitration case manager regarding notice of appearance for Bradley as lead counsel in arbitration proceeding | 0.10 |
| 1/22/18 | SDSM | Conference with client about document management, document storage, and document production | 0.30 |
| 1/22/18 | SDSM | Conference with opposing counsel regarding payment transfers, effective termination of agreement, agreeable dates for mediation and document production | 0.30 |
| 1/24/18 | SDSM | Receive mediation agreement and calendar dates including Preliminary call | 0.30 |
| 1/25/18 | SDSM | Work on issue of timing of mediation and scope of production of documents | 0.90 |
| 1/26/18 | SNJI | Draft agreed protective order for all parties | 0.80 |
| 1/27/18 | SDSM | Revise confidentiality order to incorporate waiver of sovereign immunity and language pre-supposing appointment of arbitrator | 0.40 |
| 1/29/18 | SNJI | Conference call with Mr. Koetting regarding document production and current status of arbitration | 0.30 |
| 1/29/18 | SNJI | Conference call with opposing counsel regarding protective order, document production, and mediation proceedings | 0.50 |
| 1/29/18 | SNJI | Draft answering statement and counter claim in response to Green Gate's demand for arbitration | 0.20 |
| 1/29/18 | SDSM | Send follow up confirmation to opposing counsel to memorialize mediation | 0.20 |

**EXHIBIT G-2**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 3
February 28, 2018
Invoice No. 1241535
For legal services posted through January 31, 2018

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| | | dates and document production | |
| 1/30/18 | SDSM | Investigate background of attorney for opposition | 0.10 |
| 1/30/18 | SDSM | Follow up on status of third-party vendor, document handling on secure site and data scrub | 0.90 |
| 1/31/18 | SNJI | Draft task list of outstanding items | 0.10 |
| 1/31/18 | SDSM | Work on answering statement | 0.60 |
| 1/31/18 | SDSM | Work on scheduling Preliminary mediation phone call | 0.30 |
| 1/31/18 | SDSM | Receive mark up on confidentiality order from Jeff Smith | 0.20 |
| 1/31/18 | DLWA | Assist with preparation of Protective Order. | 0.40 |

**Total Professional Services** **$4,526.00**

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate |
|---|---|---|---|---|
| David Smith | SDSM | Partner | 9.70 | $400.00 |
| Sabrina N. Jiwani | SNJI | Associate | 2.20 | $250.00 |
| Doris L. Walker | DLWA | Paralegal | 0.40 | $240.00 |
| **Total Hours** | | | **12.30** | |

**EXHIBIT G-3**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

February 28, 2018
Invoice No. 1241535

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary |
|---|

Outstanding Invoices as of February 28, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 2/28/18 | 1241535 | $4,526.00 | $0.00 | $4,526.00 |
| **Outstanding Invoices as of February 28, 2018** | | | | **$4,526.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
         Account Number: 0064289141

(Wires)  Routing Number: 062005690
         Account Number: 0064289141
         SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT G-4**