**EXHIBIT H**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC                    May 30, 2018
530 B Street, Ste 2300                    Invoice No. 1258958
San Diego, CA 92101

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through April 30, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $5,185.00 |
| Current Expenses | $4,429.78 |
| **Current Invoice** | **$9,614.78** |

Thank you for your business.

**EXHIBIT H-1**


**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 2
May 30, 2018
Invoice No. 1258958
For legal services posted through April 30, 2018

## Professional Services

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 4/2/18 | MSGU | Work on arbitrator selection. | 0.30 |
| 4/3/18 | MSGU | Communications with AAA regarding selection of arbitrator. | 0.10 |
| 4/3/18 | MSGU | Work on crafting settlement terms in order to respond to mediator's request for term sheet. | 0.40 |
| 4/4/18 | MSGU | Communications with AAA regarding conflicts check for arbitrator. | 0.20 |
| 4/4/18 | MSGU | Revisions to settlement agreement. | 0.40 |
| 4/5/18 | MSGU | Communicate with client regarding proposed email to mediator. | 0.20 |
| 4/5/18 | MSGU | Work on response to mediator regarding settlement options. | 0.40 |
| 4/6/18 | MSGU | Communicate with mediator, AAA, and opposing counsel regarding settlement agreements. | 0.20 |
| 4/6/18 | MSGU | Communications with AAA requesting injunction hearing. | 0.10 |
| 4/6/18 | MSGU | Revisions to settlement agreement. | 0.60 |
| 4/6/18 | MSGU | Continued work on settlement. | 0.40 |
| 4/9/18 | SDSM | Work on communication with vendor | 0.40 |
| 4/10/18 | SDSM | Communicate regarding location a bank funds | 0.30 |
| 4/12/18 | SDSM | Work on disclosures | 0.40 |
| 4/16/18 | SDSM | Work on forwarding information to opposing counsel | 0.60 |
| 4/17/18 | SDSM | Review mediator proposal with clients | 0.40 |
| 4/17/18 | MSGU | Work on response to mediator's proposal. | 1.40 |
| 4/20/18 | MSGU | Work on payment to AAA of filing fee. | 0.20 |
| 4/20/18 | MSGU | Communications with mediator regarding mediator's statement. | 0.10 |
| 4/24/18 | SDSM | Work on response to mediator proposal | 0.40 |
| 4/25/18 | SDSM | Work on administrative hearing | 0.70 |
| 4/25/18 | MSGU | Prepare for injunction hearing. | 0.50 |
| 4/25/18 | MSGU | Work on payment to AAA in order to ensure prompt injunction hearing. | 0.10 |
| 4/26/18 | MSGU | Communications with AAA regarding payment of arbitrator's fee and scheduling preliminary hearing. | 0.10 |
| 4/26/18 | MSGU | Begin preparing for injunction hearing. | 0.40 |
| 4/26/18 | MSGU | Work on negotiations with opposing counsel regarding payment of vendors. | 0.30 |
| 4/27/18 | SDSM | Obtain threatened injunction actions | 0.60 |

## EXHIBIT H-2



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 3
May 30, 2018
Invoice No. 1258958
For legal services posted through April 30, 2018

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 4/27/18 | MSGU | Prepare for response to TLE's injunction suits against Rockhill Vendors. | 1.60 |
| 4/27/18 | MSGU | Communications to AAA regarding obtaining injunction hearing before arbitrator. | 0.10 |
| 4/27/18 | MSGU | Communicate with client regarding injunction hearing. | 0.10 |
| 4/28/18 | MSGU | Prepare for temporary injunction hearing. | 1.40 |
| 4/30/18 | SDSM | Work on arbitration issues. Work on resignation issues. | 2.10 |
| 4/30/18 | MSGU | Prepare for injunction hearing with arbitrator. | 1.70 |

**Total Professional Services**     **$5,185.00**

| Expenses | | |
|---|---|---|

| Date | Description | Amount |
|------|-------------|--------|
| 4/4/18 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 4/5/18 | AIRLINE TICKETS - S. DAVID SMITH 03/21/18 - 03/23/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - AIRFARE Bank ID: BHMCK Check Number: 249875 | 567.98 |
| 4/5/18 | TRAVEL EXPENSE - S. DAVID SMITH 03/21/18 - 03/23/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - HOTEL Bank ID: BHMCK Check Number: 249875 | 569.44 |
| 4/5/18 | MEAL EXPENSE - S. DAVID SMITH 03/22/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - LUNCH WITH CLIENTS Bank ID: BHMCK Check Number: 249875 | 312.35 |
| 4/5/18 | MEAL EXPENSE - S. DAVID SMITH 03/22/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - DINNER WITH CLIENTS Bank ID: BHMCK Check Number: 249875 | 398.20 |
| 4/5/18 | MEAL EXPENSE - S. DAVID SMITH 03/23/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - LUNCH Bank ID: BHMCK Check Number: 249875 | 6.99 |
| 4/5/18 | TRAVEL EXPENSE - S. DAVID SMITH 03/22/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - TAXI Bank ID: BHMCK Check Number: 249875 | 5.32 |
| 4/5/18 | TRAVEL EXPENSE - S. DAVID SMITH 03/23/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - TAXI Bank ID: BHMCK Check Number: 249875 | 45.00 |

**EXHIBIT H-3**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC                                                           Page 4
**Re: Big Lagoon**                                                                       May 30, 2018
                                                                                         Invoice No. 1258958
Matter No. 216225-301001                                       For legal services posted through April 30, 2018

| Date | Description | Amount |
|---|---|---|
| 4/5/18 | COPY CHARGES - INTERNAL B&W | 2.70 |
| 4/5/18 | COPY CHARGES - INTERNAL COLOR | 13.50 |
| 4/5/18 | COPY CHARGES - INTERNAL B&W | 7.20 |
| 4/23/18 | PROFESSIONAL CONSULTANT SERVICES - AMERICAN ARBITRATION ASSOCIATION 04/12/18 D. SMITH INV#12161880 YOUR SHARE OF THE NEUTRAL COMPENSATION DEPOSIT Bank ID: BHMCK Check Number: 250721 | 2,500.00 |

**Total Expenses**                                                                       **$4,429.78**

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| David Smith | SDSM | Partner | 5.90 | $400.00 |
| Melissa S. Gutierrez | MSGU | Associate | 11.30 | $250.00 |

**Total Hours**                                                                          **17.20**

**EXHIBIT H-4**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

May 30, 2018
Invoice No. 1258958

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
| --- | --- | --- | --- | --- |

Outstanding Invoices as of May 30, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 5/30/18 | 1258958 | $9,614.78 | $0.00 | $9,614.78 |
| **Outstanding Invoices as of May 30, 2018** | | | | **$9,614.78** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)   Routing Number: 062000019
        Account Number: 0064289141

(Wires)  Routing Number: 062005690
         Account Number: 0064289141
         SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT H-5**