**EXHIBIT I**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

April 30, 2018
Invoice No. 1253427

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through March 31, 2018

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $12,054.00 |
| Current Expenses | $53.00 |
| **Current Invoice** | **$12,107.00** |

| Outstanding Invoice Summary | |
| --- | --- |

Outstanding Invoices as of April 30, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 2/28/18 | 1241535 | $4,526.00 | $0.00 | $4,526.00 |
| 3/31/18 | 1247022 | $4,925.00 | $0.00 | $4,925.00 |
| 4/30/18 | 1253427 | $12,107.00 | $0.00 | $12,107.00 |
| **Outstanding Invoices as of April 30, 2018** | | | | **$21,558.00** |

Thank you for your business.

**EXHIBIT I-1**



Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC

**Re: Big Lagoon**

Matter No. 216225-301001

Page 2

April 30, 2018

Invoice No. 1253427

For legal services posted through March 31, 2018

| | | Professional Services | |
|---|---|---|---|

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 3/1/18 | SNJI | Draft Redondo's confidential mediation memorandum to Mr. Gede | 1.30 |
| 3/2/18 | SDSM | Work on mediation briefing | 0.60 |
| 3/5/18 | SDSM | Receive communication from mediator regarding concerns | 0.90 |
| 3/5/18 | DLWA | Revise mediation memorandum. | 0.80 |
| 3/5/18 | DLWA | Gather and prepare exhibits to mediation memorandum. | 1.20 |
| 3/9/18 | SDSM | Work on problems regarding vendors | 0.40 |
| 3/12/18 | SDSM | Work on Correspondence to mediator regarding interference of vendor relationships | 0.90 |
| 3/14/18 | SDSM | Receive email dump from client | 1.10 |
| 3/14/18 | MSGU | Prepare for mediation. | 0.30 |
| 3/15/18 | SDSM | Extended conference with mediator regarding questions prior to mediation | 0.90 |
| 3/16/18 | SDSM | Extensive conversation with North American banking company and with Todd Lovaas regarding bank account | 1.10 |
| 3/19/18 | SNJI | Meeting with D.Smith, M.Gutierrez, and D.Walker to discuss Big Lagoon Rancheria mediation | 0.20 |
| 3/19/18 | SDSM | Administrative conference with the AA A | 0.60 |
| 3/19/18 | MSGU | Prepare for mediation. | 2.60 |
| 3/19/18 | DLWA | Prepare for mediation. | 0.50 |
| 3/19/18 | DLWA | Telephone calls to and from the mediator regarding equipment and set up for mediation. | 0.50 |
| 3/20/18 | SDSM | Receive Green gate answering statement | 0.60 |
| 3/20/18 | SDSM | Mediation preparation | 1.10 |
| 3/20/18 | MSGU | Prepare for mediation. | 2.70 |
| 3/20/18 | DLWA | Gather documents and filings for mediation notebook. | 1.80 |
| 3/20/18 | DLWA | Prepare mediation notebook. | 1.30 |
| 3/21/18 | SDSM | Mediation preparation | 2.90 |
| 3/21/18 | MSGU | Prepare for mediation. | 3.40 |
| 3/21/18 | MSGU | Prepare draft settlement agreement in anticipation of settlement at mediation. | 0.60 |
| 3/22/18 | SDSM | Attend mediation, work on settlement agreements, and work on negotiations | 4.60 |
| 3/22/18 | MSGU | Prepare settlement agreement containing appropriate sovereign immunity | 1.10 |

**EXHIBIT I-2**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC                                          Page 3
**Re: Big Lagoon**                                                April 30, 2018
                                                          Invoice No. 1253427
Matter No. 216225-301001          For legal services posted through March 31, 2018

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| | | waiver, confidentiality, and non-disparagement language in advance of mediation. | |
| 3/27/18 | SDSM | Work with client on possible settlement options | 0.60 |
| 3/28/18 | MSGU | Communicate with AAA regarding deadline to provide strikes of arbitrators. | 0.20 |
| 3/29/18 | SDSM | Work on response to proposal from mediator | 0.60 |
| 3/29/18 | MSGU | Conference call with client to discuss response to mediator. | 0.20 |
| 3/30/18 | SDSM | Work on fashioning settlement agreement and review settlement proposals as they existed at the time of the mediation | 1.10 |
| 3/30/18 | SDSM | Work on determining arbitrator strike list | 0.60 |

**Total Professional Services**                                    **$12,054.00**

| Expenses | |
|----------|--|

| Date | Description | Amount |
|------|-------------|--------|
| 3/5/18 | COPY CHARGES - INTERNAL B&W | 1.50 |
| 3/20/18 | COPY CHARGES - INTERNAL COLOR | 6.50 |
| 3/20/18 | COPY CHARGES - INTERNAL B&W | 0.70 |
| 3/20/18 | COPY CHARGES - INTERNAL COLOR | 1.50 |
| 3/20/18 | COPY CHARGES - INTERNAL COLOR | 11.50 |
| 3/20/18 | COPY CHARGES - INTERNAL B&W | 0.70 |
| 3/20/18 | COPY CHARGES - INTERNAL COLOR | 1.50 |
| 3/20/18 | COPY CHARGES - INTERNAL B&W | 2.30 |
| 3/20/18 | COPY CHARGES - INTERNAL B&W | 1.50 |
| 3/21/18 | COPY CHARGES - INTERNAL COLOR | 5.00 |
| 3/21/18 | COPY CHARGES - INTERNAL COLOR | 5.00 |
| 3/28/18 | COPY CHARGES - INTERNAL B&W | 4.50 |
| 3/28/18 | COPY CHARGES - INTERNAL COLOR | 7.50 |
| 3/30/18 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 3/30/18 | COPY CHARGES - INTERNAL B&W | 1.10 |

**EXHIBIT I-3**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 4
April 30, 2018
Invoice No. 1253427
For legal services posted through March 31, 2018

| Date | Description | Amount |
|---|---|---|
| 3/30/18 | COPY CHARGES - INTERNAL B&W | 1.10 |

**Total Expenses** **$53.00**

### Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate |
|---|---|---|---|---|
| David Smith | SDSM | Partner | 18.60 | $400.00 |
| Melissa S. Gutierrez | MSGU | Associate | 11.10 | $250.00 |
| Sabrina N. Jiwani | SNJI | Associate | 1.50 | $250.00 |
| Doris L. Walker | DLWA | Paralegal | 6.10 | $240.00 |

**Total Hours** **37.30**

**EXHIBIT I-4**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

April 30, 2018
Invoice No. 1253427

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of April 30, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 2/28/18 | 1241535 | $4,526.00 | $0.00 | $4,526.00 |
| 3/31/18 | 1247022 | $4,925.00 | $0.00 | $4,925.00 |
| 4/30/18 | 1253427 | $12,107.00 | $0.00 | $12,107.00 |
| **Outstanding Invoices as of April 30, 2018** | | | | **$21,558.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
Account Number: 0064289141

(Wires)    Routing Number: 062005690
Account Number: 0064289141
SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT I-5**