**EXHIBIT J**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

October 22, 2018
Invoice No. 1289376

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through September 30, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $106,007.50 |
| Current Expenses | $4,600.81 |
| **Current Invoice** | **$110,608.31** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of October 22, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/16/18 | 1275499 | $55,558.78 | $(50,000.00) | $5,558.78 |
| 9/18/18 | 1281308 | $106,178.42 | $0.00 | $106,178.42 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| **Outstanding Invoices as of October 22, 2018** | | | | **$222,345.51** |

Thank you for your business.

**EXHIBIT J-1**


Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Page 2
October 22, 2018
Invoice No. 1289376

Matter No. 216225-301001

For legal services posted through September 30, 2018

| Professional Services | | | |
| --- | --- | --- | --- |

| Date | Tkpr | Description | Hours |
| --- | --- | --- | --- |
| 9/1/18 | CAV | Index Rockhill's third production of documents. | 7.70 |
| 9/1/18 | SDSM | Work on trial theme and review damage calculation of opposition | 1.10 |
| 9/1/18 | MSGU | Work on exhibit list and proof chart. | 5.60 |
| 9/1/18 | SNOK | Arbitration preparation - witness outlines, cross-examination outlines, fiduciary duty research. | 1.90 |
| 9/2/18 | CAV | Index Rockhill's third production of documents. | 5.40 |
| 9/2/18 | SDSM | Amend and supplement discovery responses regarding LDF portfolio numbers | 1.10 |
| 9/2/18 | MSGU | Work on witness scripts. | 3.20 |
| 9/2/18 | MSGU | Work on response to opposing counsel regarding deficiencies in discovery. | 1.40 |
| 9/3/18 | CAV | Index Rockhill's third production of documents. | 7.70 |
| 9/3/18 | PLAM | Review and analyze production documents in anticipation of arbitration | 2.75 |
| 9/3/18 | SDSM | Work on cross examinations of Heather Smith, Jeff Smith, and Virgil Moorehead. Work on direct examination of clients | 4.80 |
| 9/3/18 | MSGU | Communications with client regarding Bank of America account and average "profit" made on loans. | 0.30 |
| 9/3/18 | MSGU | Continue preparing trial brief. | 1.70 |
| 9/3/18 | MSGU | Work on supplemental production issues. | 0.40 |
| 9/3/18 | MSGU | Work on damages calculation and production of GGS distribution invoices. | 0.90 |
| 9/3/18 | MSGU | Work on locating AzoBlue invoices. | 0.30 |
| 9/3/18 | MSGU | Prepare supplemental responses to Interrogatories. | 0.90 |
| 9/3/18 | MSGU | Communications with client regarding production of quickbooks. | 0.20 |
| 9/3/18 | MSGU | Work on damages testimony by adding GGS and Rockhill profit and loss statements to production and exhibit list. | 0.30 |
| 9/3/18 | MSGU | Work on production log issues. | 0.20 |
| 9/3/18 | MSGU | Prepare detailed to response to opposing counsel's email regarding discovery issues in preparation for call with arbitrator. | 0.70 |
| 9/3/18 | DLWA | Gather exhibits for arbitration. | 2.90 |
| 9/3/18 | SNOK | Arbitration preparation - witness outlines, cross-examination outlines, and discovery/meta data issues. | 1.50 |
| 9/3/18 | JGALL | Attended trial prep call. | 0.30 |
| 9/3/18 | TCHO | Performed review of indexed documents and revised same as instructed. | 1.20 |

**EXHIBIT J-2**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC | Page 3
**Re: Big Lagoon** | October 22, 2018
 | Invoice No. 1289376
Matter No. 216225-301001 | For legal services posted through September 30, 2018

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 9/4/18 | CAV | Index Rockhill's third production of documents. | 7.70 |
| 9/4/18 | PLAM | Review, analyze, and summarize production documents in anticipation of arbitration | 2.55 |
| 9/4/18 | SDSM | Emergency hearing | 0.90 |
| 9/4/18 | SDSM | Work on pretrial briefing | 1.90 |
| 9/4/18 | MSGU | Finalize Supplemental discovery responses. | 0.70 |
| 9/4/18 | MSGU | Work on additional production and additions to exhibit list. | 0.60 |
| 9/4/18 | MSGU | Communications with opposing counsel regarding discovery. | 0.20 |
| 9/4/18 | MSGU | Communications with opposing counsel and arbitrator regarding scheduling conference call. | 0.20 |
| 9/4/18 | MSGU | Communications with T. Thai regarding damages calculation. | 0.60 |
| 9/4/18 | MSGU | Communications with T. Thai regarding reinvestment into GGS portfolio. | 0.30 |
| 9/4/18 | MSGU | Prepare D. Smith for meeting with client to discuss trial testimony. | 0.40 |
| 9/4/18 | MSGU | Prepare witness script for T. Thai. | 0.90 |
| 9/4/18 | MSGU | Communicate with T. Thai regarding bank account GGS funds were wired to in order to prepare for his testimony. | 0.20 |
| 9/4/18 | MSGU | Continue working on exhibit list. | 0.30 |
| 9/4/18 | MSGU | Prepare witness script for D. Koetting. | 2.70 |
| 9/4/18 | DLWA | Prepare exhibits for arbitration. | 4.40 |
| 9/4/18 | SNOK | Arbitration preparation - trial brief, witness outlines, cross-examination outlines, final discovery production. | 3.50 |
| 9/4/18 | MSMO | Search for GGS Distribution reports and Profit and Loss statements within Relativity and provide results to D.Walker; Download updated spreadsheets from dropbox and prepare for production; Provide production numbers of spreadsheets to S. Nokes; create document production and provide to opposing counsel via FTP site. | 2.90 |
| 9/4/18 | JGALL | Legal research. Work on pretrial trial brief. | 1.80 |
| 9/4/18 | JRAN | Continued research and analysis of issues regarding duty of good faith and fair dealing, attorney client privilege, fraudulent inducement, and alter ego liability. | 1.30 |
| 9/4/18 | JRAN | Continued revisions and additions to draft of pre-hearing brief to include additional authority and analysis. | 2.60 |
| 9/4/18 | TCHO | Continued review and revisions of documents/files as assigned in indexing project using relativity program. | 2.00 |
| 9/4/18 | TCHO | Continued review and revisions of documents/files as assigned in indexing | 1.10 |

**EXHIBIT J-3**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC                                                    Page 4
**Re: Big Lagoon**                                                          October 22, 2018
                                                                        Invoice No. 1289376
Matter No. 216225-301001                        For legal services posted through September 30, 2018

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| | | project using relativity program. | |
| 9/5/18 | CAV | Index Rockhill's third production of documents. | 7.80 |
| 9/5/18 | CHNE | Review and index documents produced by Rockhill in preparation for arbitration | 8.00 |
| 9/5/18 | PLAM | Review, analyze, and summarize production documents in anticipation of arbitration | 3.10 |
| 9/5/18 | SDSM | Draft proposed reasoned award | 2.90 |
| 9/5/18 | SDSM | Witness preparation | 5.90 |
| 9/5/18 | SDSM | Initiate clawback provision | 0.40 |
| 9/5/18 | MSGU | Work on obtaining extension of deadline to submit exhibit list. | 0.10 |
| 9/5/18 | MSGU | Continue preparing exhibit list. | 0.90 |
| 9/5/18 | MSGU | Work on privilege log issues. | 0.20 |
| 9/5/18 | MSGU | Prepare client for hearing testimony. | 1.90 |
| 9/5/18 | MSGU | Prepare for conference call with arbitrator to discuss outstanding discovery issues. | 0.30 |
| 9/5/18 | MSGU | Conference call with arbitrator. | 0.70 |
| 9/5/18 | MSGU | Review of tribal code and TLE formation docs in order to prepare for hearing. | 0.30 |
| 9/5/18 | MSGU | Communications with T. Thai regarding damages calculations. | 0.30 |
| 9/5/18 | MSGU | Review produced documents and advise opposing counsel regarding purported missing bank statements. | 0.20 |
| 9/5/18 | MSGU | Work on producing GGS webpage. | 0.30 |
| 9/5/18 | MSGU | Continue preparing exhibit list. | 0.40 |
| 9/5/18 | MSGU | Work on response to interrogatory regarding ownership of LDF data. | 0.20 |
| 9/5/18 | MSGU | Communications with clients regarding trial prep. | 0.20 |
| 9/5/18 | MSGU | Work on pretrial brief. | 1.10 |
| 9/5/18 | DLWA | Prepare exhibits and exhibit list for Arbitration. | 5.20 |
| 9/5/18 | SNOK | Arbitration preparation -- prepare for and attend pre-hearing phone conference with arbitrator, trial brief, revise witness outlines. | 2.80 |
| 9/5/18 | MSMO | Research document passwords requested by opposing counsel; Confer with M.Koeting regarding document passwords. | 0.60 |
| 9/5/18 | MSMO | Add C.Neuer to review database as a power reviewer; create user account for D.Walker and add to review database as a power reviewer. | 0.60 |
| 9/5/18 | JGALL | Call with D. Smith regarding trial prep. Worked on pretrial brief. Sent safe share documents. | 0.90 |

**EXHIBIT J-4**



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 5 |
| **Re: Big Lagoon** | October 22, 2018 |
| | Invoice No. 1289376 |
| Matter No. 216225-301001 | For legal services posted through September 30, 2018 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 9/5/18 | JRAN | Continued revisions and additions to draft of pre-hearing brief to include additional argument and authority, factual allegations, and summary of claims and defenses. | 2.10 |
| 9/5/18 | AWH | Review produced documents and draft summary of documents including date of document and document description | 2.50 |
| 9/5/18 | TCHO | Continued review and revisions of documents/files as assigned in indexing project using relativity program. | 4.75 |
| 9/6/18 | KHM | Prepare for arbitration including communications with T.Gonzalez regarding hearing room set up, internal communications with D.Smith and D.Walker to discuss logistics, and prepare trial equipment and supplies for shipment | 1.40 |
| 9/6/18 | CAV | Index Rockhill's third production of documents. | 8.30 |
| 9/6/18 | PLAM | Review, analyze, and summarize production documents in anticipation of arbitration | 3.55 |
| 9/6/18 | SDSM | Work on exhibit list | 1.90 |
| 9/6/18 | SDSM | Work on pretrial brief required by mediator | 2.10 |
| 9/6/18 | SDSM | Work on preparing bank representative for trial presentation | 1.10 |
| 9/6/18 | SDSM | Review the opposition's witness list and exhibit list | 1.10 |
| 9/6/18 | MSGU | Communications with T. Thai to prepare damages calculation. | 0.70 |
| 9/6/18 | MSGU | Work on script for T. Thai testimony. | 2.10 |
| 9/6/18 | MSGU | Prepare for trial. | 1.40 |
| 9/6/18 | MSGU | Finalize Pre-Trial Brief. | 0.40 |
| 9/6/18 | DLWA | Prepare exhibits for arbitration. | 3.50 |
| 9/6/18 | SNOK | Arbitration preparation - locate exhibits for witness examinations, update witness outlines, prepare cross-examination outlines, review exhibit lists. | 2.10 |
| 9/6/18 | MSMO | Generate web capture of Greengate.Services domain; prepare documents for production. Run updated searches for GGS Distribution reports and share with D.Walker and M.Gutierrez; prepare GGS Distribution spreadsheet for production. | 1.10 |
| 9/6/18 | JGALL | Finish trial brief edits. Calls with litigation team. Reviewed opposing counsels brief. | 1.50 |
| 9/6/18 | JRAN | Continued research and analysis of Delaware case law regarding alter ego liability, fraudulent inducement, and duty of good faith and fair dealing and continued revisions to draft of pre-hearing brief. | 2.40 |
| 9/6/18 | TCHO | Continued review and revisions of documents/files as assigned in indexing project using relativity program. | 3.20 |

**EXHIBIT J-5**



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 6 |
| **Re: Big Lagoon** | October 22, 2018 |
| | Invoice No. 1289376 |
| Matter No. 216225-301001 | For legal services posted through September 30, 2018 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 9/7/18 | KHM | Travel from Birmingham to Houston | 2.50 |
| 9/7/18 | KHM | Prepare for Arbitration Hearing including meeting with T.Gonzalez to view facility and test equipment, set up war room, review and organize trial exhibits | 4.10 |
| 9/7/18 | CAV | Index Rockhill's third production of documents. Coordinate combining of all information indexed into a master index.for attorney review. | 7.30 |
| 9/7/18 | CHNE | Review and index documents produced by Rockhill in preparation for arbitration | 4.20 |
| 9/7/18 | PLAM | Review, analyze, and summarize production documents in anticipation of arbitration | 1.60 |
| 9/7/18 | SDSM | Inspection of hearing room and set up and work on technical arrangements | 1.20 |
| 9/7/18 | SDSM | Trial preparation | 3.10 |
| 9/7/18 | MSGU | Communications with opposing counsel regarding list of borrowers. | 0.20 |
| 9/7/18 | MSGU | Work on obtaining names of borrowers now with LDF as part of recent discovery order from Arbitrator. | 0.30 |
| 9/7/18 | MSGU | Follow up with client regarding "profit" on LDF portfolio. | 0.20 |
| 9/7/18 | MSGU | Communicate with opposing counsel regarding unified exhibit list. | 0.10 |
| 9/7/18 | MSGU | Communicate with opposing counsel regarding supplemental response to Interrogatories. | 0.20 |
| 9/7/18 | MSGU | Work on production of check registers. | 0.20 |
| 9/7/18 | MSGU | Detailed response to J. Smith email regarding discovery issues. | 0.40 |
| 9/7/18 | MSGU | Work on production of Rivo bank statements. | 0.40 |
| 9/7/18 | MSGU | Prepare for GLBA arguments by reviewing applicable privacy notices. | 0.40 |
| 9/7/18 | MSGU | Trial prep. | 2.40 |
| 9/7/18 | MSGU | Work on script of J. Smith cross. | 1.40 |
| 9/7/18 | DLWA | Prepare exhibits for arbitration. | 5.10 |
| 9/7/18 | SNOK | Arbitration preparation - locate exhibits for witness examinations, discuss strategy, communicate with witnesses, research GLBA, review exhibit lists. | 2.20 |
| 9/7/18 | MSMO | Prepare documents for production. Run updated searches and share with D.Walker and M.Gutierrez; Complete document production, QC and provide to opposing counsel via FTP. | 1.60 |
| 9/7/18 | JGALL | Prepared for trial next week. | 0.50 |
| 9/7/18 | JRAN | Continued research and analysis of Delaware case law interpreting implied covenant of good faith and fair dealing and prepared brief summary and analysis of various issues regarding the implied covenant's application | 1.30 |
| 9/7/18 | JRAN | Researched and analyzed issues regarding lay opinion testimony related to | 0.60 |

**EXHIBIT J-6**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC                                                       Page 7
**Re: Big Lagoon**                                                          October 22, 2018
                                                                    Invoice No. 1289376
Matter No. 216225-301001            For legal services posted through September 30, 2018

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| | | accounting and tracing of funds | |
| 9/7/18 | TCHO | Continued review and revisions of documents/files as assigned in indexing project using relativity program. | 3.20 |
| 9/8/18 | KHM | Prepare for arbitration including prepare exhibits for use in Trial Director, work on opening and direct/cross examination of witnesses, process respondent's exhibits and load in Trial Director for use at hearing, and review and respond to email requests | 4.60 |
| 9/8/18 | SDSM | Prepare opening statement | 2.10 |
| 9/8/18 | SDSM | Trial preparation | 3.90 |
| 9/8/18 | MSGU | Prepare witness scripts for V. Moorehead and J. Smith. | 2.70 |
| 9/8/18 | MSGU | Prepare for arbitration. | 3.40 |
| 9/8/18 | DLWA | Prepare exhibit notebooks and trial notebook. | 2.30 |
| 9/8/18 | SNOK | Arbitration preparation - locate exhibits for witness examinations, discuss strategy, review pre-hearing briefs. | 1.80 |
| 9/9/18 | KHM | Prepare for arbitration including prepare exhibits for use in Trial Director, continued work on opening and direct/cross examination of witnesses, attend witness preparation meetings with D.Koetting, M.Koetting, and T.Than | 4.10 |
| 9/9/18 | SDSM | Work on opening statement | 2.10 |
| 9/9/18 | SDSM | Witness preparation for trial | 4.90 |
| 9/9/18 | MSGU | Travel to Denver, Colorado for Arbitration hearing. | 2.50 |
| 9/9/18 | MSGU | Prepare client for arbitration testimony. | 3.00 |
| 9/9/18 | MSGU | Finalize outline of T. Thai testimony. | 1.20 |
| 9/9/18 | SNOK | Arbitration preparation. | 1.50 |
| 9/9/18 | JGALL | Calls with David and Melissa. Review and revise emails and attached trial documents. | 1.00 |
| 9/10/18 | KHM | Set up hearing room and attend arbitration and manage/present exhibits relating to the testimony of M.Koetting, V.Moorehead and J.Smith | 4.90 |
| 9/10/18 | SDSM | Witness and trial preparation | 2.10 |
| 9/10/18 | SDSM | Trial | 3.80 |
| 9/10/18 | MSGU | Attend Arbitration hearing. | 4.00 |
| 9/10/18 | MSGU | Prepare for second day of Arbitration. | 2.20 |
| 9/10/18 | DLWA | OCR exhibits for Arbitrator. | 0.80 |
| 9/10/18 | DLWA | Search for additional exhibits for use at arbitration. | 1.50 |

**EXHIBIT J-7**



# Bradley

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 8 |
| **Re: Big Lagoon** | October 22, 2018 |
| | Invoice No. 1289376 |
| Matter No. 216225-301001 | For legal services posted through September 30, 2018 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 9/10/18 | SNOK | Arbitration assistance - communicate with NABC witness regarding hearing logistics and testimony substance, search for exhibits requested by J. Galloway. | 1.50 |
| 9/10/18 | MSMO | OCR exhibits to be sent to arbitrator; send to D.Walker. Located specific document Bates numbers from production and provide to M.Gutierrez. | 0.50 |
| 9/10/18 | MSMO | Create and share document search for attorney review. | 0.20 |
| 9/10/18 | JGALL | Edits to opening statement, witness list, trial brief. Calls with David. Reviewed several documents and emails.  Sent emails to team. Arbitration day 1. | 2.00 |
| 9/10/18 | JRAN | Continued research and analysis regarding the implied covenant of good faith and fair dealing in Delaware and prepared brief summary of issues regarding applicability | 1.30 |
| 9/11/18 | KHM | Attend arbitration and manage/present exhibits relating to the testimony of D.Koetting, T.Lovaass, T.Thai, and S.Neyra | 4.50 |
| 9/11/18 | KHM | Arbitration preparation including prepare closing argument slides, circulate transcript and prepare index of exhibits admitted | 1.40 |
| 9/11/18 | SDSM | Work on closing argument | 2.10 |
| 9/11/18 | SDSM | Trial | 3.90 |
| 9/11/18 | MSGU | Attend arbitration hearing. | 4.00 |
| 9/11/18 | MSGU | Prepare closing statements. | 1.90 |
| 9/11/18 | MSGU | Review Delaware law regarding scope of arbitration clause and arbitrator power to grant relief requested. | 0.60 |
| 9/11/18 | DLWA | Search for documents for additional exhibits and for use at Arbitration. | 3.00 |
| 9/11/18 | SNOK | Review arbitration transcript and research award issues for closing arguments. | 1.90 |
| 9/11/18 | JGALL | Reviewed transcripts per D. Smith. Worked on closing statement. | 1.00 |
| 9/11/18 | JGALL | Review revise and sent Safeshare documents for Rockhill to tribe.. Send Damon new link. | 0.70 |
| 9/12/18 | KHM | Work on closing argument demonstratives and callouts | 1.60 |
| 9/12/18 | KHM | Attend arbitration hearing for closing arguments | 0.80 |
| 9/12/18 | KHM | Hearing room clean up, file organization, removal of electronics and prepare case file, equipment and supplies for shipment back to Houston and Birmingham | 2.00 |
| 9/12/18 | SDSM | Work on closing statement | 3.10 |
| 9/12/18 | SDSM | Closing argumentation including rebuttal | 1.10 |
| 9/12/18 | MSGU | Attend arbitration hearing. | 1.20 |
| 9/12/18 | MSGU | Work on closing arguments. | 1.50 |

**EXHIBIT J-8**


Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC                                          Page 9
**Re: Big Lagoon**                                                  October 22, 2018
                                                                Invoice No. 1289376
Matter No. 216225-301001              For legal services posted through September 30, 2018

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 9/12/18 | MSGU | Return from arbitration in Denver, Colorado. | 2.50 |
| 9/12/18 | SNOK | Legal research for closing arguments in arbitration. | 1.40 |
| 9/13/18 | KHM | Travel to Birmingham | 2.90 |
| 9/13/18 | DLWA | Document and file management post arbitration. | 1.30 |
| 9/14/18 | DLWA | Telephone calls and emails from process server. | 0.20 |
| 9/17/18 | SDSM | Analyze settlement proposal | 0.90 |
| 9/19/18 | JGALL | Emails with D.Smith and M.Gutierrez regarding potential settlement. | 0.40 |
| 9/20/18 | JGALL | Call with D.Smith on settlement. | 0.30 |
| 9/21/18 | SDSM | Work on arm of the tribe analysis issues | 0.90 |
| 9/24/18 | MSGU | Work on post-hearing brief. | 2.40 |
| 9/25/18 | MSGU | Work on post-hearing briefing. | 3.40 |
| 9/25/18 | MSGU | Communications with opposing counsel regarding extension of briefing deadline. | 0.10 |
| 9/25/18 | JGALL | Downloaded and reviewed from safeshare consumer complaints. Forwarded same to tribe. | 0.50 |
| 9/25/18 | JRAN | Researched and analyzed issues regarding pre-judgment and post-judgment interest in Delaware | 0.70 |
| 9/26/18 | SDSM | Work on briefing for GLBA issues | 1.10 |
| 9/26/18 | MSGU | Work on post-hearing brief. | 2.60 |
| 9/27/18 | KHM | Download and process in NetDocs Claimant and Respondent arbitration exhibits, exhibits used, hearing transcripts and index of exhibits | 0.30 |
| 9/27/18 | SDSM | Work on prejudgment interest issue | 0.90 |
| 9/27/18 | MSGU | Work on post-hearing brief. | 4.30 |
| 9/27/18 | JGALL | Reviewed transcripts for post trial brief. Legal research. Drafted language for brief. | 1.80 |
| 9/28/18 | SDSM | Work on post trial submission | 1.90 |
| 9/28/18 | MSGU | Prepare post-hearing brief. | 4.10 |
| 9/28/18 | JGALL | Research related to brief. Made revisions to final brief. | 2.00 |
| 9/28/18 | JRAN | Researched and analyzed issues regarding common law intellectual property rights in Delaware and prepared brief summary and analysis | 1.40 |

**Total Professional Services**                                      **$106,007.50**

**EXHIBIT J-9**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 10
October 22, 2018
Invoice No. 1289376
For legal services posted through September 30, 2018

| Date | Description | Amount |
|---|---|---|
| | **Expenses** | |
| 9/1/18 | COPY CHARGES - INTERNAL B&W | 2.50 |
| 9/1/18 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 9/1/18 | COPY CHARGES - INTERNAL COLOR | 1.00 |
| 9/3/18 | COPY CHARGES - INTERNAL B&W | 2.80 |
| 9/3/18 | COPY CHARGES - INTERNAL B&W | 2.70 |
| 9/4/18 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 9/4/18 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 9/4/18 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 9/4/18 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 9/4/18 | COPY CHARGES - INTERNAL B&W | 1.70 |
| 9/4/18 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 9/4/18 | COPY CHARGES - INTERNAL B&W | 1.50 |
| 9/4/18 | COPY CHARGES - INTERNAL B&W Analyze Complaint | 1.10 |
| 9/5/18 | COPY CHARGES - INTERNAL B&W | 1.70 |
| 9/5/18 | COPY CHARGES - INTERNAL COLOR | 11.50 |
| 9/5/18 | COPY CHARGES - INTERNAL B&W | 13.20 |
| 9/5/18 | COPY CHARGES - INTERNAL B&W | 1.60 |
| 9/5/18 | COPY CHARGES - INTERNAL B&W | 1.60 |
| 9/5/18 | KONI MCBRIDE - AIRFARE, DENVER, CO, TRAVEL TO DENVER, CO FOR ARBITRATION, 09/07/2018 - 09/13/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 268.30 |
| 9/5/18 | KONI MCBRIDE - SEAT FEE, DENVER, CO, TRAVEL TO DENVER, CO FOR ARBITRATION, 09/05/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 9.99 |
| 9/5/18 | EXPRESS MAIL/FEDEX | 36.90 |
| 9/6/18 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 9/6/18 | COPY CHARGES - INTERNAL COLOR | 1.50 |
| 9/6/18 | COPY CHARGES - INTERNAL COLOR | 16.50 |
| 9/6/18 | COPY CHARGES - INTERNAL COLOR | 9.00 |

**EXHIBIT J-10**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC

Page 11

**Re: Big Lagoon**

October 22, 2018

Invoice No. 1289376

Matter No. 216225-301001

For legal services posted through September 30, 2018

| Date | Description | Amount |
| --- | --- | --- |
| 9/6/18 | COPY CHARGES - INTERNAL COLOR | 5.00 |
| 9/6/18 | COPY CHARGES - INTERNAL B&W | 2.40 |
| 9/6/18 | COPY CHARGES - INTERNAL B&W | 2.20 |
| 9/6/18 | COPY CHARGES - INTERNAL B&W | 3.30 |
| 9/6/18 | COPY CHARGES - INTERNAL B&W | 2.20 |
| 9/6/18 | COPY CHARGES - INTERNAL B&W | 5.00 |
| 9/6/18 | EXPRESS MAIL/FEDEX | 38.10 |
| 9/6/18 | EXPRESS MAIL/FEDEX | 40.30 |
| 9/6/18 | EXPRESS MAIL/FEDEX | 43.59 |
| 9/6/18 | EXPRESS MAIL/FEDEX | 38.10 |
| 9/6/18 | EXPRESS MAIL/FEDEX | 81.61 |
| 9/6/18 | EXPRESS MAIL/FEDEX | 97.40 |
| 9/6/18 | EXPRESS MAIL/FEDEX | 44.84 |
| 9/7/18 | COPY CHARGES - INTERNAL COLOR | 7.00 |
| 9/7/18 | COPY CHARGES - INTERNAL B&W | 0.35 |
| 9/7/18 | EXPRESS MAIL/FEDEX | 39.95 |
| 9/7/18 | KONI MCBRIDE - HOTEL - DINNER, DENVER, CO, DENVER ARBITRATION, 09/07/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 10.96 |
| 9/7/18 | KONI MCBRIDE - TAXI/CAR SERVICE, DENVER, CO, DENVER ARBITRATION - UBER FROM AIRPORT TO HOTEL, 09/07/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 16.37 |
| 9/7/18 | KONI MCBRIDE - BREAKFAST, 09/07/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 3.07 |
| 9/7/18 | KONI MCBRIDE - LUNCH, 09/07/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 5.82 |
| 9/7/18 | COPY CHARGES - INTERNAL COLOR | 0.25 |
| 9/7/18 | COPY CHARGES - INTERNAL B&W | 0.55 |
| 9/7/18 | COPY CHARGES - INTERNAL COLOR | 0.08 |
| 9/8/18 | KONI MCBRIDE - BREAKFAST, 09/08/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 5.81 |
| 9/9/18 | KONI MCBRIDE - BREAKFAST, 09/09/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 4.10 |

**EXHIBIT J-11**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC

**Re: Big Lagoon**

Matter No. 216225-301001

Page 12
October 22, 2018
Invoice No. 1289376
For legal services posted through September 30, 2018

| Date | Description | Amount |
|---|---|---|
| 9/9/18 | KONI MCBRIDE - DINNER, 09/09/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 9.06 |
| 9/10/18 | KONI MCBRIDE - BREAKFAST, 09/10/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 2.96 |
| 9/10/18 | KONI MCBRIDE - DINNER, 09/10/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 10.89 |
| 9/10/18 | KONI MCBRIDE - BREAKFAST, 09/10/2018, DENVER ARBITRATION - LUNCH AT ARBITRATION FOR: DAVID SMITH, MELISSA GUTIERREZ, MYSELF, THAN THAI, DAN KOETTING AND MARK KOETTING, [216225] Bank ID: CRBHM Check Number: 625187bP | 37.12 |
| 9/11/18 | COPY CHARGES - INTERNAL B&W | 2.00 |
| 9/11/18 | KONI MCBRIDE - BREAKFAST, 09/11/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 2.96 |
| 9/11/18 | KONI MCBRIDE - DINNER, 09/11/2018, DENVER ARBITRATION - DINNER AT SOKO, [216225] Bank ID: CRBHM Check Number: 625187bP | 8.61 |
| 9/11/18 | KONI MCBRIDE - BREAKFAST, 09/11/2018, DENVER ARBITRATION - LUNCH AT ARBITRATION FOR: DAVID SMITH, MELISSA GUTIERREZ, MYSELF, THAN THAI, DAN KOETTING AND MARK KOETTING, [216225] Bank ID: CRBHM Check Number: 625187bP | 37.23 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 83.91 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 41.45 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 35.38 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 15.71 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 26.04 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 16.55 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 35.38 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 50.02 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 38.53 |
| 9/12/18 | EXPRESS MAIL/FEDEX | 42.97 |
| 9/12/18 | KONI MCBRIDE - MISC - OTHER, 09/12/2018, DENVER ARBITRATION - FEDEX DROP OFF FEE TO SHIP BOXES BACK TO BIRMINGHAM AND HOUSTON (CASE FILES, NOTEBOOKS, SUPPLIES, EQUIPMENT) Bank ID: CRBHM Check Number: 625187bP | 72.73 |
| 9/12/18 | KONI MCBRIDE - DINNER, 09/12/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 10.61 |

**EXHIBIT J-12**



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 13 |
| **Re: Big Lagoon** | October 22, 2018 |
| | Invoice No. 1289376 |
| Matter No. 216225-301001 | For legal services posted through September 30, 2018 |

| Date | Description | Amount |
|---|---|---|
| 9/12/18 | KONI MCBRIDE - BREAKFAST, 09/12/2018, DENVER ARBITRATION, [216225] Bank ID: CRBHM Check Number: 625187bP | 2.96 |
| 9/12/18 | KONI MCBRIDE - LUNCH, 09/12/2018, DENVER ARBITRATION - LUNCH AT ARBITRATION FOR: DAVID SMITH, MELISSA GUTIERREZ, MYSELF, THAN THAI, DAN KOETTING AND MARK KOETTING, [216225] Bank ID: CRBHM Check Number: 625187bP | 47.36 |
| 9/13/18 | KONI MCBRIDE - HOTEL - DINNER, DENVER, CO, DENVER ARBITRATION, 09/13/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 34.24 |
| 9/13/18 | KONI MCBRIDE - BAGGAGE FEE, DENVER, CO, TRAVEL TO DENVER, CO FOR ARBITRATION ($25.00 FEE EACH FLIGHT), 09/13/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 25.00 |
| 9/13/18 | KONI MCBRIDE - HOTEL - MEALS - OTHER, DENVER, CO, DENVER ARBITRATION - BOTTLE WATER FROM HOTEL SHOP, 09/13/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 3.00 |
| 9/13/18 | KONI MCBRIDE - HOTEL - LODGING, DENVER, CO, DENVER ARBITRATION, 09/07/2018 - 09/13/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 1,409.26 |
| 9/13/18 | KONI MCBRIDE - TAXI/CAR SERVICE, DENVER, CO, DENVER ARBITRATION, 09/13/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 28.17 |
| 9/13/18 | KONI MCBRIDE - PARKING, DENVER, CO, DENVER ARBITRATION - AIRPORT PARKING, 09/13/2018 - 09/13/2018, [216225] Bank ID: CRBHM Check Number: 625187bP | 0.50 |
| 9/13/18 | KONI MCBRIDE - BREAKFAST, 09/13/2018, DENVER ARBITRATION - BREAKFAST - MCDONALDS, [216225] Bank ID: CRBHM Check Number: 625187bP | 3.31 |
| 9/14/18 | HUNTER + GEIST INC - COURT REPORTER CHARGES-13 - LYNETTE SAMOLINSKI - COURT REPORTER FEES FOR ARBITRATION DAY 3 - INVOICE: 159168 DATE: 09/14/18 Bank ID: CRBHM Check Number: 1004460 | 127.52 |
| 9/14/18 | HUNTER AND GEIST INC - COURT REPORTER CHARGES-13 - LYNETTE SAMOLINSKI - COURT REPORTER FEES FOR ARBITRATION-DAY 2 - INVOICE: 159166 DATE: 09/14/18 Bank ID: CRBHM Check Number: 1004548 | 562.19 |
| 9/14/18 | THE HAWKINS AGENCY CORP - PROCESS SERVER-17B - LYNETTE SAMOLINSKI - SUBPOENA SERVICE FEE - INVOICE: THA-2018001937 DATE: 09/14/18 Bank ID: CRBHM Check Number: 1004517 | 107.50 |

**EXHIBIT J-13**



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 14 |
| **Re: Big Lagoon** | October 22, 2018 |
| | Invoice No. 1289376 |
| Matter No. 216225-301001 | For legal services posted through September 30, 2018 |

| Date | Description | Amount |
|---|---|---|
| 9/14/18 | THE HAWKINS AGENCY CORP - PROCESS SERVER-17B - LYNETTE SAMOLINSKI - SUBPOENA SERVICE FEE - INVOICE: THA-2018001938 DATE: 09/14/18 Bank ID: CRBHM Check Number: 1004517 | 87.50 |
| 9/27/18 | COPY CHARGES - INTERNAL B&W | 2.00 |
| 9/27/18 | COPY CHARGES - INTERNAL COLOR | 0.50 |
| 9/28/18 | FORENSIC IMAGE RESTORE, PRE-PROCESSING, NORMALIZING, STAGING & DENISTING @ $150/Hour | 45.00 |
| 9/28/18 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 407.20 |
| 9/28/18 | TECHNICAL TIME @ $150/Hour | 157.50 |
| 9/28/18 | PROJECT MANAGEMENT @ $175/Hour | 78.75 |

**Total Expenses**                                                                                     **$4,600.81**

**EXHIBIT J-14**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC

Page 15

**Re: Big Lagoon**

October 22, 2018

Invoice No. 1289376

Matter No. 216225-301001

For legal services posted through September 30, 2018

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| David Smith | SDSM | Partner | 64.30 | $400.00 |
| Jennifer Galloway | JGALL | Counsel | 14.70 | $400.00 |
| Scarlett Singleton Nokes | SNOK | Counsel | 22.10 | $400.00 |
| Joseph R. Anderson | JRAN | Associate | 13.70 | $250.00 |
| Melissa S. Gutierrez | MSGU | Associate | 88.70 | $250.00 |
| Andrea Wenk Hardy | AWH | Paralegal | 2.50 | $255.00 |
| Catherine A. Vest | CAV | Paralegal | 51.90 | $225.00 |
| Charjean Neuer | CHNE | Paralegal | 12.20 | $225.00 |
| Doris L. Walker | DLWA | Paralegal | 30.20 | $240.00 |
| Koni McBride | KHM | Paralegal | 35.10 | $255.00 |
| Patti Lampton | PLAM | Paralegal | 13.55 | $225.00 |
| Tamika C. Hogan | TCHO | Paralegal | 15.45 | $245.00 |
| Matthew S. Mondary | MSMO | Lit. Support | 7.50 | $250.00 |

**Total Hours**                                                    **371.90**

**EXHIBIT J-15**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

October 22, 2018
Invoice No. 1289376

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of October 22, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/16/18 | 1275499 | $55,558.78 | $(50,000.00) | $5,558.78 |
| 9/18/18 | 1281308 | $106,178.42 | $0.00 | $106,178.42 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| **Outstanding Invoices as of October 22, 2018** | | | | **$222,345.51** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
Account Number: 0064289141

(Wires)  Routing Number: 062005690
Account Number: 0064289141
SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT J-16**