**EXHIBIT K**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

November 20, 2018
Invoice No. 1296492

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through October 31, 2018

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $8,450.00 |
| Current Expenses | $4,824.91 |
| **Current Invoice** | **$13,274.91** |

| Outstanding Invoice Summary | |
| --- | --- |

Outstanding Invoices as of November 20, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 8/16/18 | 1275499 | $55,558.78 | $(50,000.00) | $5,558.78 |
| 9/18/18 | 1281308 | $106,178.42 | $0.00 | $106,178.42 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| **Outstanding Invoices as of November 20, 2018** | | | | **$235,620.42** |

Thank you for your business.

**EXHIBIT K-1**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 2
November 20, 2018
Invoice No. 1296492
For legal services posted through October 31, 2018

| | | **Professional Services** | |
|---|---|---|---|

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 10/1/18 | MSGU | Work on Response brief. | 1.10 |
| 10/1/18 | JGALL | Reviewed safesare for client. | 0.20 |
| 10/2/18 | MSGU | Work on Response Brief. | 3.10 |
| 10/3/18 | SDSM | Work on post hearing brief thing | 1.90 |
| 10/3/18 | SNOK | Review and analyze post-arbitration briefs. | 0.90 |
| 10/3/18 | JRAN | Revised and supplemented draft of post hearing briefing regarding alter ego liability | 1.20 |
| 10/4/18 | SDSM | Work on post trial brief | 2.60 |
| 10/4/18 | MSGU | Work on responsive briefing. | 1.90 |
| 10/4/18 | JGALL | Submission of response briefs due. Review and prepared response comments to litigation team. | 2.00 |
| 10/4/18 | JRAN | Continued revisions and additions to briefing regarding alter ego liability | 1.30 |
| 10/5/18 | SDSM | Assist with document production | 0.60 |
| 10/5/18 | MSGU | Communications with opposing counsel regarding settlement withdrawal. | 0.10 |
| 10/15/18 | JGALL | Worked on safeshare documents. Sent new link. | 0.20 |
| 10/17/18 | SDSM | Work on document production issues | 0.60 |
| 10/18/18 | SDSM | Work on document production issues | 0.90 |
| 10/22/18 | JGALL | Reviewed emails from client. | 0.30 |
| 10/24/18 | SDSM | Work on chronology aspects | 0.60 |
| 10/26/18 | SDSM | Work on document production and discovery issues | 0.90 |
| 10/29/18 | JGALL | Reviewed and sent consumer complaints to tribe. | 0.50 |
| 10/30/18 | MSGU | Draft email to OC regarding postponement of award to facilitate mediation. | 0.10 |
| 10/30/18 | MSGU | Work on timeline. | 0.20 |
| 10/30/18 | MSGU | Prepare for mediation. | 0.20 |
| 10/30/18 | MSGU | Receipt and review of interim award and work on next steps. | 0.60 |
| 10/30/18 | JGALL | Detailed review of new order and file. Telephone calls regarding same. | 1.00 |
| 10/31/18 | JA | Review Interim Award | 0.40 |
| 10/31/18 | JA | Legal research regarding vacatur standards | 0.30 |

**EXHIBIT K-2**


Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 3 |
| **Re: Big Lagoon** | November 20, 2018 |
| | Invoice No. 1296492 |
| Matter No. 216225-301001 | For legal services posted through October 31, 2018 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 10/31/18 | SDSM | Review award and analyze interim award | 1.10 |

| **Total Professional Services** | **$8,450.00** |
|---|---|

| Expenses |
|---|

| Date | Description | Amount |
|---|---|---|
| 9/3/18 | DAVID SMITH - AIRFARE, KANSAS CITY, MO, TRAVEL TO MEET WITH CLIENT, 09/03/2018 - 09/04/2018 Bank ID: CRBHM Check Number: 871200CP | 205.49 |
| 9/3/18 | DAVID SMITH - HOTEL - BREAKFAST, KANSAS CITY, MO, TRAVEL TO MEET WITH CLIENT, 09/03/2018 Bank ID: CRBHM Check Number: 871200CP | 3.00 |
| 9/3/18 | DAVID SMITH - HOTEL - LODGING, KANSAS CITY, MO, TRAVEL TO MEET WITH CLIENT, 09/03/2018 - 09/04/2018 Bank ID: CRBHM Check Number: 871200CP | 74.93 |
| 9/4/18 | DAVID SMITH - AIRFARE, SAN DIEGO, CA, TRAVEL TO MEET WITH CLIENT, 09/04/2018 - 09/05/2018 Bank ID: CRBHM Check Number: 871200CP | 218.49 |
| 9/4/18 | DAVID SMITH - HOTEL - LODGING, KANSAS CITY, MO- SAN DIEGO, CA, TRAVEL TO MEET WITH CLIENT, 09/04/2018 - 09/05/2018 Bank ID: CRBHM Check Number: 871200CP | 98.92 |
| 9/5/18 | DAVID SMITH - AIRFARE, SAN DIEGO, CA-HOUSTON, TRAVEL TO MEET WITH CLIENT, 09/05/2018 - 09/05/2018 Bank ID: CRBHM Check Number: 871200CP | 297.99 |
| 9/5/18 | MELISSA GUTIERREZ - AIRFARE, DENVER, CO., TRAVEL TO DENVER, CO. TO ATTEND ARBITRATION., 09/09/2018 - 09/12/2018 Bank ID: CRBHM Check Number: 107275KP | 395.98 |
| 9/7/18 | DAVID SMITH - HOTEL - OTHER, DENVER, CO., ARBITRATION IN DENVER, CO- UPS-SHIPPING CASE MATERIAL., 09/07/2018 Bank ID: CRBHM Check Number: 903807HP | 25.00 |
| 9/7/18 | DAVID SMITH - HOTEL - LODGING, DENVER, CO., HOTEL CHARGE FOR ARBITRATION IN DENVER, CO., 09/07/2018 - 09/12/2018 Bank ID: CRBHM Check Number: 903807HP | 1,038.85 |

**EXHIBIT K-3**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC

**Re: Big Lagoon**

Matter No. 216225-301001

Page 4
November 20, 2018
Invoice No. 1296492
For legal services posted through October 31, 2018

| Date | Description | Amount |
|---|---|---|
| 9/7/18 | DAVID SMITH - HOTEL - OTHER, DENVER, CO., UPS CHARGE FOR RETURN OF CASE MATERIAL., 09/07/2018 Bank ID: CRBHM Check Number: 903807HP | 25.00 |
| 9/7/18 | DAVID SMITH - AIRFARE, DENVER, CO, ARBITRATION- HOUSTON TO DENVER, CO, 09/07/2018 - 10/12/2018 Bank ID: CRBHM Check Number: 903807HP | 208.99 |
| 9/8/18 | DAVID SMITH - HOTEL - OTHER, DENVER, CO., ARBITRATION IN DENVER, CO.- UPS CHARGE OF CASE MATERIALS BEING RETURNED., 09/08/2018 Bank ID: CRBHM Check Number: 903807HP | 10.00 |
| 9/8/18 | DAVID SMITH - HOTEL - OTHER, DENVER, CO., ARBITRATION IN DENVER, CO- HOTEL CHARGE FOR REMOVAL OF FURNITURE TO SET-UP CONFERENCE ROOM., 09/08/2018 Bank ID: CRBHM Check Number: 903807HP | 87.50 |
| 9/8/18 | DAVID SMITH - HOTEL - OTHER, DENVER, CO., ARBITRATION IN DENVER, CO- HOTEL CHARGE FOR PUTTING FURNITURE BACK INTO ROOM., 09/08/2018 Bank ID: CRBHM Check Number: 903807HP | 87.50 |
| 9/9/18 | MELISSA GUTIERREZ - HOTEL - BREAKFAST, DENVER, CO., TRAVEL TO DENVER, CO. TO ATTEND ARBITRATION., 09/09/2018 Bank ID: CRBHM Check Number: 107275JP | 16.18 |
| 9/9/18 | MELISSA GUTIERREZ - HOTEL - LODGING, DENVER, CO., TRAVEL TO DENVER, CO. TO ATTEND ARBITRATION., 09/09/2018 - 09/12/2018 Bank ID: CRBHM Check Number: 107275JP | 811.60 |
| 9/9/18 | MELISSA GUTIERREZ - TAXI/CAR SERVICE, FROM AIRPORT TO HOTEL., TRAVEL TO DENVER, CO. TO ATTEND ARBITRATION., 09/09/2018 Bank ID: CRBHM Check Number: 107275JP | 20.13 |
| 9/12/18 | DAVID SMITH - TAXI/CAR SERVICE, BACK TO HOTEL WITH CLIENTS, TRAVEL BACK TO HOTEL AFTER DINNER WITH CLIENTS. - REDONDO/ROCKHILL ARBITRATION, 09/12/2018 Bank ID: CRBHM Check Number: 903807HP | 37.53 |
| 9/12/18 | DAVID SMITH - AIRFARE, HOSUTON, TX, ARBITRATION - DENVER, CO.TO HOUSTON, 09/12/2018 - 09/12/2018 Bank ID: CRBHM Check Number: 903807HP | 208.99 |
| 9/12/18 | DAVID SMITH - TAXI/CAR SERVICE, DINNER WITH CLIENTS, TRAVEL TO DINNER WITH CLIENTS. - REDONDO/ROCKHILL ARBITRATION, 09/12/2018, [FIRMGL] Bank ID: CRBHM Check Number: 903807HP | 31.28 |
| 9/12/18 | MELISSA GUTIERREZ - TAXI/CAR SERVICE, HOTEL TO AIRPORT, TRAVEL TO DENVER, CO. TO ATTEND ARBITRATION., 09/12/2018 Bank ID: CRBHM Check Number: 107275JP | 20.61 |

**EXHIBIT K-4**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC

Page 5

**Re: Big Lagoon**

November 20, 2018

Invoice No. 1296492

Matter No. 216225-301001

For legal services posted through October 31, 2018

| Date | Description | Amount |
|------|-------------|--------|
| 9/14/18 | HUNTER AND GEIST INC - COURT REPORTER CHARGES-13 - LYNETTE SAMOLINSKI - COURT REPORTER FEES - INVOICE: 159164 DATE: 09/14/18 Bank ID: CRBHM Check Number: 1004831 | 493.75 |
| 10/31/18 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 407.20 |

**Total Expenses** **$4,824.91**

| Timekeeper Summary | | | | |
|--------------------|--------|-------|-------|-------|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| David Smith | SDSM | Partner | 9.20 | $400.00 |
| Jeff Anderson | JA | Counsel | 0.70 | $400.00 |
| Jennifer Galloway | JGALL | Counsel | 4.20 | $400.00 |
| Scarlett Singleton Nokes | SNOK | Counsel | 0.90 | $400.00 |
| Joseph R. Anderson | JRAN | Associate | 2.50 | $250.00 |
| Melissa S. Gutierrez | MSGU | Associate | 7.30 | $250.00 |
| **Total Hours** | | | **24.80** | |

**EXHIBIT K-5**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

November 20, 2018
Invoice No. 1296492

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary |
| --- |

Outstanding Invoices as of November 20, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 8/16/18 | 1275499 | $55,558.78 | $(50,000.00) | $5,558.78 |
| 9/18/18 | 1281308 | $106,178.42 | $0.00 | $106,178.42 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| **Outstanding Invoices as of November 20, 2018** | | | | **$235,620.42** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
         Account Number: 0064289141

(Wires)    Routing Number: 062005690
           Account Number: 0064289141
           SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT K-6**