**EXHIBIT M**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

March 25, 2019
Invoice No. 1322600

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through February 28, 2019

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $8,940.00 |
| Current Expenses | $1,808.22 |
| **Current Invoice** | **$10,748.22** |

| Outstanding Invoice Summary | |
| --- | --- |

Outstanding Invoices as of March 25, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 8/16/18 | 1275499 | $55,558.78 | $(50,000.00) | $5,558.78 |
| 9/18/18 | 1281308 | $106,178.42 | $0.00 | $106,178.42 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| **Outstanding Invoices as of March 25, 2019** | | | | **$317,236.16** |

Thank you for your business.

**EXHIBIT M-1**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 2
March 25, 2019
Invoice No. 1322600
For legal services posted through February 28, 2019

| | | Professional Services | |
|---|---|---|---|
| **Date** | **Tkpr** | **Description** | **Hours** |
| 2/1/19 | FWA | Correspond with opposing counsel re: documents to be filed under seal; work on retainer for local counsel and next steps in litigation | 0.30 |
| 2/4/19 | FWA | Prepare for and attend conf call with client re: next steps in litigation and settlement recommendations | 0.30 |
| 2/4/19 | JA | Research issues regarding personal jurisdiction | 0.40 |
| 2/4/19 | JA | Revise cross-petition to vacate and memorandum in support | 0.20 |
| 2/4/19 | JA | Draft motion to quash summons for lack of personal jurisdiction and memorandum in support | 0.40 |
| 2/4/19 | MSGU | Conference call with client to discuss settlement. | 0.30 |
| 2/4/19 | JGALL | Reviewed file for consumer complaints. Sent safeshare link to client. | 0.30 |
| 2/5/19 | JA | Draft motion to quash summons for lack of personal jurisdiction and supporting papers | 0.80 |
| 2/5/19 | JA | Research issues regarding personal jurisdiction | 0.40 |
| 2/5/19 | JA | E-mail M.Gutierrez regarding motion to quash papers and jurisdictional facts | 0.10 |
| 2/5/19 | MSGU | Work on California pleadings. | 0.40 |
| 2/6/19 | FWA | Review and revise pleadings and objections related to arbitration award and confer with local counsel re: same | 1.30 |
| 2/6/19 | JA | Conference call with N.Delaney regarding California court filings | 0.30 |
| 2/6/19 | JA | Prepare e-mail for Mark Koetting regarding personal jurisdiction | 0.10 |
| 2/6/19 | JA | Draft motion to quash summons for lack of personal jurisdiction and supporting papers | 0.70 |
| 2/6/19 | JA | Draft motion to dismiss Dan Koetting and supporting papers, response to petition and supporting papers, cross-petition to vacate and supporting papers, and motion to seal and supporting papers | 0.80 |
| 2/6/19 | JA | Research issues regarding motion to quash summons and consent to jurisdiction | 0.40 |
| 2/6/19 | JA | E-mail W.Allen regarding special appearance for Mark Koetting | 0.10 |
| 2/6/19 | JA | E-mail W.Allen regarding current drafts | 0.20 |
| 2/7/19 | MSGU | Prepare first draft of letter offering settlement to Tribe. | 1.10 |
| 2/8/19 | FWA | Review and revise offer letter to tribe and confer with client re: same | 0.60 |
| 2/8/19 | MSGU | Work on settlement communications to Tribe. | 0.10 |

**EXHIBIT M-2**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 3
March 25, 2019
Invoice No. 1322600
For legal services posted through February 28, 2019

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 2/9/19 | FWA | Work on possible settlement terms related to entities | 0.25 |
| 2/9/19 | MSGU | Revisions to Cross-Petition to Vacate Award. | 0.30 |
| 2/9/19 | MSGU | Revisions to Motion to File Documents under seal. | 0.30 |
| 2/9/19 | MSGU | Revisions to Motion to Dismiss Dan Koetting. | 0.60 |
| 2/9/19 | MSGU | Revisions to Response to Petition to Confirm Award. | 0.20 |
| 2/11/19 | JA | Finalize motion to quash and supporting papers and e-mail M.Koetting regarding declaration | 0.20 |
| 2/11/19 | JA | Revise response to petition, motion to dismiss D.Koetting, cross-petition to vacate, and motion to seal and supporting papers | 1.70 |
| 2/11/19 | JA | Research issues regarding alter ego and veil-piercing | 0.40 |
| 2/11/19 | JA | Review hearing transcripts | 0.40 |
| 2/11/19 | MSGU | Review transcript to determine if agreement to use uncertified transcript is on the record and communications with court reporter regarding obtaining certified copy. | 0.30 |
| 2/12/19 | FWA | Finalize pleadings for filing in opposition to arbitration award | 0.75 |
| 2/12/19 | JA | Revise response to petition, motion to dismiss D.Koetting, cross-petition to vacate, and motion to seal and supporting papers and discuss same with W.Allen | 1.30 |
| 2/12/19 | JA | E-mail N.Delaney regarding finalizing papers for filing | 0.10 |
| 2/12/19 | JA | E-mail D.Koetting regarding declaration in support of motion to seal | 0.10 |
| 2/12/19 | JA | Review exhibits to be filed under seal and e-mail M.Gutierrez regarding same | 0.20 |
| 2/12/19 | JA | Review pro hac vice application for opposing counsel | 0.10 |
| 2/12/19 | MSGU | Work on California pleadings. | 0.60 |
| 2/13/19 | FWA | Review and revise pleadings; confer with opposing counsel re: settlement | 0.50 |
| 2/13/19 | JA | Revise motion to quash papers and finalize for filing; e-mail local counsel regarding same | 0.50 |
| 2/13/19 | JA | Revise motion to file documents under seal and supporting papers | 0.30 |
| 2/13/19 | JA | E-mail opposing counsel regarding order on motion to seal and review order | 0.10 |
| 2/14/19 | JA | Revise memorandum in support of cross-petition to vacate award and e-mail local counsel regarding same | 0.30 |
| 2/19/19 | FWA | Correspond with client and local counsel re: upcoming hearings; confer with opposing counsel re: same | 0.45 |
| 2/19/19 | FWA | Correspond with client and local counsel re: upcoming hearings | 0.25 |

**EXHIBIT M-3**


Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 4 |
| **Re: Big Lagoon** | March 25, 2019 |
| | Invoice No. 1322600 |
| Matter No. 216225-301001 | For legal services posted through February 28, 2019 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 2/19/19 | JA | Review e-mails regarding hearing dates and stipulation and discuss same with W.Allen | 0.20 |
| 2/19/19 | JA | Review and revise pro hac vice application | 0.20 |
| 2/20/19 | FWA | Consider strategy for upcoming hearings and ability to delay the same | 0.40 |
| 2/20/19 | FWA | Address efforts by opposing counsel to set hearings on expedited basis | 0.35 |
| 2/20/19 | FWA | Review and revise motion for admission to California | 0.25 |
| 2/20/19 | JA | Conference call with local counsel regarding hearing dates and pro hac vice application | 0.30 |
| 2/20/19 | JA | Review e-mails regarding hearing dates and discuss same with W.Allen | 0.10 |
| 2/21/19 | JA | Review e-mail from B.Johnson regarding hearing date and develop strategy for extension | 0.30 |
| 2/22/19 | FWA | Review and revise proposed stipulation for hearing date and correspond with opposing counsel and client re: same | 0.50 |
| 2/22/19 | JA | Review e-mails regarding hearing date, revise proposed stipulation, and discuss same with W.Allen | 0.40 |
| 2/25/19 | FWA | Prepare for and confer with clients re: case status and settlement discussions | 0.50 |
| 2/25/19 | FWA | Finalize proposed stipulation with opposing counsel | 0.20 |
| 2/25/19 | JA | Review final stipulation regarding hearing date and briefing schedule | 0.10 |
| 2/25/19 | JA | Conference call with D.Koetting regarding status update | 0.20 |
| 2/25/19 | MSGU | Conference call to discuss update on California litigation and settlement discussions. | 0.20 |

| | |
|---|---|
| **Total Professional Services** | **$8,940.00** |

| **Expenses** | |
|---|---|

| Date | Description | Amount |
|---|---|---|
| 1/11/19 | COPY CHARGES - INTERNAL B&W | 1.50 |
| 1/11/19 | COPY CHARGES - INTERNAL B&W | 1.50 |
| 1/16/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 71.50 |
| 1/16/19 | COPY CHARGES - INTERNAL B&W | 1.00 |

**EXHIBIT M-4**



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 5 |
| **Re: Big Lagoon** | March 25, 2019 |
| | Invoice No. 1322600 |
| Matter No. 216225-301001 | For legal services posted through February 28, 2019 |

| Date | Description | Amount |
|---|---|---|
| 1/16/19 | COPY CHARGES - INTERNAL B&W | 1.50 |
| 1/16/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 1/17/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 21.45 |
| 1/18/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 1/19/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 210.35 |
| 1/19/19 | COPY CHARGES - INTERNAL B&W | 2.95 |
| 1/19/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 1/19/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 1/20/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 86.85 |
| 1/20/19 | COPY CHARGES - INTERNAL B&W | 1.35 |
| 1/20/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 1/20/19 | COPY CHARGES - INTERNAL B&W | 2.00 |
| 1/21/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 35.75 |
| 1/21/19 | COPY CHARGES - INTERNAL B&W | 0.70 |
| 1/21/19 | COPY CHARGES - INTERNAL B&W | 1.60 |
| 1/21/19 | COPY CHARGES - INTERNAL B&W | 6.40 |
| 1/21/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 1/22/19 | COPY CHARGES - INTERNAL B&W | 0.55 |
| 1/23/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 143.00 |
| 1/23/19 | COPY CHARGES - INTERNAL B&W | 1.75 |
| 1/23/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 1/24/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 1/25/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 92.95 |
| 1/25/19 | COPY CHARGES - INTERNAL B&W | 0.80 |
| 1/25/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 1/25/19 | EXPRESS MAIL/FEDEX | 10.08 |

**EXHIBIT M-5**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC

Page 6

**Re: Big Lagoon**

March 25, 2019

Invoice No. 1322600

Matter No. 216225-301001

For legal services posted through February 28, 2019

| Date | Description | Amount |
|---|---|---|
| 1/26/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 42.90 |
| 1/26/19 | COPY CHARGES - INTERNAL B&W | 1.70 |
| 1/28/19 | COPY CHARGES - INTERNAL B&W | 1.40 |
| 1/31/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 90.05 |
| 1/31/19 | COPY CHARGES - INTERNAL B&W | 1.70 |
| 1/31/19 | COPY CHARGES - INTERNAL B&W | 1.30 |
| 2/4/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 150.15 |
| 2/5/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 14.30 |
| 2/5/19 | COPY CHARGES - INTERNAL B&W | 3.10 |
| 2/5/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 2/5/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 0.60 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 1.30 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 2.90 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 1.70 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 0.85 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 0.50 |
| 2/6/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 2/9/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 7.15 |
| 2/11/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 164.45 |
| 2/11/19 | COPY CHARGES - INTERNAL B&W | 10.30 |
| 2/11/19 | COPY CHARGES - INTERNAL B&W | 2.50 |
| 2/11/19 | COPY CHARGES - INTERNAL B&W | 7.30 |
| 2/11/19 | COPY CHARGES - INTERNAL B&W | 2.55 |

**EXHIBIT M-6**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC                                             Page 7
**Re: Big Lagoon**                                                 March 25, 2019
                                                            Invoice No. 1322600
Matter No. 216225-301001           For legal services posted through February 28, 2019

| Date | Description | Amount |
|---|---|---|
| 2/12/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 114.40 |
| 2/12/19 | COPY CHARGES - INTERNAL B&W | 1.80 |
| 2/12/19 | COPY CHARGES - INTERNAL B&W | 1.40 |
| 2/13/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 2/22/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 57.20 |
| 2/28/19 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 413.19 |

**Total Expenses**                                                    **$1,808.22**

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate |
|---|---|---|---|---|
| Wendell Allen | FWA | Partner | 6.90 | $400.00 |
| Jeff Anderson | JA | Counsel | 12.40 | $400.00 |
| Jennifer Galloway | JGALL | Counsel | 0.30 | $400.00 |
| Melissa S. Gutierrez | MSGU | Associate | 4.40 | $250.00 |

**Total Hours**                                                      **24.00**

**EXHIBIT M-7**



**Bradley Arant Boult Cummings LLP**

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

March 25, 2019
Invoice No. 1322600

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of March 25, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/16/18 | 1275499 | $55,558.78 | $(50,000.00) | $5,558.78 |
| 9/18/18 | 1281308 | $106,178.42 | $0.00 | $106,178.42 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| **Outstanding Invoices as of March 25, 2019** | | | | **$317,236.16** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
          Account Number: 0064289141

(Wires)   Routing Number: 062005690
          Account Number: 0064289141
          SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT M-8**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC                                      March 25, 2019
530 B Street, Ste 2300                                          Invoice No. 1322600
San Diego, CA 92101

Matter No. 216225-301001
Re: Big Lagoon

REMITTANCE

**EXHIBIT M-9**