**EXHIBIT N**



| AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION® | | COMMERCIAL ARBITRATION RULES DEMAND FOR ARBITRATION |

*For Consumer or Employment cases, please visit www.adr.org for appropriate forms.*

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Name of Respondent: Clear Loan Solutions | | | Name of Representative (if known): Brendan Johnson | | |
|---|---|---|---|---|---|
| Address: | | | Name of Firm (if applicable): Robins Kaplan LLP | | |
| | | | Representative's Address: 101 S. Main Avenue, Suite 100 | | |
| City: | State: | Zip Code: | City: Sioux Falls | State: SD | Zip Code: 57104 |
| Phone No.: | Fax No.: | | Phone No.: 605-335-1300 | Fax No.: 612-339-4184 | |
| Email Address: | | | Email Address: bjohnson@robinskaplan.com | | |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

## Breach of contract

| Dollar Amount of Claim: $ See statement of claim | Other Relief Sought: ☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs ☑ Punitive/ Exemplary ☑ Other  Injunction |
|---|---|

| Amount enclosed: $ 3,500.00 | In accordance with Fee Schedule: ☑ Flexible Fee Schedule ☐ Standard Fee Schedule |
|---|---|

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

## An experienced commercial attorney

| Hearing locale: Sacramento, CA | (check one) ☐ Requested by Claimant ☑ Locale provision included in the contract |
|---|---|
| Estimated time needed for hearings overall:  hours or 2  days | Type of Business: Claimant: Marketing, underwriting and loan servicing  Respondent: Consumer lending business |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? N/A

| Signature (may be signed by a representative): | Date: 2/14/18 |
|---|---|
| Name of Claimant: Redondo Management, LLC | Name of Representative: S. David Smith |
| Address (to be used in connection with this case): | Name of Firm (if applicable): Bradley Arant Boult Cummings LLP |
| | Representative's Address: 600 Travis, Suite 4800 |
| City: | State: | Zip Code: | City: Houston | State: TX | Zip Code: 77002 |
| Phone No.: | Fax No.: | | Phone No.: 713-576-0307 | Fax No.: 713-576-0301 | |
| Email Address: | | | Email Address: sdsmith@bradley.com | | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.*

**30**

**EXHIBIT N-1**