**EXHIBIT O**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

April 16, 2019
Invoice No. 1327392

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through March 31, 2019

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $8,340.00 |
| Current Expenses | $1,048.65 |
| **Current Invoice** | **$9,388.65** |

| Outstanding Invoice Summary | |
| --- | --- |

Outstanding Invoices as of April 16, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 8/16/18 | 1275499 | $55,558.78 | $(50,000.00) | $5,558.78 |
| 9/18/18 | 1281308 | $106,178.42 | $0.00 | $106,178.42 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| **Outstanding Invoices as of April 16, 2019** | | | | **$326,624.81** |

Thank you for your business.

**EXHIBIT O-1**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 2
April 16, 2019
Invoice No. 1327392
For legal services posted through March 31, 2019

| | | **Professional Services** | |
|---|---|---|---|

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 3/1/19 | FWA | Receive orders resetting hearing dates to provide proper briefing schedule and consider implications of same | 0.30 |
| 3/1/19 | JA | Review orders on hearing and briefing schedule and PHV application | 0.10 |
| 3/4/19 | JA | E-mail local counsel regarding pro hac vice applications and review order granting applications | 0.10 |
| 3/4/19 | JA | E-mail W.Allen regarding strategy for hearing | 0.10 |
| 3/20/19 | FWA | Receive and review responses filed by opposing counsel and consider responses to same | 0.50 |
| 3/21/19 | FWA | Correspond with clients re: filings by opposing counsel and next steps | 0.20 |
| 3/21/19 | JA | Review GGS/CLS oppositions and develop strategy for reply briefs | 0.40 |
| 3/21/19 | JA | Discuss oppositions and strategy with W.Allen | 0.20 |
| 3/21/19 | JA | E-mail M.Gutierrez regarding opposition briefs | 0.10 |
| 3/22/19 | FWA | Prepare for and Confer with local counsel re: hearing preparations and strategy | 0.40 |
| 3/22/19 | JA | Draft reply in support of motion to quash summons | 0.30 |
| 3/22/19 | JA | Prepare notes for potential reply arguments | 0.80 |
| 3/22/19 | JA | Conference call with local counsel to discuss strategy for reply briefs | 0.50 |
| 3/23/19 | FWA | Review and revise draft reply briefs | 0.30 |
| 3/23/19 | JA | Draft reply in support of motion to quash summons and circulate for comments | 2.00 |
| 3/23/19 | JA | Draft reply in support of motion to dismiss Dan Koetting and circulate for comments | 1.70 |
| 3/25/19 | JA | Draft reply in support of cross-petition to vacate arbitration award, reply in support of motion to quash summons, and reply in support of motion to dismiss and circulate for comments | 3.20 |
| 3/25/19 | JA | Research issues regarding review of arbitration awards | 0.30 |
| 3/26/19 | FWA | Prepare for and confer with client re: status and strategy for upcoming hearings | 0.20 |
| 3/26/19 | JA | Conference call with clients regarding reply arguments and upcoming hearing | 0.30 |
| 3/26/19 | JA | Draft reply briefs | 1.30 |
| 3/26/19 | JA | Draft second motion to file documents under seal and supporting papers | 0.40 |
| 3/26/19 | MSGU | Review and revise responsive briefing in California litigation. | 0.40 |
| 3/27/19 | JA | Draft reply briefs | 1.30 |
| 3/27/19 | JA | Prepare notebook for N.Delaney | 0.10 |

**EXHIBIT O-2**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 3
April 16, 2019
Invoice No. 1327392
For legal services posted through March 31, 2019

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 3/27/19 | JA | Review exhibits | 0.20 |
| 3/27/19 | JA | Draft second motion to file documents under seal | 0.20 |
| 3/27/19 | JA | E-mail K.Radford regarding order on petitioners' second motion to seal | 0.10 |
| 3/27/19 | JA | Research issues regarding personal jurisdiction and vacatur of arbitration awards | 0.70 |
| 3/28/19 | FWA | Review draft reply documents and consider strategy for hearing | 0.80 |
| 3/28/19 | JA | Revise reply briefs and propose redactions | 1.20 |
| 3/28/19 | JA | Draft second motion to file documents under seal | 0.20 |
| 3/28/19 | JA | Review order granting petitioners' second motion to seal | 0.10 |
| 3/29/19 | FWA | Review and finalize reply briefs and consider approach to hearings | 0.40 |
| 3/29/19 | FWA | Finalize proposed revisions to reply documents | 0.20 |
| 3/29/19 | JA | Finalize reply briefs and proposed redactions | 1.30 |
| 3/29/19 | JA | E-mail communications with N.Delaney regarding reasoned order | 0.10 |

**Total Professional Services**                                                    **$8,340.00**

| | **Expenses** | |
|---|---|---|

| Date | Description | Amount |
|------|-------------|--------|
| 3/21/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 3/21/19 | COPY CHARGES - INTERNAL B&W | 1.70 |
| 3/21/19 | COPY CHARGES - INTERNAL B&W | 8.15 |
| 3/22/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 3/22/19 | COPY CHARGES - INTERNAL B&W | 0.50 |
| 3/22/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 3/22/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 21.45 |
| 3/23/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 3/23/19 | COPY CHARGES - INTERNAL B&W | 1.40 |
| 3/23/19 | COPY CHARGES - INTERNAL B&W | 0.80 |

**EXHIBIT O-3**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 4
April 16, 2019
Invoice No. 1327392
For legal services posted through March 31, 2019

| Date | Description | Amount |
|------|-------------|-------:|
| 3/23/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 244.10 |
| 3/25/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 30.45 |
| 3/26/19 | COPY CHARGES - INTERNAL B&W | 1.00 |
| 3/26/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 3/26/19 | COPY CHARGES - INTERNAL B&W | 12.15 |
| 3/26/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 64.35 |
| 3/27/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 3/27/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 3/27/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 3/27/19 | COPY CHARGES - INTERNAL B&W | 0.85 |
| 3/27/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 235.95 |
| 3/28/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 3/28/19 | COPY CHARGES - INTERNAL B&W | 1.50 |
| 3/28/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 3/29/19 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 413.20 |

**Total Expenses**                                                                **$1,048.65**

| Timekeeper Summary | | | | |
|--------------------|--|--|--|--|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| Wendell Allen | FWA | Partner | 3.30 | $400.00 |
| Jeff Anderson | JA | Counsel | 17.30 | $400.00 |
| Melissa S. Gutierrez | MSGU | Associate | 0.40 | $250.00 |
| **Total Hours** | | | **21.00** | |

**EXHIBIT O-4**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

April 16, 2019
Invoice No. 1327392

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of April 16, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/16/18 | 1275499 | $55,558.78 | $(50,000.00) | $5,558.78 |
| 9/18/18 | 1281308 | $106,178.42 | $0.00 | $106,178.42 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| **Outstanding Invoices as of April 16, 2019** | | | | **$326,624.81** |

**EXHIBIT O-5**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

April 16, 2019
Invoice No. 1327392

Matter No. 216225-301001
Re: Big Lagoon

---

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)   Routing Number: 062000019
Account Number: 0064289141

(Wires)   Routing Number: 062005690
Account Number: 0064289141
SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT O-6**