**EXHIBIT Q**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

May 22, 2019
Invoice No. 1334785

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through April 30, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $8,560.00 |
| Current Expenses | $1,820.89 |
| **Current Invoice** | **$10,380.89** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of May 22, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/18/18 | 1281308 | $106,178.42 | $(4,441.22) | $101,737.20 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| 5/22/19 | 1334785 | $10,380.89 | $0.00 | $10,380.89 |
| **Outstanding Invoices as of May 22, 2019** | | | | **$327,005.70** |

Thank you for your business.

**EXHIBIT Q-1**


Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 2
May 22, 2019
Invoice No. 1334785
For legal services posted through April 30, 2019

## Professional Services

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 4/2/19 | JA | Review state bar notices regarding pro hac vice admission and e-mail local counsel regarding same | 0.10 |
| 4/4/19 | JA | Draft outline for hearing on post-award motions | 0.20 |
| 4/5/19 | JA | Review arbitration transcript and documents | 1.30 |
| 4/5/19 | JA | Prepare hearing outline | 1.20 |
| 4/6/19 | JA | Prepare for Superior Court hearing on petition to vacate arbitration award and related motions | 2.00 |
| 4/7/19 | JA | Travel to Eureka, CA for Superior Court hearing | 6.50 |
| 4/7/19 | JA | Prepare for Superior Court hearing on petition to vacate arbitration award and related motions | 1.30 |
| 4/8/19 | JA | Prepare for and attend Superior Court hearing on petition to vacate arbitration award and related motions | 2.30 |
| 4/8/19 | JA | Travel to Birmingham | 0.80 |
| 4/9/19 | JA | Travel to Birmingham | 5.50 |
| 4/11/19 | JA | Prepare summary report of Superior Court hearing | 0.20 |

**Total Professional Services**                                        **$8,560.00**

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/4/19 | JEFF ANDERSON - HOTEL - LODGING, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/07/2019 - 04/08/2019 Bank ID: CRBHM Check Number: 8570D69F | 105.84 |
| 3/15/19 | JEFF ANDERSON - AIRFARE, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/07/2019 - 04/08/2019 Bank ID: CRBHM Check Number: 584922C7 | 629.10 |
| 3/27/19 | EXPRESS MAIL/FEDEX | 41.13 |
| 3/28/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 14.30 |
| 4/1/19 | COPY CHARGES - INTERNAL B&W | 5.70 |

**EXHIBIT Q-2**



**Bradley**
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 3
May 22, 2019
Invoice No. 1334785
For legal services posted through April 30, 2019

| Date | Description | Amount |
|------|-------------|-------:|
| 4/2/19 | COPY CHARGES - INTERNAL B&W | 4.60 |
| 4/2/19 | COPY CHARGES - INTERNAL B&W | 2.30 |
| 4/2/19 | COPY CHARGES - INTERNAL B&W | 0.90 |
| 4/5/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 4/5/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 4/5/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 4/5/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 42.90 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 1.80 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 0.60 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 0.20 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 1.50 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 2.50 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 2.10 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 1.90 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 4/6/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 4/7/19 | JEFF ANDERSON - TAXI/CAR SERVICE, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/07/2019 Bank ID: CRBHM Check Number: 584922C7 | 28.25 |
| 4/7/19 | JEFF ANDERSON - LUNCH, 04/07/2019, HEARING ON MOTION TO VACATE ARBITRATION AWARD Bank ID: CRBHM Check Number: 584922C7 | 12.50 |
| 4/8/19 | JEFF ANDERSON - HOTEL - OTHER, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/08/2019 Bank ID: CRBHM Check Number: 584922C7 | 27.12 |
| 4/8/19 | JEFF ANDERSON - TAXI/CAR SERVICE, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/08/2019 Bank ID: CRBHM Check Number: 584922C7 | 32.72 |
| 4/8/19 | JEFF ANDERSON - LUNCH, 04/08/2019, HEARING ON MOTION TO VACATE ARBITRATION AWARD Bank ID: CRBHM Check Number: 584922C7 | 11.50 |

**EXHIBIT Q-3**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC

**Re: Big Lagoon**

Matter No. 216225-301001

Page 4

May 22, 2019

Invoice No. 1334785

For legal services posted through April 30, 2019

| Date | Description | Amount |
|------|-------------|-------:|
| 4/9/19 | JEFF ANDERSON - BREAKFAST, 04/09/2019, HEARING ON MOTION TO VACATE ARBITRATION AWARD Bank ID: CRBHM Check Number: 584922C7 | 3.64 |
| 4/9/19 | JEFF ANDERSON - PARKING, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/07/2019 - 04/09/2019 Bank ID: CRBHM Check Number: 584922C7 | 15.50 |
| 4/30/19 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 826.39 |

**Total Expenses** **$1,820.89**

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate |
|------------|----------|-------|------:|-----:|
| Jeff Anderson | JA | Counsel | 21.40 | $400.00 |

**Total Hours** **21.40**

**EXHIBIT Q-4**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

May 22, 2019
Invoice No. 1334785

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of May 22, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/18/18 | 1281308 | $106,178.42 | $(4,441.22) | $101,737.20 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| 5/22/19 | 1334785 | $10,380.89 | $0.00 | $10,380.89 |
| **Outstanding Invoices as of May 22, 2019** | | | | **$327,005.70** |

**EXHIBIT Q-5**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

May 22, 2019
Invoice No. 1334785

Matter No. 216225-301001
Re: Big Lagoon

---

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
         Account Number: 0064289141

(Wires)  Routing Number: 062005690
         Account Number: 0064289141
         SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT Q-6**