**EXHIBIT S**



## Bradley
Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

July 23, 2019
Invoice No. 1348503

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through June 30, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $5,960.00 |
| Current Expenses | $2,271.49 |
| **Current Invoice** | **$8,231.49** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of July 23, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/18/18 | 1281308 | $106,178.42 | $(4,441.22) | $101,737.20 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| 5/22/19 | 1334785 | $10,380.89 | $0.00 | $10,380.89 |
| 6/18/19 | 1341087 | $220.00 | $0.00 | $220.00 |
| 7/23/19 | 1348503 | $8,231.49 | $0.00 | $8,231.49 |
| **Outstanding Invoices as of July 23, 2019** | | | | **$335,457.19** |

Thank you for your business.

**EXHIBIT S-1**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 2
July 23, 2019
Invoice No. 1348503
For legal services posted through June 30, 2019

| | | **Professional Services** | |
|---|---|---|---|
| **Date** | **Tkpr** | **Description** | **Hours** |
| 6/10/19 | JA | Review trial court orders on motions | 0.10 |
| 6/11/19 | FWA | Review orders from court and consider response to same | 0.30 |
| 6/11/19 | JA | Discuss trial court orders and next steps with W.Allen | 0.20 |
| 6/11/19 | JA | E-mail local counsel regarding next steps | 0.20 |
| 6/11/19 | JA | Research issues regarding judgment, appeal, and bond/stay issues and draft memo regarding same | 1.40 |
| 6/12/19 | FWA | Review memo re: status and strategy and consider revisions to same | 0.30 |
| 6/12/19 | JA | Draft memo regarding judgment, appeal, and bond/stay issues and circulate to local counsel and W.Allen for comment | 1.00 |
| 6/12/19 | JA | Research issues regarding judgment, appeal, and bond/stay issues | 0.70 |
| 6/14/19 | JA | Research issues regarding reconsideration and e-mail W.Allen regarding same | 0.30 |
| 6/18/19 | FWA | Confer with client re: results of motions to set aside award and related motions | 0.25 |
| 6/18/19 | JA | Conference call with clients to discuss trial court orders and next steps | 0.20 |
| 6/20/19 | JA | E-mail local counsel regarding judgment and related issues | 0.10 |
| 6/20/19 | JA | Research issues regarding judgment, costs and fees, bond and stay procedures and revise memo regarding same | 1.40 |
| 6/21/19 | JA | Research issues regarding writ of mandate, personal jurisdiction, and stay | 0.60 |
| 6/21/19 | JA | Phone conversation with local counsel (N. Delaney) regarding writ of mandate issues | 0.20 |
| 6/21/19 | JA | Draft writ of mandate papers | 2.30 |
| 6/22/19 | FWA | Correspond with client re: writ petition | 0.15 |
| 6/22/19 | JA | Analyze strategy considerations regarding writ of mandate | 0.30 |
| 6/22/19 | JA | Research issues regarding writ of mandate, personal jurisdiction, and stay | 0.90 |
| 6/22/19 | JA | Draft writ of mandate papers | 0.50 |
| 6/23/19 | JA | Revise writ of mandate papers | 0.50 |
| 6/24/19 | JA | Review Court of Appeal notices and order | 0.10 |
| 6/24/19 | JA | Review and revise writ of mandate papers | 1.40 |
| 6/25/19 | FWA | Review court order on writ petition and consider response to same | 0.25 |
| 6/25/19 | JA | E-mail correspondence with local counsel regarding strategy after writ denial | 0.10 |
| 6/25/19 | JA | Review draft letter regarding status of case and options | 0.30 |

**EXHIBIT S-2**



Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Rockhill Consulting Group, LLC | Page 3 |
| **Re: Big Lagoon** | July 23, 2019 |
| | Invoice No. 1348503 |
| Matter No. 216225-301001 | For legal services posted through June 30, 2019 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 6/26/19 | FWA | Provide update to clients re: writ petition and appeal | 0.20 |
| 6/26/19 | JA | Discuss appellate options with local counsel | 0.20 |
| 6/27/19 | FWA | Draft letter to Koettings re: appeal | 0.20 |
| 6/28/19 | FWA | Correspond with M. Koetting re: petition to S. Ct and settlement | 0.25 |

**Total Professional Services** **$5,960.00**

| | | |
|---|---|---|
| | **Expenses** | |

| Date | Description | Amount |
|---|---|---|
| 6/11/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 204.00 |
| 6/12/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 57.20 |
| 6/14/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 128.70 |
| 6/17/19 | COPY CHARGES - INTERNAL B&W | 3.00 |
| 6/17/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 14.30 |
| 6/19/19 | COPY CHARGES - INTERNAL B&W | 1.10 |
| 6/20/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 302.10 |
| 6/21/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 263.50 |
| 6/22/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 286.00 |
| 6/23/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 28.60 |
| 6/24/19 | COPY CHARGES - INTERNAL B&W | 2.70 |
| 6/24/19 | COPY CHARGES - INTERNAL B&W | 3.00 |
| 6/25/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 144.90 |

**EXHIBIT S-3**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC

**Re: Big Lagoon**

Matter No. 216225-301001

Page 4

July 23, 2019

Invoice No. 1348503

For legal services posted through June 30, 2019

| Date | Description | Amount |
|------|-------------|--------|
| 6/30/19 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 832.39 |

**Total Expenses**                                                                **$2,271.49**

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate |
|------------|----------|-------|-------|------|
| Wendell Allen | FWA | Partner | 1.90 | $400.00 |
| Jeff Anderson | JA | Counsel | 13.00 | $400.00 |

**Total Hours**                                                    **14.90**

**EXHIBIT S-4**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

July 23, 2019
Invoice No. 1348503

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of July 23, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/18/18 | 1281308 | $106,178.42 | $(4,441.22) | $101,737.20 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| 5/22/19 | 1334785 | $10,380.89 | $0.00 | $10,380.89 |
| 6/18/19 | 1341087 | $220.00 | $0.00 | $220.00 |
| 7/23/19 | 1348503 | $8,231.49 | $0.00 | $8,231.49 |
| **Outstanding Invoices as of July 23, 2019** | | | | **$335,457.19** |

**EXHIBIT S-5**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

July 23, 2019
Invoice No. 1348503

Matter No. 216225-301001
Re: Big Lagoon

---

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
         Account Number: 0064289141

(Wires)   Routing Number: 062005690
         Account Number: 0064289141
         SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT S-6**