**EXHIBIT T**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

August 14, 2019
Invoice No. 1353450

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through July 31, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $3,038.00 |
| Current Expenses | $1,257.49 |
| **Current Invoice** | **$4,295.49** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of August 14, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/18/18 | 1281308 | $106,178.42 | $(4,441.22) | $101,737.20 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| 5/22/19 | 1334785 | $10,380.89 | $0.00 | $10,380.89 |
| 6/18/19 | 1341087 | $220.00 | $0.00 | $220.00 |
| 7/23/19 | 1348503 | $8,231.49 | $0.00 | $8,231.49 |
| 8/14/19 | 1353450 | $4,295.49 | $0.00 | $4,295.49 |
| **Outstanding Invoices as of August 14, 2019** | | | | **$339,752.68** |

Thank you for your business.

**EXHIBIT T-1**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 2
August 14, 2019
Invoice No. 1353450
For legal services posted through July 31, 2019

| | | Professional Services | |
|---|---|---|---|

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 7/1/19 | JA | Review rules regarding petitions for review and begin drafting petition | 1.80 |
| 7/2/19 | JA | Research issues regarding personal jurisdiction | 0.70 |
| 7/2/19 | JA | Draft petition for review and circulate for comments | 2.30 |
| 7/2/19 | JA | Discuss petition for review with local counsel | 0.10 |
| 7/3/19 | JA | Revise petition for review and finalize for filing | 0.50 |
| 7/11/19 | JA | Review arbitration documents and e-mail to M.Gutierrez regarding compiling the full record of arbitration documents | 0.30 |
| 7/16/19 | JA | Review final judgment and terms of arbitration award | 0.20 |
| 7/16/19 | JA | Revise memo regarding final judgment and next steps | 0.10 |
| 7/16/19 | JA | E-mail local counsel regarding final judgment and review response | 0.20 |
| 7/17/19 | JA | Review client e-mail regarding final judgment and next steps | 0.20 |
| 7/17/19 | KHM | Set up client share file space and organize litigation files for download | 1.20 |
| 7/31/19 | JA | Review client question regarding appeal deadline; review relevant rules and statutes and draft summary analysis for review by local counsel | 0.30 |
| 7/31/19 | JA | E-mail local counsel regarding procedure for withdrawal | 0.10 |

**Total Professional Services**                                        **$3,038.00**

| | Expenses | |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| 7/2/19 | COPY CHARGES - INTERNAL B&W | 3.00 |
| 7/2/19 | COPY CHARGES - INTERNAL B&W | 2.30 |
| 7/2/19 | COPY CHARGES - INTERNAL B&W | 2.00 |
| 7/2/19 | COPY CHARGES - INTERNAL B&W | 2.60 |
| 7/2/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 286.00 |
| 7/3/19 | COPY CHARGES - INTERNAL B&W | 2.60 |
| 7/23/19 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: ANDERSON,JEFF | 126.60 |

**EXHIBIT T-2**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 3
August 14, 2019
Invoice No. 1353450
For legal services posted through July 31, 2019

| Date | Description | Amount |
|------|-------------|-------:|
| 7/31/19 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 832.39 |

**Total Expenses**                                                   **$1,257.49**

| Timekeeper Summary | | | | |
|---|---|---|---|---|

| Timekeeper | Initials | Title | Hours | Rate |
|------------|----------|-------|------:|-----:|
| Jeff Anderson | JA | Counsel | 6.80 | $400.00 |
| Koni McBride | KHM | Paralegal | 1.20 | $265.00 |

**Total Hours**                                               **8.00**

**EXHIBIT T-3**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

August 14, 2019
Invoice No. 1353450

Matter No. 216225-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of August 14, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/18/18 | 1281308 | $106,178.42 | $(4,441.22) | $101,737.20 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| 5/22/19 | 1334785 | $10,380.89 | $0.00 | $10,380.89 |
| 6/18/19 | 1341087 | $220.00 | $0.00 | $220.00 |
| 7/23/19 | 1348503 | $8,231.49 | $0.00 | $8,231.49 |
| 8/14/19 | 1353450 | $4,295.49 | $0.00 | $4,295.49 |
| **Outstanding Invoices as of August 14, 2019** | | | | **$339,752.68** |

**EXHIBIT T-4**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

August 14, 2019
Invoice No. 1353450

Matter No. 216225-301001
Re: Big Lagoon

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
       Account Number: 0064289141

(Wires)   Routing Number: 062005690
       Account Number: 0064289141
       SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT T-5**