**EXHIBIT U**



# Bradley

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

October 31, 2019
Invoice No. 1370336

Matter No. 216225-301001
Re: Big Lagoon

For professional services posted through September 30, 2019

## Current Invoice Summary

| | |
|---|---|
| Current Professional Services | $6,290.00 |
| Current Expenses | $845.39 |
| **Current Invoice** | **$7,135.39** |

## Outstanding Invoice Summary

Outstanding Invoices as of October 31, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/18/18 | 1281308 | $106,178.42 | $(4,441.22) | $101,737.20 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| 5/22/19 | 1334785 | $10,380.89 | $0.00 | $10,380.89 |
| 6/18/19 | 1341087 | $220.00 | $0.00 | $220.00 |
| 7/23/19 | 1348503 | $8,231.49 | $0.00 | $8,231.49 |
| 8/14/19 | 1353450 | $4,295.49 | $0.00 | $4,295.49 |

Thank you for your business.

**EXHIBIT U-1**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

October 31, 2019
Invoice No. 1370336

Matter No. 216225-301001
Re: Big Lagoon

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/30/19 | 1363360 | $987.09 | $0.00 | $987.09 |
| 10/31/19 | 1370336 | $7,135.39 | $0.00 | $7,135.39 |
| **Outstanding Invoices as of October 31, 2019** | | | | **$347,875.16** |

**EXHIBIT U-2**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Rockhill Consulting Group, LLC
**Re: Big Lagoon**

Matter No. 216225-301001

Page 3
October 31, 2019
Invoice No. 1370336
For legal services posted through September 30, 2019

| Professional Services | | | |
|---|---|---|---|
| **Date** | **Tkpr** | **Description** | **Hours** |
| 9/4/19 | FWA | Work on Notice of appeal | 0.50 |
| 9/4/19 | FWA | Correspond with client and appellate counsel re: appeal | 0.60 |
| 9/13/19 | FWA | Work on motion in opposition to motion for attorneys fees | 1.00 |
| 9/13/19 | LWEL | Perform additional legal research re: scope of indemnification clauses and requirements for California Civil Code 1717; begin drafting opposition to Petitioners' motion for attorneys' fees | 2.30 |
| 9/15/19 | LWEL | Continue drafting opposition to Petitioners' motion for attorneys' fees | 1.40 |
| 9/16/19 | LWEL | Continue drafting opposition to Petitioners' motion for attorneys' fees: work on issue related to joint and several liability | 2.20 |
| 9/17/19 | LWEL | Continue drafting opposition to Petitioners' motion for attorneys' fees: complete section related to joint and several liability and begin section re: reasonableness of hourly rates | 2.50 |
| 9/18/19 | LWEL | Continue drafting opposition to Petitioners' motion for attorneys' fees: draft section re: indemnity provision provides no basis for attorney's fees | 3.70 |
| 9/18/19 | LWEL | Continue drafting opposition to Petitioners' motion for attorneys' fees: draft section re: indemnity provision provides no basis for attorney's fees | 3.70 |
| 9/19/19 | LWEL | Completed draft opposition to Petitioners' motion for attorneys fees | 0.90 |
| 9/20/19 | FWA | Review and revise opposition to attorneys fees | 2.00 |
| 9/20/19 | LWEL | Convert argument section of opposition into California court pleadings format; add conclusion to brief | 0.70 |
| 9/21/19 | LWEL | Edit draft opposition per comments from W.Allen | 0.60 |
| 9/27/19 | LWEL | Reviewed and analyzed Petitioners' reply brief on motion for attorney's fees | 0.30 |
| 9/27/19 | LWEL | Reviewed and analyzed Petitioners' reply brief on motion for attorney's fees | 0.30 |

**Total Professional Services**                                        **$6,290.00**

| Expenses | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 9/9/19 | COPY CHARGES - INTERNAL B&W | 1.20 |
| 9/9/19 | COPY CHARGES - INTERNAL COLOR | 1.00 |

**EXHIBIT U-3**



**Bradley**

Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC | Page 4
**Re: Big Lagoon** | October 31, 2019
| Invoice No. 1370336
Matter No. 216225-301001 | For legal services posted through September 30, 2019

| Date | Description | Amount |
|------|-------------|--------|
| 9/9/19 | COPY CHARGES - INTERNAL B&W | 2.40 |
| 9/9/19 | COPY CHARGES - INTERNAL COLOR | 2.50 |
| 9/9/19 | COPY CHARGES - INTERNAL B&W | 2.50 |
| 9/9/19 | COPY CHARGES - INTERNAL COLOR | 0.50 |
| 9/16/19 | COPY CHARGES - INTERNAL B&W | 1.90 |
| 9/16/19 | COPY CHARGES - INTERNAL COLOR | 1.00 |
| 9/30/19 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 832.39 |

**Total Expenses** | | **$845.39**

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| Wendell Allen | FWA | Partner | 4.10 | $400.00 |
| Laura Welikson | LWEL | Associate | 18.60 | $250.00 |
| **Total Hours** | | | **22.70** | |

**EXHIBIT U-4**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

October 31, 2019
Invoice No. 1370336

Matter No. 216225-301001
Re: Big Lagoon

| | **Outstanding Invoice Summary** | | | |
|---|---|---|---|---|

Outstanding Invoices as of October 31, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/18/18 | 1281308 | $106,178.42 | $(4,441.22) | $101,737.20 |
| 10/22/18 | 1289376 | $110,608.31 | $0.00 | $110,608.31 |
| 11/20/18 | 1296492 | $13,274.91 | $0.00 | $13,274.91 |
| 12/28/18 | 1305173 | $32,641.40 | $0.00 | $32,641.40 |
| 1/15/19 | 1308333 | $11,448.45 | $0.00 | $11,448.45 |
| 2/19/19 | 1314970 | $26,777.67 | $0.00 | $26,777.67 |
| 3/25/19 | 1322600 | $10,748.22 | $0.00 | $10,748.22 |
| 4/16/19 | 1327392 | $9,388.65 | $0.00 | $9,388.65 |
| 5/22/19 | 1334785 | $10,380.89 | $0.00 | $10,380.89 |
| 6/18/19 | 1341087 | $220.00 | $0.00 | $220.00 |
| 7/23/19 | 1348503 | $8,231.49 | $0.00 | $8,231.49 |
| 8/14/19 | 1353450 | $4,295.49 | $0.00 | $4,295.49 |
| 9/30/19 | 1363360 | $987.09 | $0.00 | $987.09 |
| 10/31/19 | 1370336 | $7,135.39 | $0.00 | $7,135.39 |
| **Outstanding Invoices as of October 31, 2019** | | | | **$347,875.16** |

**EXHIBIT U-5**



Bradley Arant Boult Cummings LLP

Rockhill Consulting Group, LLC
530 B Street, Ste 2300
San Diego, CA 92101

October 31, 2019
Invoice No. 1370336

Matter No. 216225-301001
Re: Big Lagoon

---

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
         Account Number: 0064289141

(Wires)  Routing Number: 062005690
         Account Number: 0064289141
         SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT U-6**