**EXHIBIT V**

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Gregory J. Aldisert (SBN 115334)<br>Aldisert Law PC<br>5737 Kanan Road, Suite 633<br>Agoura Hills, CA 91301<br>TELEPHONE NO.: (310) 428-0432   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): greg@aldisertlaw.com<br>ATTORNEY FOR (Name): Defendant Daniel Koetting | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Humbolt
STREET ADDRESS: 421 I Street
MAILING ADDRESS: 825 Fifth Street
CITY AND ZIP CODE: Eureka, CA 95501-1153
BRANCH NAME:

CASE NAME:
Green Gate Services, LLC v. Daniel Koetting, et al.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>CV190030 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Daniel Koetting                 makes the following substitution:

1. Former legal representative    ☐ Party represented self    ☑ Attorney (name): BradleyArantBoultCummingsLLP
2. New legal representative       ☐ Party is representing self* ☑ Attorney
   a. Name: Gregory J. Aldisert                          b. State Bar No. (If applicable): 115334
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      Aldisert Law PC
      5737 Kanan Road, Suite 633, Agoura Hills, CA 91301
   d. Telephone No. (include area code): (310) 428-0432
3. The party making this substitution is a    ☐ plaintiff  ☑ defendant  ☐ petitioner  ☐ respondent  ☐ other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

| • Guardian | • Personal Representative | • Guardian ad litem |
|---|---|---|
| • Conservator | • Probate fiduciary | • Unincorporated |
| • Trustee | • Corporation | association |

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: February 25, 2021
   Daniel Koetting
   _____                              ►_____
   (TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: February 26, 2021
   Wendell Allen
   _____                              ►_____
   (TYPE OR PRINT NAME)                                    (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: February 26, 2021
   Gregory J. Aldisert
   _____                              ►_____
   (TYPE OR PRINT NAME)                                    (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                                Page 1 of 2

| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2009] | SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | Code of Civil Procedure, §§ 284(1), 285;<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |
|---|---|---|

**EXHIBIT V-1**

| CASE NAME: | MC–050 |
|---|---|
| Green Gate Services, LLC v. Daniel Koetting, et al. | CASE NUMBER:<br>CV190030 |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An* <u>unsigned</u> *copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify):*
   2317 Savanna Way, Palm Springs, CA 92262

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: February 26, 2021      (2) Place of mailing *(city and state):* Palm Springs, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 26, 2021

Lynn K. Rutherford
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4.  a. Name of person served:  James P. Menton
    b. Address *(number, street, city, and ZIP):*
       Robins Kaplan LLP
       2049 Century Park East, Suite 3400, Los Angeles, CA 90067

    c. Name of person served:  Brendan V. Johnson
    d. Address *(number, street, city, and ZIP):*
       Robins Kaplan LLP
       140 North Phillips Ave., Suite 307, Sioux Falls, SD 57104

    e. Name of person served:  W. Timothy Needham, William H. Stein
    f. Address *(number, street, city, and ZIP):*
       Janssen Malloy LLP
       730 Fifth Street, Eureka, CA 95501

    g. Name of person served:  Wendell Allen
    h. Address *(number, street, city, and ZIP):*
       Bradley Arant Boult Cummings LLP
       JP Morgan Chase Tower, 600 Travis Street, Suite 4800, Houston, TX 77002

    i. Name of person served:  Nancy K. Delaney
    j. Address *(number, street, city, and ZIP):*
       The Mitchell Law Firm, LLP
       426 First Street, Eureka, CA 95501

    ☐ List of names and addresses continued in attachment.

MC-050 [Rev. January 1, 2009]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Page 2 of 2

**EXHIBIT V-2**