**EXHIBIT 1**

# AMENDED AND RESTATED
# ARTICLES OF ORGANIZATION
# OF
# CLEAR LOAN SOLUTIONS, LLC

Pursuant to the Big Lagoon Rancheria Limited Liability Company Code (the "Tribal LLC Code"), the undersigned adopts the following Amended and Restated Articles of Organization for the Tribal Entity.

## ARTICLE I – NAME

The name of the limited liability company is CLEAR LOAN SOLUTIONS, LLC (the "Tribal Entity").

## ARTICLE II – REGISTERED OFFICE AND AGENT

The street address of the Tribal Entity's registered office within the exterior boundaries of the Tribe's reservation is 271 Lynda Lane, Trinidad, CA 95570 and the name of its registered agent at that office is Virgil Moorehead, Chairman of the Business Council of the Big Lagoon Rancheria.

## ARTICLE III – OWNER

The Big Lagoon Rancheria, a federally recognized Indian tribe (the "Tribe"), is the sole owner of the Tribal Entity. Because the Tribe is the sole owner of the Tribal Entity, the Tribe Entity is a "Tribally-owned LLC' within the meaning of Section 105.23 of the Tribal LLC Code. Because the Trial Entity is wholly owned by the Tribe and pursuant to Section 913 of the Tribal LLC Code, the Tribal Entity is a subordinate economic entity, an instrumentality and an arm of the Tribe within the meaning of Tribal law and any other applicable law.

## ARTICLE IV – PURPOSES AND POWERS

Purposes. In accordance with Section 916 of the Tribal LLC Code, the purpose of the Tribal Entity is to advance the overall needs, priorities, goals, and objectives of the Tribe's government by fulfilling the following specific purposes:

(a)  To engage in economic development activities for the benefit of the Tribe and its members;

1
Amended and Restated Articles of Organization of Clear Loan Solutions, LLC



**EXHIBIT 1-1**

CONFIDENTIAL

BigLagoon0044716

(b)     To create and stimulate the economy of the Tribe and to create employment opportunities for Tribal members;

(c)     To generate profits to promote the growth and continuity of the Tribal Entity for distribution to the Tribal government;

(d)     To generate tax and other revenue for the use by the Tribal government in providing services to the Tribe;

(e)     To increase the economic well-being of the members of the Tribe in accordance with the economic development policies and plans of the Tribe as adopted by the Business Council of the Tribe;

(f)     To raise the standard of living and education for all Tribal members by entering into and taking advantage of business and commercial opportunities available to the Tribe in accordance with Business Council Resolutions;

(g)     To enhance the governmental and regulatory infrastructure of the Tribe by engaging in a business which requires the Tribe establish a Tribal regulatory authority and to regulate the business of the Tribal Entity pursuant to the regulatory jurisdiction of such Tribal regulatory authority;

(h)     To otherwise enhance the autonomy, self-determination and economic self-sufficiency of the Tribe.

Powers.  The Tribal Entity shall have unlimited power to engage in and do any lawful business for which limited liability companies may be organized under the Tribal LLC Code and to engage in all other activities necessary, customary, convenient, or incident thereto.

## ARTICLE V – DURATION

The Tribal Entity's existence commenced upon the acceptance of the original Articles of Organization of the Tribal Entity by the Tribal Secretary for filing in accordance with the Tribe's LLC Code and shall be perpetual, unless dissolved sooner in accordance with the terms of the Operating Agreement.

## ARTICLE VI – BOARD OF DIRECTORS

The business and affairs of the Tribal Entity shall be managed by a Board of Directors appointed by the Tribe, as sole owner.  In accordance with Section 931 of the Tribal LLC Code and unless the Business Council of the Tribe adopts a resolution specifically appointing individuals to be the members of the Board of Directors of the Tribal Entity, the members of the Business Council of the Tribe in office from time to time shall constitute the members of the Board of Directors of the Tribal Entity from time to time.  In the event the Business Council adopts a

2
Amended and Restated Articles of Organization of Clear Loan Solutions, LLC

CONFIDENTIAL

**EXHIBIT 1-2**

resolution specifically appointing individuals to be members of the Board of Directors of the Tribal Entity, the members of the Board of Directors shall have such qualifications, number, terms and methods for selecting and removing Directors as shall be set forth in the Business Council resolution(s) appointing such individuals to the Board of Directors.

## ARTICLE VII – ORGANIZER

Pursuant to Section 921(1) of the Tribal LLC Code, the name and address of the organizer of the Tribal Entity is: Virgil Moorehead, Chairman of the Big Lagoon Rancheria Business Council, P.O. Drawer 3060, Trinidad, CA 95570.

## ARTICLE VIII – PRIVILEGES & IMMUNITIES

Pursuant to Section 913 of the Tribal LLC Code, the Tribal Entity is a subordinate economic entity of the Tribe, an instrumentality of the Tribe, and an arm of the Tribe within the meaning of Tribal law and any other applicable law. The Tribal Entity and its directors, managers, officers, employees and agents shall be entitled to all of the privileges and immunities enjoyed by the Tribe, including, without limitation, immunities from suit in Federal, State and Tribal courts and from Federal, State, and local taxation or regulation.

## ARTICLE IX – SOVEREIGN IMMUNITY

Sovereign Immunity Conferred. Pursuant to Sections 913 and 917 of the Tribal LLC Code, the Tribal Entity has, and the Tribe hereby confers up on the Tribal Entity, sovereign immunity from suit to the same extent that the Tribe would have such sovereign immunity if it engaged in the activities undertaken by the Tribal Entity.

Limited Waivers. The Tribal Entity shall have the power to sue and may specifically grant limited waivers of its immunity from suit and consent to be sued in any Tribal court or another court of competent jurisdiction pursuant to the procedures and authorities set forth in the Tribal Entity's Operating Agreement; provided, however, that:

(a)    any such waiver or consent to suit granted pursuant to the Tribal Entity's Operating Agreement shall in no way extend to any action against the Tribe as owner, nor shall it in any way be deemed a waiver of any of the rights, privileges and immunities of the Tribe or owner;

(b)    any recovery against the Tribal Entity shall be limited to the assets of the Tribal Entity (or such portion of the Tribal Entity's assets as further limited by the waiver or consent), and the Tribe shall not be liable for the payment or performance of any of the

3
Amended and Restated Articles of Organization of Clear Loan Solutions, LLC

CONFIDENTIAL

BigLagoon0044718

**EXHIBIT 1-3**

obligations of the Tribal Entity, and no recourse shall be had against any assets or revenues of the Tribe in order to satisfy the obligations of the Tribal Entity, including assets of the Tribe or property of the Tribe leased, loaned, or assigned to the Tribal Entity for its use, without transfer of title;

(c)     any waiver of the Tribal Entity's immunities granted pursuant to these Articles of Organization shall be further limited or conditioned by the terms of such waiver;

(d)     any waiver may be granted only by (1) a resolution adopted by the Business Council of the Tribe or the Board of Directors of the Tribal Entity for the specific purpose of granting a waiver; (2) the language of the waiver must be explicit; and (3) the waiver must be contained in a written contract or commercial document to which the Tribal Entity is a party;

(e)     waivers of sovereign immunity may be granted only when necessary to secure a substantial advantage or benefit to the Tribal Entity; and

(f)     waivers of sovereign immunity must be specific and limited as to duration, grantee, transaction, property or funds of the Tribal Entity, court and/or arbitration body having jurisdiction, and applicable law.

The sovereign immunity of the Tribal Entity shall not extend to actions against the Tribal Entity by the Tribe.

### ARTICLE X – BUSINESS COUNCIL APPROVAL

Pursuant to Section 911 of the LLC Code, the foregoing Amended and Restated Articles of Organization have been approved by Resolution No. 2017-1023A, enacted by the Business Council on the 23rd day of October, 2017.

A copy of the certified Business Council resolution authorizing these Amended and Restated Articles of Organization is attached hereto.

Virgil Moorehead, Organizer
Chairman, Business Council

Date Filed: October 23, 2017
Identification Number: 2017-1023A

Signed: _____
Beverly Moorehead, Tribal Secretary

[Certification Page of Amended and Restated Articles of Organization of Clear Loan Solutions, LLC]

4
Amended and Restated Articles of Organization of Clear Loan Solutions, LLC

CONFIDENTIAL

BigLagoon0044719

**EXHIBIT 1-4**