**EXHIBIT 2**

## CONSULTING AGREEMENT

This Consulting Agreement is made this 27th day of _December_, 2012 (the "Effective Date"), between Redondo Management, LLC (hereinafter "Consultant"), and Clear Loan Solutions (hereinafter "CLS").

WHEREAS:

1.    Consultant is a Delaware limited liability company that provides management and consulting services;

2.    CLS is a business entity, formed by and pursuant to the laws of the federally recognized tribe, the Big Lagoon Rancheria, in the business of making short-term consumer loans over the Internet;

3.    CLS desires to contract with Consultant to provide consulting services regarding CLS's business operations and Consultant desires to provide such services to CLS pursuant to terms of this Consulting Agreement.

NOW THEREFORE, THE PARTIES HEREBY COVENANT AND AGREE AS FOLLOWS:

### A.   Funding the Loans

Consultant will facilitate the acquisition of capital ("The Capital") from certain investors ("The Investors") for CLS on a non-recourse basis. The Capital may be secured by the loans made by CLS at the request of The Investors. CLS shall have access to monitor the current status of the loan portfolio, but shall not have access to The Capital which shall be held in a bank account in the name of CLS which Consultant shall have sole and exclusive access to. CLS shall permit Consultant to place the Capital and all revenue generated thereon in a bank account in CLS's name, which account shall have access restricted to Consultant and its designees.

### B.   Payment

For purposes of this Section, "Active Outstanding Loans" shall mean all loans made by CLS upon which there has not been any default in payment pursuant to the Loan Agreement.

Upon execution of the Consulting Agreement, CLS shall receive a one-time, up-front payment of $4,000. Thereafter, CLS shall receive one and one-half percent (1.5 %) of the "Active Outstanding Principal" or $4,000, whichever is greater. This payment shall begin three months after the first loan is made by CLS and continue on a monthly basis thereafter. All net revenue in excess of the payments called for herein shall be paid to Consultant for services rendered.

### C.   Term and Non-Renewal

Page 1 of 6

CLS Consulting Agreement



EXHIBIT
tabbies®
_265_

REDONDO 003054

**EXHIBIT 2-1**

The term of this Consulting Agreement shall be for a period of five (5) years commencing upon the Effective Date. This Agreement shall automatically renew for subsequent 5-year terms unless CLS shall give 180 days' written notice of intent to terminate.

**D.    Termination**

Consultant shall have the right to terminate this Consulting Agreement on 30 days written notice to CLS. Upon such notice, Consultant on behalf of CLS shall cease providing loans and wind up all existing loans and business operations as soon as practicable. Consultant's obligation to provide payment to CLS shall end at the end of the 30-day notice period.

**E.    Choice of Law**

All terms and conditions of this Consulting Agreement shall be governed by and interpreted under the laws of the state of Delaware and shall be subject to tribal law. Further, Consultant shall be subject tribal jurisdiction regarding any dispute arising out of this Consulting Agreement or otherwise.

**F.    Confidentiality**

This Consulting Agreement is CONFIDENTIAL and shall not be disclosed to any third parties without the express prior written approval of Consultant. If any person, party or organization shall make inquiry regarding this Consulting Agreement or any and all other matters related hereto, CLS shall refrain from making any comment of any nature whatsoever regarding this Consulting Agreement, Consultant or any related matter.

CLS agrees that all Confidential Information provided pursuant to this Consulting Agreement by Consultant shall be subject to the terms and conditions of this Consulting Agreement. "Confidential Information" means information herein disclosed as a result of this Consulting Agreement and that should reasonably be understood by CLS, because of legends or other markings, the circumstances of disclosure or the nature of the information itself, to be proprietary and confidential to Consultant. Confidential Information may be disclosed in written or other tangible form (including on magnetic media) or by oral, visual or other means. All information provided by Consultant, whether in tangible form or orally, shall be deemed proprietary and confidential information of Consultant due to the nature of the information, without requiring any markings or other act by Consultant.

CLS agrees to keep secret and confidential, and not to use or disclose (directly or indirectly) to any third party, any of Consultant's Confidential Information, both during and for a period of three years from the date of termination of this Consulting Agreement.

**G.    Non-Waiver.**

The failure of Consultant in any instance to insist upon a strict performance of the terms of this Consulting Agreement or to exercise any option herein shall not be construed as a waiver

Page 2 of 6

REDONDO 003055

**EXHIBIT 2-2**

or a relinquishment for the future of such term or option, but that the same shall continue in full force and effect.

**H.    No Employment Relationship.**

Nothing in this Consulting Agreement shall be in any way construed to constitute any of Consultant's agents or employees as an employee or representative of CLS. CLS shall not have the right to control provision of services provided by Consultant in any way, nor shall it provide any tools or other specific trade instrumentalities to Consultant.

**I.    Non-Assignability.**

The terms and provisions of this Consulting Agreement shall be binding upon the parties hereto and their legal representatives. The parties hereby further agree that the provisions of this Consulting Agreement shall not be assignable by either party without the express prior written consent of Consultant.

**J.    Limited Waiver of Sovereign Immunity from Suit**

CLS expressly consents to a limited waiver of sovereign immunity from unconsented suit and to submit disputes to any federal or state court of competent jurisdiction as specifically provided in this Article. CLS shall waive its sovereign immunity as to any claim if and only if each and every one of the following conditions are met:

a.    The claim is made by the Company itself and not by any representative, agent, partner, or other entity of or connected with the Company, or by any other person, corporation, partnership or entity;

b.    The claim is that of a breach by CLS of one or more of the specific obligations or duties expressly assumed by it under the terms of this Agreement;

c.    Except when immediate relief is necessary to prevent imminent irreparable injury to Company, the claim and notice of intention to declare a default is first presented in detail and in writing to CLS's Board of Directors, which will have 30 days to act on such claim before the waiver becomes effective;

d.    The claim seeks monetary damages;

e.    The claim is made within one (1) year of the alleged breach of this Agreement; and

f.    The claim is made in (1) the U.S. District Court for the Northern District of California in San Francisco, California, or (2) the Superior Court or the State of California for the County of Humboldt in Eureka, California (at the election of the party initiating the action).

**Complete Agreement.**

Page 3 of 6

CLS Consulting Agreement

REDONDO 003056

**EXHIBIT 2-3**

This Consulting Agreement contains the entire agreement between the parties and no statement, promises or inducements made by any party hereto, or agent of either party hereto, which is not contained in this Consulting Agreement, shall be valid or binding. This Agreement may not be enlarged, modified or altered except in writing signed by the parties and attached hereto. Notwithstanding the foregoing, the Mutual Non-Disclosure Agreement entered into on November 8, 2012, shall remain in force and effect for the duration of the Term of this Agreement and for three (3) years thereafter.

IN WITNESS WHEREOF, the undersigned parties have executed this Consulting Agreement to be effective on the day and year first above written.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 4 of 6

CLS Consulting Agreement

REDONDO 003057

**EXHIBIT 2-4**

REDONDO MANAGEMENT, LLC
CONSULTANT

By:_____

Print Name: _MARK KEATING_

Title: _Regulatory MANAGER_

STATE OF _Kansas_ )
                            ) ss.
COUNTY OF _Johnson_ )

Before me this 21ᵗʰ day of _December_____, 2012, came _Mark Keating_, a duly authorized representative of _Redondo Man_ and after being duly sworn upon his/her oath did acknowledge that he/she fully understands the contents of this Consulting Agreement and freely executed same for the sole consideration therein expressed.

_____
Notary Public

My Commission Expires:

_____

NOTARY PUBLIC · State of Kansas
GINA LILAGREN
My appt. Expires _____

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 5 of 6

CLS Consulting Agreement

REDONDO 003058

**EXHIBIT 2-5**

CLEAR LOAN SOLUTIONS:

By: _____

Print Name: _____

Title: _____

STATE OF _California_      )
                          ) ss.
COUNTY OF _Humboldt_      )

Before me this _21ˢᵗ_ day of _December_, 2012, came _Virgil Moorehead_, a duly authorized representative of **Clear Loan Solutions**, and after being duly sworn upon his/her oath did acknowledge that he/she fully understands the contents of this Consulting Agreement and freely executed same for the sole consideration therein expressed.

My Commission Expires:

_March 21, 2013_

_____
Notary Public

SARAH C. BAILEY
COMM. # 1841383
NOTARY PUBLIC - CALIFORNIA
HUMBOLDT COUNTY
My Comm. Exp. Mar. 21, 2013

Page 6 of 6

CLS Consulting Agreement

REDONDO 003059

**EXHIBIT 2-6**