**EXHIBIT 7**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

April 30, 2018
Invoice No. 1253441

Matter No. 216226-301001
Re: Big Lagoon

For professional services posted through March 31, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $11,102.00 |
| Current Expenses | $25.30 |
| **Current Invoice** | **$11,127.30** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of April 30, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 3/31/18 | 1247023 | $9,483.80 | $0.00 | $9,483.80 |
| 4/30/18 | 1253441 | $11,127.30 | $0.00 | $11,127.30 |
| **Outstanding Invoices as of April 30, 2018** | | | | **$20,611.10** |

Thank you for your business.

**EXHIBIT 7-1**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Redondo Management, LLC

**Re: Big Lagoon**

Matter No. 216226-301001

Page 2
April 30, 2018
Invoice No. 1253441
For legal services posted through March 31, 2018

| | | **Professional Services** | |
|---|---|---|---|

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 3/1/18 | SNJI | Draft Redondo's confidential mediation memorandum to Mr. Gede | 1.30 |
| 3/2/18 | SDSM | Work on mediation briefing | 0.60 |
| 3/5/18 | SDSM | Receive communication from mediator regarding concerns | 0.90 |
| 3/5/18 | DLWA | Gather and prepare exhibits to mediation memorandum. | 1.10 |
| 3/5/18 | DLWA | Revise mediation memorandum. | 0.80 |
| 3/6/18 | MSGU | Prepare for upcoming hearing with case administrator and mediation statement. | 0.30 |
| 3/6/18 | MSGU | Begin preparing mediation materials. | 0.30 |
| 3/7/18 | MSGU | Extensive communications with AAA regarding obtaining emergency relief. | 0.60 |
| 3/7/18 | MSGU | Work on response to contact with payment processors and procuring injunction to stop further contact. | 0.60 |
| 3/12/18 | SDSM | Work on correspondence to mediator regarding interference with vendor relationships | 0.90 |
| 3/14/18 | MSGU | Prepare for mediation. | 0.30 |
| 3/15/18 | SDSM | Extended conference with mediator regarding questions prior to mediation | 0.90 |
| 3/19/18 | SNJI | Meeting with D.Smith, M.Gutierrez, and D.Walker to discuss Big Lagoon Rancheria mediation | 0.20 |
| 3/19/18 | SDSM | Administrative conference with the AAA | 0.70 |
| 3/19/18 | MSGU | Prepare for mediation. | 2.60 |
| 3/19/18 | DLWA | Prepare for mediation. | 0.50 |
| 3/19/18 | DLWA | Telephone calls to and from the mediator regarding equipment and set up for mediation. | 0.60 |
| 3/20/18 | SDSM | Mediation preparation | 1.10 |
| 3/20/18 | MSGU | Prepare for mediation. | 2.70 |
| 3/20/18 | DLWA | Prepare mediation notebook. | 1.00 |
| 3/20/18 | DLWA | Gather documents and filings for mediation notebook. | 1.80 |
| 3/21/18 | SDSM | Mediation preparation | 2.80 |
| 3/21/18 | MSGU | Prepare for mediation. | 3.40 |
| 3/21/18 | MSGU | Prepare draft settlement agreement in anticipation of settlement at mediation. | 0.60 |
| 3/22/18 | SDSM | Attend mediation, work on settlement agreements, and work on negotiations | 4.60 |
| 3/22/18 | MSGU | Prepare settlement agreement containing appropriate sovereign immunity | 1.10 |

**EXHIBIT 7-2**


**Bradley**
Bradley Arant Boult Cummings LLP

Redondo Management, LLC
**Re: Big Lagoon**

Matter No. 216226-301001

Page 3
April 30, 2018
Invoice No. 1253441
For legal services posted through March 31, 2018

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| | | waiver, confidentiality, and non-disparagement language in advance of mediation. | |
| 3/27/18 | SDSM | Work with client on possible settlement options | 0.60 |
| 3/29/18 | SDSM | Work on response to proposal from mediator | 0.60 |
| 3/29/18 | MSGU | Conference call with client to discuss response to mediator. | 0.20 |
| 3/30/18 | SDSM | Work on fashioning settlement proposal and review settlement agreements at time of mediation | 1.10 |
| 3/30/18 | SDSM | Work on determining arbitrator strike list | 0.60 |

**Total Professional Services** **$11,102.00**

| Expenses | | |
|----------|---|---|
| **Date** | **Description** | **Amount** |
| 3/5/18 | COPY CHARGES - INTERNAL B&W | 2.50 |
| 3/5/18 | COPY CHARGES - INTERNAL COLOR | 0.50 |
| 3/20/18 | COPY CHARGES - INTERNAL B&W | 2.50 |
| 3/20/18 | COPY CHARGES - INTERNAL COLOR | 0.50 |
| 3/20/18 | COPY CHARGES - INTERNAL B&W | 2.40 |
| 3/20/18 | COPY CHARGES - INTERNAL B&W | 1.60 |
| 3/20/18 | COPY CHARGES - INTERNAL B&W | 10.70 |
| 3/20/18 | COPY CHARGES - INTERNAL COLOR | 3.50 |
| 3/30/18 | COPY CHARGES - INTERNAL B&W | 1.10 |

**Total Expenses** **$25.30**

**EXHIBIT 7-3**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC
**Re: Big Lagoon**

Matter No. 216226-301001

Page 4
April 30, 2018
Invoice No. 1253441
For legal services posted through March 31, 2018

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate |
|---|---|---|---|---|
| David Smith | SDSM | Partner | 15.40 | $400.00 |
| Melissa S. Gutierrez | MSGU | Associate | 12.70 | $250.00 |
| Sabrina N. Jiwani | SNJI | Associate | 1.50 | $250.00 |
| Doris L. Walker | DLWA | Paralegal | 5.80 | $240.00 |
| **Total Hours** | | | **35.40** | |

**EXHIBIT 7-4**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

April 30, 2018
Invoice No. 1253441

Matter No. 216226-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
| --- | --- | --- | --- | --- |

Outstanding Invoices as of April 30, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 3/31/18 | 1247023 | $9,483.80 | $0.00 | $9,483.80 |
| 4/30/18 | 1253441 | $11,127.30 | $0.00 | $11,127.30 |
| **Outstanding Invoices as of April 30, 2018** | | | | **$20,611.10** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
Account Number: 0064289141

(Wires)    Routing Number: 062005690
Account Number: 0064289141
SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT 7-5**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

February 20, 2018
Invoice No. 1239537

Matter No. 216226-301001
Re: Big Lagoon

For professional services posted through January 31, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $4,846.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$4,846.00** |

Thank you for your business.

**EXHIBIT 7-6**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Redondo Management, LLC
**Re: Big Lagoon**

Matter No. 216226-301001

Page 2
February 20, 2018
Invoice No. 1239537
For legal services posted through January 31, 2018

| Professional Services | | | |
|---|---|---|---|

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 1/8/18 | SDSM | Work on responding to allegations of default | 0.80 |
| 1/8/18 | SDSM | Follow up on issue of TLE contacting client vendors | 0.30 |
| 1/9/18 | SDSM | Receive document preservation letters | 0.30 |
| 1/11/18 | SDSM | Research and investigate notice of default received from TLE and begin to strategize response | 1.10 |
| 1/12/18 | SDSM | Work on extensive response to demand from TLE | 0.60 |
| 1/16/18 | SDSM | Work with clients on determining how to respond to default letter | 0.40 |
| 1/17/18 | SDSM | Receive notice letters regarding default and termination and review allegations | 0.70 |
| 1/18/18 | SDSM | Receive information on arbitration demand and begin preparing response | 0.60 |
| 1/18/18 | SDSM | Receive correspondence from opposing counsel demanding additional documents | 0.40 |
| 1/19/18 | SNJI | Call with American Arbitration Association case manager regarding Rockhill/Redondo arbitrations | 0.20 |
| 1/22/18 | SNJI | Prepare email for arbitration case manager regarding notice of appearance for Bradley as lead counsel in arbitration proceeding | 0.10 |
| 1/22/18 | SDSM | Prepare for call with opposing counsel by carefully reviewing agreements | 0.60 |
| 1/22/18 | SDSM | Conference with opposing counsel regarding payment transfers, effective termination of agreement, agreeable dates for mediation and document production | 0.30 |
| 1/22/18 | SDSM | Conference with client regarding document management management, document storage, and document production | 0.30 |
| 1/24/18 | SDSM | Receive mediator engagement letter and follow up on Preliminary phone call | 0.30 |
| 1/25/18 | SDSM | Work on issue of timing of mediation and scope of production of documents | 0.90 |
| 1/26/18 | SNJI | Draft agreed protective order for all parties | 0.80 |
| 1/27/18 | SDSM | Revise confidentiality order to incorporate waiver of sovereign immunity and language pre-supposing appointment of arbitrator | 0.40 |
| 1/29/18 | SNJI | Conference call with opposing counsel regarding protective order, document production, and mediation proceedings | 0.50 |
| 1/29/18 | SNJI | Conference call with Mr. Koetting regarding document production and current status of arbitration | 0.30 |
| 1/29/18 | SNJI | Draft answering statement and affirmative defense in response to Green Gate's demand for arbitration | 0.20 |

**EXHIBIT 7-7**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC                                                                    Page 3
**Re: Big Lagoon**                                                                February 20, 2018
                                                                          Invoice No. 1239537
Matter No. 216226-301001                        For legal services posted through January 31, 2018

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 1/29/18 | SDSM | Send follow up confirmation to opposing counsel to memorialize mediation dates and document production | 0.20 |
| 1/30/18 | SDSM | Investigate background of attorney for opposition | 0.10 |
| 1/30/18 | SDSM | Follow up on status of third-party vendor, document handling on secure site and data scrub | 0.90 |
| 1/31/18 | SNJI | Draft task list of outstanding items | 0.10 |
| 1/31/18 | SDSM | Work on answering statement | 0.80 |
| 1/31/18 | SDSM | Work on scheduling Preliminary mediation phone call | 0.30 |
| 1/31/18 | SDSM | Receive mark up on confidentiality order from Jeff Smith | 0.20 |
| 1/31/18 | DLWA | Assist with preparation of Protective Order. | 0.40 |

**Total Professional Services**                                                          **$4,846.00**

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| David Smith | SDSM | Partner | 10.50 | $400.00 |
| Sabrina N. Jiwani | SNJI | Associate | 2.20 | $250.00 |
| Doris L. Walker | DLWA | Paralegal | 0.40 | $240.00 |
| **Total Hours** | | | **13.10** | |

**EXHIBIT 7-8**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

February 20, 2018
Invoice No. 1239537

Matter No. 216226-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of February 20, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 2/20/18 | 1239537 | $4,846.00 | $0.00 | $4,846.00 |
| **Outstanding Invoices as of February 20, 2018** | | | | **$4,846.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
Account Number: 0064289141

(Wires)    Routing Number: 062005690
Account Number: 0064289141
SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number, and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT 7-9**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC                                    March 31, 2018
10561 Barkley                                        Invoice No. 1247023
Overland Park, KS 66212

Matter No. 216226-301001
Re: Big Lagoon

For professional services posted through February 28, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $5,977.00 |
| Current Expenses | $3,506.80 |
| **Current Invoice** | **$9,483.80** |

Thank you for your business.

**EXHIBIT 7-10**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Redondo Management, LLC

**Re: Big Lagoon**

Matter No. 216226-301001

Page 2
March 31, 2018
Invoice No. 1247023
For legal services posted through February 28, 2018

| | | **Professional Services** | |
|---|---|---|---|
| **Date** | **Tkpr** | **Description** | **Hours** |
| 2/1/18 | SNJI | Teleconference with opposing counsel regarding document production methodology; draft email correspondence to opposing counsel regarding contents of teleconference | 0.20 |
| 2/1/18 | SNJI | Conference call with Jennifer Galloway regarding Big Lagoon counter claim and to discuss breaches of the Agreement | 0.60 |
| 2/1/18 | SDSM | Receive extensive list of document requests from other side | 0.20 |
| 2/1/18 | SDSM | Communicate to the other side regarding data security | 0.40 |
| 2/1/18 | SDSM | Work on claim | 0.40 |
| 2/1/18 | SDSM | Background research on opposing counsel | 0.20 |
| 2/1/18 | DLWA | Work on document production project. | 1.10 |
| 2/2/18 | SDSM | Conference with client regarding contact by other side | 0.40 |
| 2/2/18 | SDSM | Work on document production issues | 0.60 |
| 2/2/18 | DLWA | Work with IT regarding future document production details. | 1.70 |
| 2/5/18 | DLWA | Telephone calls with IT regarding document production details. | 0.50 |
| 2/6/18 | SNJI | Begin drafting counterclaim and demand for arbitration against Clear Loan Solutions | 1.20 |
| 2/7/18 | SNJI | Continue drafting and editing counterclaim against Clear Loan Solutions and Big Lagoon | 1.20 |
| 2/7/18 | SNJI | Conference call with opposing counsel and mediator Mr. Gede to discuss next steps for mediation and document production | 0.30 |
| 2/7/18 | SDSM | Work on confidentiality agreement | 0.60 |
| 2/7/18 | SDSM | Work on response to request for additional documents | 0.40 |
| 2/7/18 | SDSM | Work on counterclaim | 0.90 |
| 2/8/18 | SDSM | Receive correspondence from opposing counsel regarding proposed confidentiality order | 0.30 |
| 2/8/18 | SDSM | Report to clients re conference with mediator and work with client regarding document production | 0.20 |
| 2/11/18 | SNJI | Draft motion to dismiss Rivo Holdings, Mark Koetting and Dan Koetting individually based on lack of jurisdiction of the American Arbitration Association | 0.90 |
| 2/12/18 | SNJI | Conference call with Mr. Koetting to discuss email response to Virgil's text message, counterclaim and motion to dismiss | 0.50 |
| 2/12/18 | SDSM | Receive comments on confidentiality order | 0.90 |

**EXHIBIT 7-11**



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Redondo Management, LLC | Page 3 |
| **Re: Big Lagoon** | March 31, 2018 |
| | Invoice No. 1247023 |
| Matter No. 216226-301001 | For legal services posted through February 28, 2018 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 2/12/18 | SDSM | Work on motion to dismiss | 0.60 |
| 2/13/18 | SNJI | Draft demand for arbitration and counterclaim | 0.20 |
| 2/13/18 | SDSM | Follow up on getting claim ready for filing | 0.90 |
| 2/14/18 | SNJI | Conference call with Jennifer Galloway; revise draft of Redondo's counterclaim to be filed with AAA | 0.80 |
| 2/16/18 | SNJI | Draft email to Mr. Gede regarding Big Lagoon conduct and status of mediation | 0.20 |
| 2/16/18 | SDSM | Work on preparing claim for presentation | 0.90 |
| 2/19/18 | SNJI | Conference call with Mark Koetting regarding arbitration, document production and mediation | 0.40 |
| 2/19/18 | SDSM | Extended call with client to discuss expediting arbitration | 0.40 |
| 2/20/18 | SDSM | Look into method to expedite proceeding | 0.20 |
| 2/28/18 | SDSM | Conversation with client regarding expediting arbitration | 0.40 |

| | |
|---|---|
| **Total Professional Services** | **$5,977.00** |

| Expenses | | |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| 2/6/18 | COPY CHARGES - INTERNAL B&W | 0.30 |
| 2/6/18 | COPY CHARGES - INTERNAL COLOR | 6.50 |
| 2/23/18 | FILING FEES - BRADLEY ARANT BOULT CUMMINGS LLP DORIS WALKER-2/15/2018-AMERICAN ARBITRATION AS-FILING OF ARBITRATION CLAIM ON BEHALF OF D.SMITH Bank ID: PCARD Check Number: P1257 | 3,500.00 |

| | |
|---|---|
| **Total Expenses** | **$3,506.80** |

**EXHIBIT 7-12**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC
**Re: Big Lagoon**

Matter No. 216226-301001

Page 4
March 31, 2018
Invoice No. 1247023
For legal services posted through February 28, 2018

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| David Smith | SDSM | Partner | 8.90 | $400.00 |
| Sabrina N. Jiwani | SNJI | Associate | 6.50 | $250.00 |
| Doris L. Walker | DLWA | Paralegal | 3.30 | $240.00 |
| **Total Hours** | | | **18.70** | |

**EXHIBIT 7-13**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

March 31, 2018
Invoice No. 1247023

Matter No. 216226-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of March 31, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 3/31/18 | 1247023 | $9,483.80 | $0.00 | $9,483.80 |
| **Outstanding Invoices as of March 31, 2018** | | | | **$9,483.80** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
         Account Number: 0064289141

(Wires)  Routing Number: 062005690
         Account Number: 0064289141
         SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT 7-14**