**EXHIBIT 9**



**Bradley**

Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

June 21, 2018
Invoice No. 1263610

Matter No. 216226-301001
Re: Big Lagoon

For professional services posted through May 31, 2018

### Current Invoice Summary

| | |
|---|---|
| Current Professional Services | $28,562.00 |
| Current Expenses | $107.42 |
| **Current Invoice** | **$28,669.42** |

### Outstanding Invoice Summary

Outstanding Invoices as of June 21, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 4/30/18 | 1253441 | $11,127.30 | $0.00 | $11,127.30 |
| 5/30/18 | 1258959 | $11,101.39 | $0.00 | $11,101.39 |
| 6/21/18 | 1263610 | $28,669.42 | $0.00 | $28,669.42 |
| **Outstanding Invoices as of June 21, 2018** | | | | **$50,898.11** |

Thank you for your business.

**EXHIBIT 9-1**



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Redondo Management, LLC
**Re: Big Lagoon**

Matter No. 216226-301001

Page 2
June 21, 2018
Invoice No. 1263610
For legal services posted through May 31, 2018

| **Professional Services** |
| :---: |

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 5/1/18 | MSGU | Communications with AAA regarding initial scheduling conference. | 0.10 |
| 5/1/18 | MSGU | Work on issues regarding obtaining standstill agreement. | 0.70 |
| 5/1/18 | MSGU | Work on addressing issuing of Tribe's confiscation of funds from clients. | 0.90 |
| 5/1/18 | JGALL | Telephone call with mediator. Call with D.Smith after. | 0.50 |
| 5/2/18 | MSGU | Prepare for initial status conference. | 0.60 |
| 5/2/18 | MSGU | Work on issues regarding obtaining standstill and preventing tribe from filing ancillary lawsuits. | 0.60 |
| 5/2/18 | JGALL | Telephone call with Jennifer Weddle. Emails regarding AAA auditor call. | 0.70 |
| 5/3/18 | JGALL | Telephone call with D.Smith regarding LMS passwords and client calls. | 0.20 |
| 5/7/18 | SDSM | Work on standstill agreement | 0.40 |
| 5/7/18 | MSGU | Prepare for injunction hearing with arbitrator. | 1.20 |
| 5/7/18 | MSGU | Attend injunction hearing and scheduling conference with arbitrator. | 1.50 |
| 5/7/18 | JGALL | Attended AAA hearing on several litigation matters and scheduling. Call with D.Smith after AAA call. | 1.30 |
| 5/8/18 | SDSM | Work on standstill agreement | 0.90 |
| 5/8/18 | MSGU | Continue preparing for upcoming hearing with arbitrator regarding placement of incoming funds into joint account. | 0.70 |
| 5/8/18 | MSGU | Review and revise TLE's proposed standstill agreement. | 0.30 |
| 5/8/18 | MSGU | Review and revise confidentiality agreement pursuant to arbitrator instruction. | 0.40 |
| 5/8/18 | MSGU | Communicate with opposing counsel regarding confidentiality agreement. | 0.10 |
| 5/8/18 | MSGU | Receipt and review of Arbitrator's Preliminary Hearing and Scheduling Order and attention to calendaring of same. | 0.20 |
| 5/8/18 | SNOK | Discuss arbitration issues with M.Gutierrez with an emphasis on validity of sovereign immunity waiver. | 0.20 |
| 5/8/18 | SNOK | Discuss arbitration issues with M.Gutierrez with an emphasis on validity of sovereign immunity waiver. | 0.20 |
| 5/8/18 | JGALL | Prepared for and attended telephone call with Dan and Mark and D.Smith. | 0.50 |
| 5/9/18 | MSGU | Work on briefing for Motion to Set Aside Funds. | 0.40 |
| 5/9/18 | MSGU | Review of TLE's proposed changes to Confidentiality Agreement and communicate with opposing counsel regarding same. | 0.60 |
| 5/9/18 | MSGU | Communications with arbitrator regarding standstill agreement and request to | 0.10 |

**EXHIBIT 9-2**



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Redondo Management, LLC | Page 3 |
| **Re: Big Lagoon** | June 21, 2018 |
| | Invoice No. 1263610 |
| Matter No. 216226-301001 | For legal services posted through May 31, 2018 |

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| | | client to produce login and password information. | |
| 5/9/18 | SNOK | Review and analyze case law and commentary regarding the waiver of sovereign immunity in arbitration clauses. | 2.00 |
| 5/10/18 | SDSM | Respond other side's objections to confidentiality order | 0.60 |
| 5/10/18 | MSGU | Work on compliance with recent arbitrator order regarding log in information. | 0.20 |
| 5/10/18 | MSGU | Work on confidentiality agreement. | 0.20 |
| 5/10/18 | SNOK | Review and analyze case law and commentary regarding the waiver of sovereign immunity; draft argument related to waiver in contract between Redondo and the tribal lending entity. | 3.30 |
| 5/10/18 | JGALL | Call with client on LDF complaint | 0.40 |
| 5/11/18 | SDSM | Work on motion for separate account | 1.10 |
| 5/11/18 | MSGU | Work on confidentiality agreement. | 0.70 |
| 5/11/18 | MSGU | Extensive discussions with opposing counsel regarding confidentiality agreement. | 0.30 |
| 5/11/18 | MSGU | Communication with arbitrator regarding order on turnover of password info. | 0.10 |
| 5/11/18 | MSGU | Communicate with client regarding resignation letter. | 0.30 |
| 5/11/18 | MSGU | Communication with opposing counsel regarding compliance with arbitrator's order on password and login information. | 0.10 |
| 5/11/18 | MSGU | Extensive communications with arbitrator regarding Claimants' position on confidentiality agreement. | 0.90 |
| 5/11/18 | MSGU | Communications with client regarding vendor lists and compliance with arbitrator's order. | 0.30 |
| 5/11/18 | MSGU | Communications with opposing counsel regarding turning over login and password information and vendor lists pursuant to arbitrator's order. | 0.20 |
| 5/11/18 | SNOK | Review and analyze case law and commentary regarding the waiver of sovereign immunity; finalize argument related to waiver in contract between Redondo and the tribal lending entity. | 3.30 |
| 5/14/18 | SDSM | Work on confidentiality agreement | 1.10 |
| 5/14/18 | SDSM | Work on resignation letter | 0.20 |
| 5/14/18 | MSGU | Review Delaware law regarding ability of arbitrator to issue equitable relief in connection with Motion Relating to Separate Account. | 0.90 |
| 5/14/18 | MSGU | Revisions to section of Motion Relating to Separate Account regarding sovereign immunity waiver. | 0.20 |
| 5/14/18 | MSGU | Prepare Motion Relating to Separate Account. | 3.10 |

**EXHIBIT 9-3**



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Redondo Management, LLC | Page 4 |
| **Re: Big Lagoon** | June 21, 2018 |
| | Invoice No. 1263610 |
| Matter No. 216226-301001 | For legal services posted through May 31, 2018 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 5/15/18 | MSGU | Receipt and review of Respondents' arguments regarding disputed confidentiality provisions. | 0.30 |
| 5/15/18 | MSGU | Begin preparing Motion Relating to Joinder of Parties. | 0.40 |
| 5/15/18 | MSGU | Begin reviewing Respondents' Motion Requesting Initial Relief re: Wells Fargo Account. | 0.30 |
| 5/16/18 | MSGU | Phone call with client to discuss latest efforts by Tribe to discredit Redondo by speaking to banks and discuss next steps. | 0.40 |
| 5/16/18 | MSGU | Prepare Motion to Dismiss. | 1.20 |
| 5/16/18 | SNOK | Analyze piercing the corporate veil and alter ego theory under Delaware law for response to motion. | 2.60 |
| 5/16/18 | JGALL | Telephone calls with client regarding emails form Tribe, communications from consumers and forwarding information.  Calls with David. Call with Melissa regarding background for motion she's drafting. Prepared and sent email to opposing counsel requesting forwarding information for consumer requests. | 1.60 |
| 5/17/18 | SDSM | Work on motion to dismiss | 0.60 |
| 5/17/18 | MSGU | Email to client regarding change in strategy on Motion to Dismiss given confidentiality order. | 0.20 |
| 5/17/18 | MSGU | Review Delaware law regarding scope of arbitration, arbitrability, and compelling non signatories to arbitration. | 1.10 |
| 5/17/18 | MSGU | Draft section of Motion to Dismiss regarding scope of arbitration, arbitrability, and compelling nonsignatories to arbitration. | 0.90 |
| 5/17/18 | MSGU | Work on section of Motion to Dismiss regarding alter ego. | 0.60 |
| 5/17/18 | MSGU | Continue preparing Motion to Dismiss. | 0.40 |
| 5/17/18 | SNOK | Draft memo regarding piercing the corporate veil and establishing alter ego theory under Delaware law. | 2.40 |
| 5/17/18 | JGALL | Emails with client and call with D.Smith; call with Jessie from LDF | 0.80 |
| 5/18/18 | SDSM | Extended conference with client regarding status and next steps forward | 0.40 |
| 5/18/18 | MSGU | Communicate with client regarding changed strategy on motion to dismiss. | 0.40 |
| 5/18/18 | MSGU | Revisions to Motion to Dismiss. | 0.70 |
| 5/18/18 | MSGU | Work on document production. | 0.60 |
| 5/18/18 | MSGU | Receipt and review of Tribe's requests regarding ownership of intellectual property and work on response to same. | 0.60 |
| 5/18/18 | SNOK | Research arbitration rules governing standard for injunctive relief. | 0.40 |
| 5/18/18 | JGALL | Telephone call with team and clients regarding litigation matters | 0.50 |

**EXHIBIT 9-4**



**Bradley**
Bradley Arant Boult Cummings LLP

Redondo Management, LLC                                                        Page 5
**Re: Big Lagoon**                                                       June 21, 2018
                                                                 Invoice No. 1263610
Matter No. 216226-301001                    For legal services posted through May 31, 2018

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 5/21/18 | MSGU | Work on response to Tribe's claims regarding intellectual property. | 0.60 |
| 5/21/18 | MSGU | Review and analyze Delaware law regarding availability of injunctive relief. | 0.90 |
| 5/21/18 | MSGU | Prepare Response to Tribe's Motion for Preliminary Relief. | 2.60 |
| 5/21/18 | JGALL | Call with David Smith on case strategy | 0.30 |
| 5/21/18 | JGALL | Prepare for and attend team call with clients on several litigation issues; review notes and prepare for file deliveries | 0.50 |
| 5/22/18 | MSGU | Work on intellectual property protection issues. | 0.70 |
| 5/23/18 | JGALL | Download consumer emails from client; review pleadings in the case; telephone call with David Smith regarding case status; communications with clients regarding documents | 0.90 |
| 5/24/18 | SDSM | Receive information regarding marketing to customers and customer complaints and work on response | 0.90 |
| 5/24/18 | MSGU | Work on emergency motion regarding consumer contacts. | 0.30 |
| 5/24/18 | JGALL | Downloaded and sent consumer complaint data to opposing counsel | 0.50 |
| 5/25/18 | SDSM | Follow up on issue of problem with login | 0.30 |
| 5/25/18 | SDSM | Work on emergency motion for relief | 2.10 |
| 5/25/18 | DLWA | Prepare exhibits to Emergency Motion for Expedited Relief. | 0.50 |
| 5/25/18 | DLWA | Revise and finalize Emergency Motion for Expedited Relief. | 0.60 |
| 5/29/18 | SDSM | Work on document production issues | 0.20 |
| 5/29/18 | MSGU | Work on initial disclosures. | 0.70 |
| 5/29/18 | MSGU | Work on production of documents pursuant to arbitrator's order. | 0.40 |
| 5/29/18 | JGALL | Reviewed and responded to emails | 0.20 |
| 5/30/18 | SDSM | Work on initial disclosures | 0.80 |
| 5/30/18 | SDSM | Look for intellectual property valuation expert | 0.20 |
| 5/30/18 | MSGU | Work on Reply in support of Motion to Dismiss. | 0.40 |
| 5/30/18 | MSGU | Communications with arbitrator regarding responsive briefing to Redondo's Motion for Expedited Relief. | 0.20 |
| 5/30/18 | MSGU | Prepare initial disclosures. | 0.60 |
| 5/30/18 | MSGU | Work on document production. | 1.20 |
| 5/30/18 | SNOK | Draft response regarding alter ego liability. | 1.80 |
| 5/31/18 | SDSM | Work on arranging production of documents and review of documents | 0.90 |
| 5/31/18 | SDSM | Numerous exchanges of correspondence with arbitrator and opposing counsel | 0.90 |

**EXHIBIT 9-5**



**Bradley**
Bradley Arant Boult Cummings LLP

Redondo Management, LLC                                                      Page 6
**Re: Big Lagoon**                                                          June 21, 2018
                                                                    Invoice No. 1263610
Matter No. 216226-301001                    For legal services posted through May 31, 2018

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| | | regarding allegations arising from customer database | |
| 5/31/18 | MSGU | Work on document production. | 0.40 |
| 5/31/18 | MSGU | Work on Reply regarding Motion to Dismiss. | 0.60 |
| 5/31/18 | DLWA | Work on client documents for production. | 0.80 |
| 5/31/18 | SNOK | Compose argument regarding failure to establish alter ego liability for reply. | 1.40 |
| 5/31/18 | JGALL | Telephone call with D.Smith and M.Gutierrez. Telephone call with Dan. Telephone call with Mark. Review documents from client for production. Telephone call with Doug from Aso Blue regarding delivery of file. | 2.30 |

**Total Professional Services**                                         **$28,562.00**

| Expenses | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 4/5/18 | TRAVEL EXPENSE - S. DAVID SMITH 03/21/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - TAXI Bank ID: BHMCK Check Number: 249875 | 51.60 |
| 4/5/18 | TRAVEL EXPENSE - S. DAVID SMITH 03/22/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - TAXI Bank ID: BHMCK Check Number: 249875 | 13.25 |
| 4/5/18 | TRAVEL EXPENSE - S. DAVID SMITH 03/22/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - TAXI Bank ID: BHMCK Check Number: 249875 | 8.48 |
| 4/5/18 | TRAVEL EXPENSE - S. DAVID SMITH 03/22/18 TRAVELED TO SAN FRANCISCO, CALIFORNIA TO ATTEND MEDIATION - TAXI Bank ID: BHMCK Check Number: 249875 | 10.59 |
| 5/17/18 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: NOKES,SCARLETT S | 22.10 |
| 5/25/18 | COPY CHARGES - INTERNAL B&W | 0.90 |
| 5/25/18 | COPY CHARGES - INTERNAL COLOR | 0.50 |

**Total Expenses**                                                         **$107.42**

**EXHIBIT 9-6**


Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Redondo Management, LLC | Page 7 |
| **Re: Big Lagoon** | June 21, 2018 |
| | Invoice No. 1263610 |
| Matter No. 216226-301001 | For legal services posted through May 31, 2018 |

### Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate |
|---|---|---|---|---|
| David Smith | SDSM | Partner | 11.60 | $445.00 |
| Jennifer Galloway | JGALL | Counsel | 11.20 | $400.00 |
| Scarlett Singleton Nokes | SNOK | Counsel | 17.60 | $400.00 |
| Melissa S. Gutierrez | MSGU | Associate | 33.60 | $340.00 |
| Doris L. Walker | DLWA | Paralegal | 1.90 | $240.00 |
| **Total Hours** | | | **75.90** | |

**EXHIBIT 9-7**



**Bradley**

Bradley Arant Boult Cummings LLP

Redondo Management, LLC                                              June 21, 2018
10561 Barkley                                                       Invoice No. 1263610
Overland Park, KS 66212

Matter No. 216226-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of June 21, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 4/30/18 | 1253441 | $11,127.30 | $0.00 | $11,127.30 |
| 5/30/18 | 1258959 | $11,101.39 | $0.00 | $11,101.39 |
| 6/21/18 | 1263610 | $28,669.42 | $0.00 | $28,669.42 |
| **Outstanding Invoices as of June 21, 2018** | | | | **$50,898.11** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
         Account Number: 0064289141

(Wires)  Routing Number: 062005690
         Account Number: 0064289141
         SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT 9-8**