**EXHIBIT 11**



**Bradley**

Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

February 19, 2019
Invoice No. 1314971

Matter No. 216226-301001
Re: Big Lagoon

For professional services posted through January 31, 2019

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $30,720.00 |
| *Less Discount Applied* | $(4,920.00) |
| Net Professional Services | $25,800.00 |
| Current Expenses | $902.67 |
| **Current Invoice** | **$26,702.67** |

| Outstanding Invoice Summary | |
| --- | --- |

Outstanding Invoices as of February 19, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 7/11/18 | 1267399 | $37,990.30 | $(876.58) | $37,113.72 |
| 8/16/18 | 1275500 | $37,504.00 | $0.00 | $37,504.00 |
| 9/18/18 | 1281310 | $91,078.92 | $0.00 | $91,078.92 |
| 10/22/18 | 1289375 | $91,331.31 | $0.00 | $91,331.31 |
| 11/20/18 | 1296491 | $13,994.91 | $0.00 | $13,994.91 |
| 12/28/18 | 1305174 | $30,056.39 | $0.00 | $30,056.39 |
| 1/15/19 | 1308334 | $11,008.44 | $0.00 | $11,008.44 |
| 2/19/19 | 1314971 | $26,702.67 | $0.00 | $26,702.67 |
| **Outstanding Invoices as of February 19, 2019** | | | | **$338,790.36** |

Thank you for your business.
**EXHIBIT 11-1**


Bradley Arant Boult Cummings LLP

**Invoice Detail**

Redondo Management, LLC
**Re: Big Lagoon**

Matter No. 216226-301001

Page 2
February 19, 2019
Invoice No. 1314971
For legal services posted through January 31, 2019

| | | **Professional Services** | |
|---|---|---|---|

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 1/1/19 | FWA | Work on steps to support motion to modify | 0.50 |
| 1/1/19 | JA | Develop strategy regarding substantive arguments for modification of award and e-mail outline to D.Smith and M.Gutierrez | 0.80 |
| 1/1/19 | JA | Phone conversation with D.Smith and M.Gutierrez regarding motion for modification | 0.30 |
| 1/2/19 | JA | Phone conversation with D.Smith regarding damages arguments | 0.30 |
| 1/2/19 | JA | Draft motion for modification of Final Award | 1.90 |
| 1/2/19 | JA | Research issues regarding damages, nonsignatories, and fiduciary duties | 0.30 |
| 1/2/19 | MSGU | Work on modification of award. | 0.70 |
| 1/3/19 | FWA | Confer with client re: next steps with motion and settlement strategy | 0.30 |
| 1/3/19 | JA | Phone conversation with M.Gutierrez regarding additional damages issue | 0.20 |
| 1/3/19 | JA | Draft motion for modification of Final Award and circulate to D.Smith and M.Gutierrez for comment | 1.70 |
| 1/3/19 | JA | Phone conversation with M.Gutierrez regarding additional damages issue | 0.20 |
| 1/3/19 | JA | E-mail W.Allen regarding changes in damages calculations | 0.20 |
| 1/3/19 | MSGU | Work on Motion for Modification. | 0.90 |
| 1/3/19 | MSGU | Conference call with client to discuss next steps. | 0.50 |
| 1/3/19 | JGALL | Reviewed order. Prepared for and attended team call on order and next steps. | 0.70 |
| 1/4/19 | FWA | Review and recommend revisions to motion to modify | 0.50 |
| 1/4/19 | JA | Phone conversations with D.Smith and M.Gutierrez regarding damages arguments | 0.40 |
| 1/4/19 | JA | Revise motion for modification of Final Award and circulate to W.Allen for comment | 0.90 |
| 1/4/19 | MSGU | Work on additional argument to Motion for Modification regarding net v. gross income number. | 0.70 |
| 1/5/19 | FWA | Revise motion | 0.30 |
| 1/5/19 | JA | Analyze damages arguments and e-mail M.Gutierrez regarding exhibits and pre-hearing briefing | 0.20 |
| 1/5/19 | JA | Analyze alter ego arguments and e-mail W.Allen regarding same | 0.20 |
| 1/7/19 | FWA | Review and revise motion for modification and expert report | 0.70 |
| 1/7/19 | FWA | Confer with client's accountant re: report | 0.30 |

**EXHIBIT 11-2**



**Bradley**
Bradley Arant Boult Cummings LLP

Redondo Management, LLC
**Re: Big Lagoon**

Matter No. 216226-301001

Page 3
February 19, 2019
Invoice No. 1314971
For legal services posted through January 31, 2019

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 1/7/19 | JA | Discuss strategy with W.Allen | 0.20 |
| 1/7/19 | JA | E-mail D.Smith and M.Gutierrez regarding fiduciary duty issue | 0.10 |
| 1/7/19 | JA | Phone conversation with D.Smith regarding damages arguments | 0.30 |
| 1/7/19 | JA | Revise motion for modification of final award and circulate for comments | 1.20 |
| 1/7/19 | MSGU | Conference call with clients to discuss Expert Report. | 0.40 |
| 1/7/19 | MSGU | Work on Motion to Modify. | 0.40 |
| 1/7/19 | JGALL | Settlement strategy conference. | 0.50 |
| 1/8/19 | FWA | Correspond with expert re: updated report and review same | 0.50 |
| 1/8/19 | JA | Review draft expert report and e-mail W.Allen regarding questions | 0.30 |
| 1/8/19 | JA | Revise motion for modification of final award and e-mail W.Allen regarding same | 0.20 |
| 1/8/19 | MSGU | Work on Motion for Modification. | 0.60 |
| 1/8/19 | MSGU | Revisions to Burke report. | 0.90 |
| 1/9/19 | FWA | Confer with client and accountant re: motion to modify and report and work on revisions to same | 0.90 |
| 1/9/19 | JA | Discuss issues regarding expert report with W.Allen | 0.20 |
| 1/9/19 | JA | Revise motion for modification of final award | 1.20 |
| 1/9/19 | JA | Conference call regarding motion for modification and expert analysis | 0.50 |
| 1/9/19 | JA | Phone conversation with M.Gutierrez regarding financial exhibits | 0.10 |
| 1/9/19 | MSGU | Conference call with clients to discuss edits to Motion to Modify. | 0.40 |
| 1/9/19 | MSGU | Prepare talking points for call with clients. | 0.60 |
| 1/9/19 | MSGU | Work on Motion for Modification. | 0.90 |
| 1/9/19 | MSGU | Work on Burke Report. | 1.40 |
| 1/9/19 | JGALL | Reviewed motion and award. Made edits. Conference call with clients to discuss edits to Motion to Reconsider. | 1.00 |
| 1/10/19 | FWA | Review settlement options and outline approach to strategy for same | 0.40 |
| 1/10/19 | FWA | Prepare for and attend conf call with clients re: motion for modification; work on motion and confer with client accountant re: report | 1.00 |
| 1/10/19 | JA | Revise motion for modification of final award | 1.70 |
| 1/10/19 | JA | Conference call regarding motion for modification and revised expert report | 0.30 |
| 1/10/19 | JA | Discuss issues regarding motion and expert report with W.Allen and M.Gutierrez | 0.20 |
| 1/10/19 | JA | Review D.Smith e-mail regarding settlement issues | 0.10 |
| 1/10/19 | MSGU | Conference call to discuss Motion to Modify. | 0.50 |

**EXHIBIT 11-3**



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Redondo Management, LLC | Page 4 |
| **Re: Big Lagoon** | February 19, 2019 |
| | Invoice No. 1314971 |
| Matter No. 216226-301001 | For legal services posted through January 31, 2019 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 1/10/19 | MSGU | Work on issues relating to legal defense fund in regard to Motion to Modify. | 0.60 |
| 1/10/19 | MSGU | Work on Motion to Modify. | 1.40 |
| 1/10/19 | MSGU | Revisions to expert report. | 1.20 |
| 1/10/19 | JGALL | Reviewed redlines. Call on settlement ideas. | 1.00 |
| 1/11/19 | FWA | Review and finalize motion to modify | 1.50 |
| 1/11/19 | JA | Review J.Galloway e-mail regarding settlement issues | 0.10 |
| 1/11/19 | JA | Review and revise expert reports | 0.20 |
| 1/11/19 | JA | Revise motion for modification of final award and finalize for filing | 0.90 |
| 1/11/19 | MSGU | Work with expert on report in support of Motion for Modification. | 0.90 |
| 1/11/19 | MSGU | Communications with expert regarding report and resume. | 0.20 |
| 1/11/19 | MSGU | Work on Motion for Modification. | 1.10 |
| 1/11/19 | MSGU | Communicate with AAA regarding Motion for Modification. | 0.10 |
| 1/11/19 | MSGU | Finalize Motion for Modification and file with AAA. | 0.40 |
| 1/14/19 | FWA | Work on outline of proposed settlement structure | 0.40 |
| 1/14/19 | MSGU | Receipt and review of communication from AAA regarding briefing schedule on Motion for Modification. | 0.10 |
| 1/14/19 | MSGU | Conference call with clients to discuss settlement options. | 0.50 |
| 1/14/19 | JGALL | Settlement discussions. | 0.50 |
| 1/16/19 | FWA | Confer with clients re: Arbitration and settlement discussions | 0.40 |
| 1/16/19 | FWA | Work on response to petition and consider strategy | 0.30 |
| 1/16/19 | JA | Conference call regarding petition to confirm arbitration award and settlement issues | 0.30 |
| 1/16/19 | JA | E-mail W.Allen regarding thoughts on settlement and discuss issues regarding settlement with W.Allen, J.Galloway, and M.Gutierrez | 0.40 |
| 1/16/19 | JA | Draft notes for response to petition to confirm arbitration award | 1.10 |
| 1/16/19 | JA | Research issues regarding vacatur of arbitration award | 0.50 |
| 1/16/19 | MSGU | Conference call with clients. | 0.50 |
| 1/16/19 | MSGU | Work on obtaining copies of Motion to Confirm filed by Tribe in California. | 0.20 |
| 1/16/19 | MSGU | Look into confidentiality issues regarding Tribe's recent filing in California. | 0.60 |
| 1/16/19 | JGALL | Team discussion on settlement options. | 0.50 |
| 1/17/19 | FWA | Draft status update and recommendation to clients | 0.30 |
| 1/17/19 | JA | Review e-mail to client regarding potential settlement discussion and discuss | 0.20 |

**EXHIBIT 11-4**


# Bradley
Bradley Arant Boult Cummings LLP

Redondo Management, LLC

**Re: Big Lagoon**

Matter No. 216226-301001

Page 5

February 19, 2019

Invoice No. 1314971

For legal services posted through January 31, 2019

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| | | issues with W.Allen | |
| 1/17/19 | JA | Research issues regarding vacatur of arbitration award | 0.70 |
| 1/17/19 | JA | Draft response to petition to confirm arbitration award | 1.20 |
| 1/17/19 | MSGU | Work on settlement. | 0.30 |
| 1/17/19 | MSGU | Communications with opposing counsel regarding Motion to Modify. | 0.10 |
| 1/18/19 | FWA | Receive and review opposition to motion to modify filed by opposing counsel and correspond with client re: same; correspond with opposing counsel re: settlement | 0.50 |
| 1/18/19 | JA | Review B.Johnson e-mail regarding settlement and discuss with W.Allen | 0.20 |
| 1/18/19 | JA | Draft response to petition to confirm arbitration award | 1.30 |
| 1/18/19 | JA | Research issues regarding vacatur of arbitration award | 0.70 |
| 1/18/19 | JA | Review e-mail to clients regarding settlement discussion | 0.10 |
| 1/18/19 | JA | Review opposition to motion for modification of final award and discuss with W.Allen | 0.20 |
| 1/19/19 | JA | E-mail communications regarding strategy for response to petition to confirm arbitration award | 0.30 |
| 1/19/19 | JA | Research issues regarding vacatur of arbitration award | 0.80 |
| 1/19/19 | JA | Draft response to petition to confirm arbitration award and memorandum of points and authorities | 0.70 |
| 1/20/19 | FWA | Work on strategy for state court stage | 0.30 |
| 1/20/19 | JA | Draft response to petition to confirm arbitration award and memorandum of points and authorities | 1.40 |
| 1/20/19 | JA | Research issues regarding vacatur of arbitration award | 1.00 |
| 1/21/19 | FWA | Confer with Mark K. re: settlement approach; receive and review petition filed by opposing counsel in Humbodlt County | 0.40 |
| 1/21/19 | JA | Review petition to confirm award, memorandum of points and authorities, exhibits, and motion to seal | 0.20 |
| 1/21/19 | JA | Draft response to petition to confirm arbitration award and memorandum of points and authorities | 2.40 |
| 1/21/19 | JA | E-mail communications with W.Allen regarding possibilities for local counsel | 0.20 |
| 1/21/19 | JA | Research issues regarding vacatur of arbitration award | 0.80 |
| 1/22/19 | JA | Draft response to petition to confirm arbitration award and memorandum of points and authorities | 2.60 |
| 1/22/19 | JA | Research issues regarding vacatur and modification/correction of arbitration | 0.90 |

**EXHIBIT 11-5**



# Bradley
Bradley Arant Boult Cummings LLP

Redondo Management, LLC

Page 6

**Re: Big Lagoon**

February 19, 2019

Invoice No. 1314971

Matter No. 216226-301001

For legal services posted through January 31, 2019

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| | | award | |
| 1/22/19 | JA | Phone conversation with M.Gutierrez regarding vacatur arguments | 0.20 |
| 1/23/19 | FWA | Receive pleadings from court; attempt to identify and retain local counsel in Humboldt county CA | 0.40 |
| 1/23/19 | JA | Draft response to petition to confirm arbitration award and memorandum of points and authorities, motion to file under seal and memorandum of points and authorities, motion to dismiss or stay and memorandum of points and authorities, and declarations | 3.40 |
| 1/23/19 | JA | Research issues regarding dismissal, vacatur, and stay | 0.70 |
| 1/23/19 | JA | Review service documents from M.Koetting | 0.10 |
| 1/23/19 | JA | Discuss issues regarding response deadlines, local counsel, and possible extension with W.Allen | 0.20 |
| 1/23/19 | JA | E-mail M.Gutierrez regarding documents for filings | 0.10 |
| 1/23/19 | MSGU | Conference call with clients to discuss settlement and next steps. | 0.50 |
| 1/23/19 | MSGU | Work on issues regarding local counsel in California. | 0.20 |
| 1/23/19 | JGALL | Discussion on settlement terms. | 0.40 |
| 1/24/19 | FWA | Confer with client and opposing counsel re: extension and confer with possible local counsel re: assistance with state court action; receive and review final determination of motion to modify by arbitrator | 1.00 |
| 1/24/19 | JA | Draft motion to dismiss or stay and supporting papers, response to petition to confirm award and supporting papers, cross-petition to vacate award and supporting papers, and motion to file documents under seal and supporting papers | 2.40 |
| 1/24/19 | JA | Discuss strategy for filings with W.Allen and E.Illman | 0.20 |
| 1/24/19 | JA | Review arbitrator's order denying motion for modification and e-mail W.Allen regarding strategy for upcoming filings | 0.10 |
| 1/24/19 | MSGU | Work on Response to California suit. | 0.40 |
| 1/24/19 | DLWA | Pull documents for conference with clients. | 1.00 |
| 1/24/19 | JGALL | Review of pleading in court action. | 0.30 |
| 1/25/19 | FWA | Finalize extension by agreement and confer with opposing counsel re: same | 0.50 |
| 1/25/19 | JA | Review e-mails regarding extension agreement and local counsel | 0.20 |
| 1/25/19 | JA | Draft motion to dismiss as to Koettings and memorandum, response to petition to confirm and memorandum, and cross-petition to vacate and memorandum | 2.30 |
| 1/25/19 | JA | Draft language for stipulation regarding extension of deadlines to respond to | 0.20 |

**EXHIBIT 11-6**



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Redondo Management, LLC | Page 7 |
| **Re: Big Lagoon** | February 19, 2019 |
| | Invoice No. 1314971 |
| Matter No. 216226-301001 | For legal services posted through January 31, 2019 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| | | petition to confirm | |
| 1/25/19 | JA | Research issues regarding compelling non-parties to arbitrate | 0.30 |
| 1/26/19 | JA | Develop strategy for filings in California and e-mail W.Allen regarding same | 0.30 |
| 1/26/19 | JA | Draft motion to dismiss and memorandum, cross-petition to vacate and memorandum | 1.00 |
| 1/26/19 | JA | Research issues regarding compelling non-parties to arbitrate | 0.20 |
| 1/28/19 | FWA | Review responses to petition to confirm award | 0.40 |
| 1/28/19 | JA | Draft motion to dismiss as to Koettings and supporting papers, response to petition to confirm and supporting papers, and cross-petition to vacate and supporting papers | 0.40 |
| 1/28/19 | JA | E-mail regarding stipulation regarding extension and review signed stipulation | 0.20 |
| 1/30/19 | FWA | Correspond with client and local counsel re: next steps in opposition to petition; receive and review court order granting extension | 0.30 |
| 1/30/19 | JA | Review order granting extension for response to petition to confirm | 0.10 |
| 1/31/19 | JA | Draft cross-petition to vacate and supporting papers; draft motion to file documents under seal and supporting papers | 0.90 |
| 1/31/19 | JA | E-mail local counsel regarding initial drafts | 0.10 |
| 1/31/19 | JA | Research issues regarding arbitration and award, sealing documents | 0.40 |
| 1/31/19 | JA | Discuss strategy for response filings with W.Allen | 0.20 |

| | |
|---|---|
| **Fees** | **$30,720.00** |
| Less Discount Applied | $(4,920.00) |
| **Total Professional Services** | **$25,800.00** |

| **Expenses** | |
|---|---|

| Date | Description | Amount |
|---|---|---|
| 1/3/19 | COPY CHARGES - INTERNAL B&W | 0.55 |
| 1/7/19 | COPY CHARGES - INTERNAL B&W | 0.55 |
| 1/7/19 | COPY CHARGES - INTERNAL B&W | 0.85 |
| 1/7/19 | COPY CHARGES - INTERNAL B&W | 0.65 |
| 1/8/19 | COPY CHARGES - INTERNAL B&W | 1.35 |

**EXHIBIT 11-7**



**Bradley**

Bradley Arant Boult Cummings LLP

Redondo Management, LLC                                              Page 8
**Re: Big Lagoon**                                             February 19, 2019
                                                          Invoice No. 1314971
Matter No. 216226-301001         For legal services posted through January 31, 2019

| Date | Description | Amount |
|------|-------------|-------:|
| 1/9/19 | COPY CHARGES - INTERNAL B&W | 0.50 |
| 1/9/19 | COPY CHARGES - INTERNAL B&W | 0.65 |
| 1/10/19 | COPY CHARGES - INTERNAL B&W | 1.30 |
| 1/10/19 | COPY CHARGES - INTERNAL B&W | 0.65 |
| 1/10/19 | COPY CHARGES - INTERNAL B&W | 0.70 |
| 1/10/19 | COPY CHARGES - INTERNAL B&W | 2.70 |
| 1/10/19 | COPY CHARGES - INTERNAL B&W | 2.85 |
| 1/10/19 | COPY CHARGES - INTERNAL B&W | 1.30 |
| 1/10/19 | COPY CHARGES - INTERNAL B&W | 0.55 |
| 1/10/19 | COPY CHARGES - INTERNAL B&W | 0.55 |
| 1/25/19 | HUMBOLDT COUNTY SUPERIOR COURT - FILING FEES-07 - WENDELL ALLEN - FILING FEE FOR STIPULATION - INVOICE: 0500-1676-2554 DATE: 01/25/19 Bank ID: CRBHM Check Number: 1010332 | 870.00 |
| 1/31/19 | FED DOCKET SERV-PACER | 4.50 |
| 1/31/19 | RELATIVITY HOSTING STORAGE 0 - 1000 GB @ $12/GB | 12.47 |

**Total Expenses**                                                   **$902.67**

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| Wendell Allen | FWA | Partner | 12.10 | $400.00 |
| Jeff Anderson | JA | Counsel | 47.80 | $400.00 |
| Jennifer Galloway | JGALL | Counsel | 4.90 | $400.00 |
| Melissa S. Gutierrez | MSGU | Associate | 18.20 | $250.00 |
| Doris L. Walker | DLWA | Paralegal | 1.00 | $250.00 |
| **Total Hours** | | | **84.00** | |

**EXHIBIT 11-8**



**Bradley**

Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

February 19, 2019
Invoice No. 1314971

Matter No. 216226-301001
Re: Big Lagoon

| **Outstanding Invoice Summary** | | | | |
| --- | --- | --- | --- | --- |

Outstanding Invoices as of February 19, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 7/11/18 | 1267399 | $37,990.30 | $(876.58) | $37,113.72 |
| 8/16/18 | 1275500 | $37,504.00 | $0.00 | $37,504.00 |
| 9/18/18 | 1281310 | $91,078.92 | $0.00 | $91,078.92 |
| 10/22/18 | 1289375 | $91,331.31 | $0.00 | $91,331.31 |
| 11/20/18 | 1296491 | $13,994.91 | $0.00 | $13,994.91 |
| 12/28/18 | 1305174 | $30,056.39 | $0.00 | $30,056.39 |
| 1/15/19 | 1308334 | $11,008.44 | $0.00 | $11,008.44 |
| 2/19/19 | 1314971 | $26,702.67 | $0.00 | $26,702.67 |
| **Outstanding Invoices as of February 19, 2019** | | | | **$338,790.36** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
         Account Number: 0064289141

(Wires)    Routing Number: 062005690
           Account Number: 0064289141
           SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT 11-9**



**Bradley**

Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

February 19, 2019
Invoice No. 1314971

Matter No. 216226-301001
Re: Big Lagoon

REMITTANCE

**EXHIBIT 11-10**