**EXHIBIT 14**



**Bradley**

Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

May 22, 2019
Invoice No. 1334786

Matter No. 216226-301001
Re: Big Lagoon

For professional services posted through April 30, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $9,280.00 |
| Current Expenses | $873.88 |
| **Current Invoice** | **$10,153.88** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of May 22, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 7/11/18 | 1267399 | $37,990.30 | $(15,876.58) | $22,113.72 |
| 8/16/18 | 1275500 | $37,504.00 | $0.00 | $37,504.00 |
| 9/18/18 | 1281310 | $91,078.92 | $0.00 | $91,078.92 |
| 10/22/18 | 1289375 | $91,331.31 | $0.00 | $91,331.31 |
| 11/20/18 | 1296491 | $13,994.91 | $0.00 | $13,994.91 |
| 12/28/18 | 1305174 | $30,056.39 | $0.00 | $30,056.39 |
| 1/15/19 | 1308334 | $11,008.44 | $0.00 | $11,008.44 |
| 2/19/19 | 1314971 | $26,702.67 | $0.00 | $26,702.67 |
| 3/25/19 | 1322601 | $10,828.22 | $0.00 | $10,828.22 |
| 4/16/19 | 1327393 | $9,388.64 | $0.00 | $9,388.64 |
| 5/22/19 | 1334786 | $10,153.88 | $0.00 | $10,153.88 |
| **Outstanding Invoices as of May 22, 2019** | | | | **$354,161.10** |

Thank you for your business.
**EXHIBIT 14-1**



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

Redondo Management, LLC
**Re: Big Lagoon**

Page 2
May 22, 2019
Invoice No. 1334786

Matter No. 216226-301001

For legal services posted through April 30, 2019

| | | **Professional Services** | |
|---|---|---|---|
| **Date** | **Tkpr** | **Description** | **Hours** |
| 4/2/19 | FWA | Correspond with client re: filings by opposing party and status update | 0.60 |
| 4/2/19 | JA | Review state bar notices regarding pro hac vice admission and e-mail local counsel regarding same | 0.10 |
| 4/3/19 | FWA | Prepare for and attend conf call with client re: preparations for hearing | 0.60 |
| 4/4/19 | JA | Draft outline for hearing on post-award motions | 0.20 |
| 4/5/19 | JA | Review arbitration transcript and documents | 1.30 |
| 4/5/19 | JA | Prepare hearing outline | 1.20 |
| 4/6/19 | JA | Prepare for Superior Court hearing on petition to vacate arbitration award and related motions | 2.00 |
| 4/7/19 | JA | Travel to Eureka, CA for Superior Court hearing | 6.50 |
| 4/7/19 | JA | Prepare for Superior Court hearing on petition to vacate arbitration award and related motions | 1.30 |
| 4/8/19 | FWA | Confer with J.Anderson re: results of hearing and consider next steps re: same | 0.60 |
| 4/8/19 | JA | Prepare for and attend Superior Court hearing on petition to vacate arbitration award and related motions | 2.30 |
| 4/8/19 | JA | Travel to Birmingham | 0.80 |
| 4/9/19 | JA | Travel to Birmingham | 5.50 |
| 4/11/19 | JA | Prepare summary report of Superior Court hearing | 0.20 |

**Total Professional Services**                                   **$9,280.00**

| | | **Expenses** | |
|---|---|---|---|
| **Date** | **Description** | | **Amount** |
| 3/4/19 | JEFF ANDERSON - HOTEL - LODGING, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/07/2019 - 04/08/2019 Bank ID: CRBHM Check Number: 8570D69F | | 105.84 |
| 3/15/19 | JEFF ANDERSON - AIRFARE, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/07/2019 - 04/08/2019 Bank ID: CRBHM Check Number: 584922C7 | | 629.10 |
| 4/2/19 | COPY CHARGES - INTERNAL B&W | | 4.60 |

**EXHIBIT 14-2**



**Bradley**
Bradley Arant Boult Cummings LLP

Redondo Management, LLC

**Re: Big Lagoon**

Matter No. 216226-301001

Page 3

May 22, 2019

Invoice No. 1334786

For legal services posted through April 30, 2019

| Date | Description | Amount |
|---|---|---|
| 4/2/19 | COPY CHARGES - INTERNAL B&W | 2.30 |
| 4/2/19 | COPY CHARGES - INTERNAL B&W | 0.80 |
| 4/7/19 | JEFF ANDERSON - LUNCH, 04/07/2019, HEARING ON MOTION TO VACATE ARBITRATION AWARD Bank ID: CRBHM Check Number: 584922C7 | 12.50 |
| 4/7/19 | JEFF ANDERSON - TAXI/CAR SERVICE, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/07/2019 Bank ID: CRBHM Check Number: 584922C7 | 28.25 |
| 4/8/19 | JEFF ANDERSON - HOTEL - OTHER, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/08/2019 Bank ID: CRBHM Check Number: 584922C7 | 27.13 |
| 4/8/19 | JEFF ANDERSON - LUNCH, 04/08/2019, HEARING ON MOTION TO VACATE ARBITRATION AWARD Bank ID: CRBHM Check Number: 584922C7 | 11.50 |
| 4/8/19 | JEFF ANDERSON - TAXI/CAR SERVICE, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/08/2019 Bank ID: CRBHM Check Number: 584922C7 | 32.72 |
| 4/9/19 | JEFF ANDERSON - PARKING, EUREKA, CA, HEARING ON MOTION TO VACATE ARBITRATION AWARD, 04/07/2019 - 04/09/2019 Bank ID: CRBHM Check Number: 584922C7 | 15.50 |
| 4/9/19 | JEFF ANDERSON - BREAKFAST, 04/09/2019, HEARING ON MOTION TO VACATE ARBITRATION AWARD Bank ID: CRBHM Check Number: 584922C7 | 3.64 |

**Total Expenses** **$873.88**

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** |
| Wendell Allen | FWA | Partner | 1.80 | $400.00 |
| Jeff Anderson | JA | Counsel | 21.40 | $400.00 |

**Total Hours** **23.20**

**EXHIBIT 14-3**



**Bradley**

Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

May 22, 2019
Invoice No. 1334786

Matter No. 216226-301001
Re: Big Lagoon

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of May 22, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 7/11/18 | 1267399 | $37,990.30 | $(15,876.58) | $22,113.72 |
| 8/16/18 | 1275500 | $37,504.00 | $0.00 | $37,504.00 |
| 9/18/18 | 1281310 | $91,078.92 | $0.00 | $91,078.92 |
| 10/22/18 | 1289375 | $91,331.31 | $0.00 | $91,331.31 |
| 11/20/18 | 1296491 | $13,994.91 | $0.00 | $13,994.91 |
| 12/28/18 | 1305174 | $30,056.39 | $0.00 | $30,056.39 |
| 1/15/19 | 1308334 | $11,008.44 | $0.00 | $11,008.44 |
| 2/19/19 | 1314971 | $26,702.67 | $0.00 | $26,702.67 |
| 3/25/19 | 1322601 | $10,828.22 | $0.00 | $10,828.22 |
| 4/16/19 | 1327393 | $9,388.64 | $0.00 | $9,388.64 |
| 5/22/19 | 1334786 | $10,153.88 | $0.00 | $10,153.88 |
| **Outstanding Invoices as of May 22, 2019** | | | | **$354,161.10** |

**EXHIBIT 14-4**



Bradley Arant Boult Cummings LLP

Redondo Management, LLC
10561 Barkley
Overland Park, KS 66212

May 22, 2019
Invoice No. 1334786

Matter No. 216226-301001
Re: Big Lagoon

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)    Routing Number: 062000019
           Account Number: 0064289141

(Wires)   Routing Number: 062005690
           Account Number: 0064289141
           SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

**EXHIBIT 14-5**